## DECLARATION OF REBECCA TURNER

I, Rebecca Turner, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

### I.    BACKGROUND

1.    I am a parent of two minor children, both of whom attend schools in the School District of Pickens County ("The District").

2.    My minor child, J.T., is a rising tenth grade student at D.W. Daniel High School.

3.    My minor child, G.T., is a rising eighth grade student at R.C. Edwards Middle School. G.T. will attend D.W. Daniel High School beginning in ninth grade.

### II.    THE DISTRICT'S REMOVAL OF *STAMPED: RACISM, ANTIRACISM, AND YOU* FROM SCHOOL CLASSROOMS AND LIBRARIES

4.    The District's removal of *Stamped* directly harms my minor children, J.T. and G.T., who have been deprived of their right to receive information through the ideas, opinions, and viewpoints in *Stamped*.

5.    Due to the District's removal of *Stamped* from classrooms at D.W. Daniel High School, my students will not have the opportunity to engage with the text with their classmates and teachers.

6.    The District's actions has harmed the educational environment that my children rely on to engage in free discussion of various ideas, including the topic of race in America.

7.    But for the District's censorship, my children would have the opportunity to be exposed to the ideas, opinions, and viewpoints in the classroom and through independent study by checking out *Stamped* from the school library.

8.     The District's removal of *Stamped* has violated my children's rights to receive

information and to fully engage in their educational endeavors in a manner that will most prepare

them to be thoughtful, critical thinkers.

Executed June 23, 2023

Rebecca Turner