**DECLARATION OF PETER LAURENCE**

I, Peter Laurence, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

### I.     BACKGROUND

1. I am a parent of three minor children, two of whom attend schools in the School District of Pickens County ("The District").

2. My minor child, H.L., is a rising tenth grade student at D.W. Daniel High School.

3. My minor child, C.L., is a rising eighth grade student at R.C. Edwards Middle School and will attend D.W. Daniel High School beginning in ninth grade.

### II.    THE DISTRICT'S REMOVAL OF *STAMPED: RACISM, ANTIRACISM, AND YOU* FROM SCHOOL CLASSROOMS AND LIBRARIES

4. The District's removal of *Stamped* directly harms my minor children, H.L. and C.L., who would otherwise have the opportunity to be exposed to the ideas, opinions, and viewpoints expressed in *Stamped* in an English classroom at D.W. Daniel High School and through independent study by checking out *Stamped* from the school library.

5. The District's action to remove *Stamped* from classrooms is illustrative of the District's intent to prohibit meaningful discussions about ideas it disfavors, specifically ideas relating to race and racism expressed in *Stamped*.

6. The District's action has also deprived my children from being able to access *Stamped* in the school library.

7. As a college professor, I view the free exchange of ideas and discussion of these topics as central to an education that will prepare my children for academics beyond their k-12 education and to be citizens well prepared to engage with others in their communities. But by

voting to remove *Stamped* from District classrooms and libraries, the school board has sent a clear message that they intend to chill these conversations and require that teachers and administrators parrot the Board's own ideological preferences on important issues.

8. The District's removal of *Stamped* has violated my children's rights to receive information and to fully engage in their educational endeavors in a manner that will most prepare them to be thoughtful, critical thinkers.

Executed June 26, 2023

*[signature]*

Peter Laurence