## **DECLARATION OF REBA KRUSE**

I, Reba Kruse, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

### I.     BACKGROUND

1. I am a parent of two minor children, both of whom attend schools in the School District of Pickens County ("The District").

2. My minor child, S.K., is a rising twelfth grade student at Pickens High School.

3. My minor child, R.K., is a rising tenth grade student at Pickens High School.

### II.    THE DISTRICT'S REMOVAL OF *STAMPED: RACISM, ANTIRACISM, AND YOU* FROM SCHOOL CLASSROOMS AND LIBRARIES

4. My children have been directly harmed by the District's decision to ban *Stamped* in all schools in the School District of Pickens County.

5. Based on one parent's objection at a different school than the school my children attend, despite the school-level and district-level findings that the book was age appropriate and aligned with educational standards, my children no longer have the opportunity to engage with the ideas and topics in *Stamped*.

6. As a parent, I have no process to challenge the school board's decision to remove *Stamped* from my children's school.

7. Due to the objections of one parent, my children are denied the opportunity for classroom discussion of the book with an experienced, qualified instructor.

8. My children are also denied access to self-guided exploration of the ideas in the book through a classroom or school library.

9. Due to the District's removal of *Stamped*, my children will not have the opportunity to engage in the ideas in the book or discuss or consider various viewpoints.

10. This harm is even greater because the removal of *Stamped* was based on the dislike of the specific ideas the book discusses relating to race.

Executed June 23, 2023

*[signature]*

Reba Kruse