**EXHIBIT A**



| | |
|---|---|
| Book | School District of Pickens County Policy Manual |
| Section | A |
| Title | School District Legal Status |
| Code | AA |
| Status | Active |
| Adopted | April 30, 1973 |
| Last Revised | January 25, 2016 |

Purpose:  To establish the basic structure of public education in the district.

The General Assembly of South Carolina has provided for public school districts. A public school district is an area of territory comprising a legal entity whose sole purpose is that of providing school education, whose boundary lines are a matter of public record, and the area of which constitutes a complete tax unit.

In Pickens County the organizational pattern consists of one public school district which is the School District of Pickens County.

The School District of Pickens County is a body politic and corporate. Under its name it may sue and be sued. It may enter into contracts to the extent of its school funds and may hold such real and personal property as it may come into possession of by an authorized purchase or by will or otherwise.

Adopted 4/30/73; Revised 9/23/85, 11/26/90, 3/26/07, 1/25/16

Legal references:

A.  S. C. Constitution:
   1. Article X, Section 5 - Power of school district to assess and collect taxes.
   2. Article XI, Section 3 - Provides for a system of free public schools.

B.  S. C. Code, 1976, as amended:
   1. Section 59-1-160 - School district defined.
   2. Section 59-17-10 - School districts as bodies politic and corporate.
   3. Section 59-73-20 - School districts declared tax districts.

**Last Modified by Rosanne Morris on March 1, 2018**

**1 of 1**