# EXHIBIT B



| | |
|---|---|
| Book | School District of Pickens County Policy Manual |
| Section | B |
| Title | Board Operational Goals |
| Code | BA |
| Status | Active |
| Adopted | May 26, 1986 |
| Last Revised | January 25, 2016 |

Purpose:  To establish the basic structure for board operations.

The board is committed to the educational goal of ensuring that students develop to their maximum personal and academic potential to prepare them for the future in the workforce and as responsible citizens. Providing quality education involves the cooperation of the board, administration, staff, students, parents/legal guardians, and community.

The board assumes the leadership role in maintaining the system of public education for all students residing in the school district. It is charged with accomplishing this while also being responsible for wise management of district resources. The board is dedicated to the continued improvement of schools for the benefit of its students and their academic achievement.

The board must understand that the primary functions of a school board are legislative, policymaking, and judicial, not administrative, and work cooperatively with the superintendent to distinguish among these functions. With input from students, parents/legal guardians, and community members regarding the quality and performance of the school system, the district will establish a culture of competence, collaboration, and trust.

Accordingly, the board's goals are as follows:
- to provide leadership through policy and appraisal in order that the goals and objectives of the school system can be effectively carried out
- to evaluate the data appropriate for the management functions of planning, evaluating, organizing, and implementing the goals and objectives of the district
- to formulate a sound fiscal policy in the interest of fiscal economy
- to commission the superintendent to manage the school system in accordance with board policy
- to partner with the community by interpreting public attitudes, addressing concerns, and aspirations in the formulation of policies and encouraging involvement with and understanding of the schools
- to identify the educational and technological needs of the community and to transform such needs into programs aimed at preparing students for future careers.

Adopted 5/26/86; Revised 6/23/86, 9/22/86, 1/14/91, 8/25/00, 6/25/07, 1/25/16

Last Modified by Rosanne Morris on June 23, 2016