# EXHIBIT C



| | |
|---|---|
| Book | School District of Pickens County Policy Manual |
| Section | I |
| Title | Textbook Selection and Adoption |
| Code | IJJ |
| Status | Active |
| Adopted | May 28, 1973 |
| Last Revised | March 28, 2022 |
| Last Reviewed | March 28, 2022 |

Purpose:  To establish the board's vision and basic structure for the selection and adoption of textbooks to be used by the district.

In adopting textbooks for use in the school system, the board must carefully consider the rights, freedoms, and responsibilities of students, parents/legal guardians, and teachers.

The board's first commitment in the selection and adoption of textbooks will be the preservation of the student's right to learn in an atmosphere of academic freedom. The board supports the rights of teachers to exercise professional judgment in their work, but, at the same time, will require teachers to balance this right with an awareness of their responsibility to meet the district's educational goals and objectives as well as standards established by state law.

The board recognizes the rights of parents/legal guardians to influence the education of their children. In addition to considering the rights of individuals, the board must also consider the rights of all students in the class to ensure that textbooks and instructional materials are aligned to the state-adopted learning standards.

**Selection Process**

The superintendent will be responsible for selecting and recommending to the board for adoption all basic textbooks to be used in the district's program of education.

The superintendent will recommend textbooks in specific curriculum areas based upon the recommendation of textbook committees composed of teachers, department chairs, supervisors, directors, and principals. The committee will seek comments from interested parents/legal guardians, board members, community members, and students. Textbooks will be available for review in hard copy or online as available with opportunities for stakeholders to provide feedback.

The committee will select texts from those on the approved list of the State Department of Education. The content of these textbooks will reflect the substance and level of performance outlined in grade specific educational standards adopted by the State Board of Education.

 The district may request that the State Board of Education add a textbook or series to the approved list under the following circumstances:
- The textbook or series must be one that was reviewed by the state board, but not adopted.
- The boards of five or more districts may request in writing an addition to the approved state board list.
- The boards of two or more districts with a combined student population of 25,000 or more may request in writing an addition to the approved state board list.

The district will set up procedures for principals and teachers to request these additions.

**Management**

The district will comply with the state textbook management system for the barcoding, distributing, collecting, securing, storage, and long-term care of state-owned textbooks and other instructional materials.

Each school will designate a textbook coordinator responsible for conducting inventories of state-owned materials, reporting losses to the state, collecting fees from students, and requesting replacement materials from the textbook depository.

Schools will be responsible for articulating procedures for the care and return of state-owned textbooks and other instructional materials to students, parents/legal guardians, and teachers.

**Beginning Classes**

Schools may not begin a course if textbooks or other materials are not available on the first day of class or if the delivery date is after the first two weeks of classes unless the board determines the class should be offered.

Adopted 5/28/73; Revised 4/22/91, 1/28/08, 3/27/2017, 3/28/22

Legal references:

A.  S.C. Code, 1976, as amended:

    1. Section 59-5-60(7) - General powers of state board.
    2. Section 59-31-10, *et seq*. - Textbooks.

B.  State Board of Education Regulations:
    1. R 43-70 - Textbook adoption.
    2. R 43-71 - Free textbooks.

**Last Modified by Rosanne Morris on May 18, 2022**