# EXHIBIT D

| | | |
|---|---|---|
| Book | School District of Pickens County Policy Manual |  |
| Section | B | |
| Title | Board Powers and Duties | |
| Code | BBA | |
| Status | Active | |
| Adopted | April 30, 1973 | |
| Last Revised | January 25, 2016 | |

Purpose:  To establish the basic legal structure in which the board operates.

The law of the state requires district boards to discharge certain duties and confers upon them many legislative, judicial, and executive powers.

The board takes a broad view of its required functions. It sees them as the following.

**Legislative/Policymaking**

The legislative authority includes policymaking action and the review of rules and regulations established to put policies into operation. The board is responsible for the development and adoption of policy. The policies will be put in written form and continually re-evaluated in terms of the changing needs and functions of public education.

**Executive**

The board will employ a superintendent to serve as the chief executive officer. In that role, the superintendent performs administrative duties for the board by virtue of the powers delegated to him/her. The board will hold the superintendent accountable for the proper and efficient administration of the district.

**Quasi-Judicial**

The board serves in a quasi-judicial function when it acts on appeals of parents/legal guardians, students, or employees on decisions made by the superintendent or his/her designee.

**Operational Action**

The board is responsible for conducting board business, such as adopting procedures for meetings, electing board officers, and ensuring compliance with state laws and directives of the South Carolina Department of Education.

**Appraisal and Approval**

The board is responsible for evaluating the effectiveness of its policies and the implementation of its policies. The board will appraise the value and importance of the superintendent's recommendations and act on each proposal. The board will hold the superintendent accountable for furnishing complete information necessary for the board's evaluation.

E**ducational Planning and Evaluation**

The board is responsible for establishing educational goals which will guide both the board and the staff in working together toward the continued improvement of the educational programs in the district. Programs will be evaluated regularly to measure progress toward the goals and objectives set by the board. The board is responsible for acquiring and acquiring reliable information from responsible sources to make informed decisions.

**Provision of Financial Resources**

The board will adopt the annual budget which will provide the resources in terms of facilities, personnel, materials, equipment, and programs to enable the school system to carry out its mission.

**Staffing**

The board is responsible for employing the professional and support staff necessary for carrying out the district's instructional program. The board is also responsible for establishing salary schedules, terms of employment and other personnel policies districtwide, and for the evaluation process of its personnel.

**Reviewing Action**

The board has final authority within the law for the operation of schools. No section of these policies and procedures may be construed to limit the statutory powers of the board to exercise its own judgment on the basis of the recommendation of the superintendent.

**Visits to Schools**

Board members may make visits to schools or classrooms after making arrangements for visitations through the principals of the various schools.

**Public Relations**

The board is responsible for providing adequate and direct means for keeping the community informed about the school district and for keeping itself and the staff informed about the wishes of the public. All planning, related or not related to the budget, should be communicated to the public if citizens are to support the mission of the district.

Adopted 4/30/73; Revised 11/26/90, 11/24/03, 6/25/07, 5/26/09, 1/25/16

Legal references:

A.  S.C. Code, 1976, as amended:
    1. Section 59-19-90 - General powers and duties of school trustees.

Last Modified by Rosanne Morris on June 23, 2016