# EXHIBIT E

### STATE OF SOUTH CAROLINA

## DEPARTMENT OF EDUCATION

### MOLLY M. SPEARMAN
*STATE SUPERINTENDENT OF EDUCATION*



The South Carolina Department of Education English Language Arts
Priority and Support Learning Standards

September 2020

The South Carolina Department of Education does not discriminate on the basis of race, color, religion, national origin, sex, sexual orientation, veteran status, or disability in admission to, treatment in, or employment in its programs and activities. Inquiries regarding the nondiscrimination policies should be made to the Employee Relations Manager, 1429 Senate Street, Columbia, South Carolina 29201, 803-734-8781. For further information on federal non-discrimination regulations, including Title IX, contact the Assistant Secretary for Civil Rights at OCR.DC@ed.gov or call 1-800-421-3481.

# EXHIBIT E

## Contents

Priority Learning Standard Grade Level Count ........................................................................... 1

Rationale for Priority and Support Learning Standards ............................................................. 2

    Definition ............................................................................................................................... 2

    Purpose .................................................................................................................................. 2

Organization of Priority and Support Learning Standards ......................................................... 3

Kindergarten ............................................................................................................................ 4

    Inquiry ................................................................................................................................... 4

    Reading Literary-Principles of Reading ............................................................................... 4

    Reading-Informational .......................................................................................................... 7

    Writing ................................................................................................................................. 10

First Grade ............................................................................................................................. 12

    Inquiry ................................................................................................................................. 12

    Reading Literary ................................................................................................................. 12

    Reading Informational ........................................................................................................ 16

    Writing ................................................................................................................................. 19

Second Grade ......................................................................................................................... 21

    Inquiry ................................................................................................................................. 21

    Reading Literary ................................................................................................................. 22

    Reading Informational ........................................................................................................ 24

    Writing ................................................................................................................................. 26

Third Grade ............................................................................................................................ 28

    Inquiry ................................................................................................................................. 28

    Reading Literary ................................................................................................................. 28

    Reading Informational ........................................................................................................ 29

    Writing ................................................................................................................................. 31

Fourth Grade .......................................................................................................................... 36

    Reading Literary ................................................................................................................. 36

    Reading Informational ........................................................................................................ 38

    Writing ................................................................................................................................. 39

Fifth Grade ............................................................................................................................. 45

    Reading Literary ................................................................................................................. 45

    Reading Informational ........................................................................................................ 47

    Writing ................................................................................................................................. 48

# EXHIBIT E

Sixth Grade ........................................................................................................ 53
    Inquiry .......................................................................................................... 53
    Reading Literary ......................................................................................... 53
    Reading Informational ............................................................................... 55
    Writing ........................................................................................................ 57
Seventh Grade .................................................................................................... 61
    Inquiry .......................................................................................................... 61
    Reading Literary ......................................................................................... 61
    Reading Informational ............................................................................... 63
    Writing ........................................................................................................ 65
Eighth Grade ...................................................................................................... 69
    Reading Literary ......................................................................................... 69
    Reading Informational ............................................................................... 71
    Writing ........................................................................................................ 72
English I ............................................................................................................. 76
    Inquiry .......................................................................................................... 76
    Reading Literary ......................................................................................... 76
    Reading Informational ............................................................................... 77
    Writing ........................................................................................................ 78
English II ............................................................................................................ 82
    Inquiry .......................................................................................................... 82
    Reading Literary ......................................................................................... 82
    Reading Informational ............................................................................... 83
    Writing ........................................................................................................ 83
English III ........................................................................................................... 87
    Reading Literary ......................................................................................... 87
    Reading Informational ............................................................................... 88
    Writing ........................................................................................................ 89
English IV ........................................................................................................... 93
    Reading Literary ......................................................................................... 93
    Reading Informational ............................................................................... 94
    Writing ........................................................................................................ 95
Appendix A ...................................................................................................... 100
    Acknowledgements ................................................................................... 100

# EXHIBIT E

**Priority Learning Standard Grade Level Count**

Back to Contents

| Grade Level | # of ELA Priority Learning Standards/Indicators | # of ELA Standards/Indicators |
|---|---|---|
| Kindergarten | 32 | 120 |
| First Grade | 29 | 113 |
| Second Grade | 23 | 101 |
| Third Grade | 22 | 75 |
| Fourth Grade | 19 | 65 |
| Fifth Grade | 17 | 60 |
| Sixth Grade | 19 | 65 |
| Seventh Grade | 18 | 60 |
| Eighth Grade | 14 | 59 |
| English I | 18 | 68 |
| English II | 8 | 68 |
| English III | 9 | 68 |
| English IV | 8 | 68 |

*Count includes each grade specific indicator.

# EXHIBIT E

**Rationale for Priority and Support Learning Standards**
Back to Contents

### *Definition*

An understanding of how students learn paired with current and relevant literacy research guided cross grade level teams to analyze the *South Carolina College and Career-Ready Standards for English Language Arts* to make decisions on focus literacy skills. The standards that best represent the focus skills emerged as priority learning standards for each grade level. Ainsworth (2015) states that Standards should play a prioritizing or supporting role for learning in each grade level.

- Priority Standards are "a carefully selected subset of the total list of the grade-specific and course-specific standards within each content area that students must know and be able to do by the end of each school year in order to be prepared for the standards at the next grade level or course. Priority standards represent the assured student competencies that each teacher needs to help every student learn, and demonstrate proficiency in, by the end of the current grade or course" (Ainsworth, 2013, p. xv).
- Support Standards are "those standards that support, connect to, or enhance the Priority Standards. They are taught within the context of the Priority Standards, but do not receive the same degree of instruction and assessment emphasis as do the Priority Standards. The supporting standards often become the instructional scaffolds to help students understand and attain the more rigorous and comprehensive Priority Standards" (Ainsworth, 2013, p. xv).

The priority learning standards represent the **endurance**, **leverage**, and **readiness**. The lens of **endurance** represents a standard that communicates a "lasting beyond one grade or course; concepts and skills needed in life" (Ainsworth, 2015). The lens of **leverage** represents a standard that maximizes the value of a concept or skill across academic disciplines. The lens of **readiness** for the next level of learning represents a prerequisite concepts and skills students need to enter a new grade level or course of study" (Ainsworth, 2015).

### *Purpose*

It is important to know that "prioritizing certain standards over others does not mean eliminating those standards that do not make it into the starring roles. All standards must be taught and assessed, and re-taught and reassessed, to gain evidence of student competency of those learning outcomes. Prioritizing the standards has nothing whatsoever to do with "lowering the bar," and everything to do with focus. It is about "less" being more. The difference is in the degree of focus given to certain standards over others" (Ainsworth, 2015).

# EXHIBIT E

**Organization of Priority and Support Learning Standards**
Back to Contents

The priority and support learning standards are organized by grade level for kindergarten through English IV. Within the grade levels, priority and support learning standards are grouped by the English Language Arts strands.

Each priority learning standard is bold and is noted by a solid bullet. Each support learning standard is noted by a clear bullet. Not all priority learning standards have support learning standards. Some support learning standards have additional supporting standards for instruction. A solid square bullet notes these sub-support learning standards. Not all support learning standards have sub-support learning standards.

See below for an example representation of the organization of the priority and support learning standards.

- Priority Learning Standard
  - Support Learning Standard
    - Sub-support Learning Standard

The indicators that are grayed out in the *South Carolina College and Career-Ready Standards for English Language Arts* represent skills and content that students are expected to build upon and continue applying previous learning. These indicators are only included as priority or support learning standards for the grade levels in which the skills and content are mastered. Please refer to the *South Carolina College and Career-Ready Standards for English Language Arts* to reinforce the priority and support learning standards.

# EXHIBIT E

**Kindergarten**
Back to Contents

*Inquiry*
- **I.1.1 Engage in daily opportunities for play and exploration to foster a sense of curiosity, develop the disposition of inquisitiveness, and begin to verbally articulate "I wonders" about ideas of interest.**
    - I.2.1 With guidance and support, engage in daily explorations of texts to make connections to personal experiences, other texts, or the environment.
    - I.3.1 With guidance and support, develop a plan of action for collecting information from multiple sources through play, sensory observation, texts, websites, and conversations with adults/peers.
    - I.5.1 With guidance and support, recognize the value of individual and collective thinking.
    - I.5.2 With guidance and support monitor and assess learning to guide inquiry.
    - C. 1.1 Explore and create meaning through play, conversation, drama, and story-telling.
    - C.1.2 Practice the skills of taking turns, listening to others, and speaking clearly.
    - C.1.3 Practice verbal and nonverbal techniques including volume and tone, eye contact, facial expressions, and posture.
    - C.1.4 Participate in conversations with varied partners about focused grade level topics and texts in small and large groups.
    - C.2.2 With guidance and support, participate in shared research exploring a variety of texts; express opinions and talk about findings.
    - C.3.2 Use appropriate props, images, or illustrations to support verbal communication.
    - C.5.1 Use voice inflection, expression, rhythm, and rhyme, when presenting poems, short stories, role-plays, or songs.

*Reading Literary-Principles of Reading*
- **RL.1.1 Follow words from left to right, top to bottom, and front to back.**
    - RL.1.3 Understand that words are separated by spaces in print.
    - W.6.3 Recognize that print moves from left to right and that there are spaces between words.

- **RL.1.4 Recognize and name all upper- and lowercase letters of the alphabet.**
    - RL.1.2 Recognize that spoken words are represented in written language by specific sequences of letters.
    - W.5.3 Write letter(s) for familiar consonant and vowel sounds.
    - W.6.2 Print upper-and lower-case letters.
    - W. 6.4 Locate letter keys on an electronic device.

- **RL.2.5 Add or substitute individual sounds in simple, single-syllable words to make new words.**
    - RL.2.2 Count, pronounce, blend, and segment syllables in spoken words.
    - RL.2.3 Blend and segment onsets and rimes of single-syllable spoken words.

# EXHIBIT E

- o RL.2.4 Isolate and pronounce the initial, medial, and final sounds in a three-phoneme word.
- o RL.3.3 Read regularly spelled one-syllable words.
- o W. 5.4 Spell simple words phonetically.

- **RL. 3.1 Produce one-to-one letter-sound correspondences for each consonant.**
  - o RL.2.4 Isolate and pronounce the initial, medial, and final sounds in a three-phoneme word.
  - o W.5.3 Write letter(s) for familiar consonant and vowel sounds.

- **RL. 3.2 Associate long and short sounds of the five major vowels with their common spellings.**
  - o RL.3.4 Distinguish between similarly spelled consonant-vowel-consonant patterned words by identifying the sounds of the letters that differ.
  - o RL.3.5 Read common high-frequency words.
  - o W. 5.4 Spell simple words phonetically.

- **RL.5.1 With guidance and support, ask and answer who, what, when, where, why, and how questions about a text; refer to key details to make inferences and draw conclusions in texts heard or read.**
  - o RL.4.1 With guidance and support, discover relationships and patterns during the inquiry process.
  - o RL.4.3 With guidance and support, reflect on findings.
  - o RL.7.2 Read or listen closely to compare familiar texts.
  - o RL.11.1 Identify the author and illustrator and define the role of each.
  - o RL.12.2 Recognize the crafted text structure of recurring phrases.

- **RL.5. 2 With guidance and support, ask and answer questions to make predictions using prior knowledge, pictures, illustrations, title, and information about the author and illustrator.**
  - o RL.4.3 Use picture cues to confirm or self-correct word recognition and understanding.
  - o RL.12.1 Recognize and sort types of literary texts.
  - o RI.10.1 Identify the author and illustrator and define the role of each.

- **RL.6.1 Describe the relationship between illustrations and the text**.
  - o I.4.1 With guidance and support, discover relationships and patterns during the inquiry process.

- **RL.7.1 With guidance and support, retell a familiar text; identify beginning, middle, and end in a text heard or read.**
  - o RL.7.2 Read or listen closely to compare familiar texts.
  - o C. 1.2 Practice the skills of taking turns, listening to others, and speaking clearly.
  - o C. 1.3 Practice verbal and nonverbal techniques including volume and tone, eye contact, facial expressions, and posture.

# EXHIBIT E

- C.2.1 With guidance and support, recall information from experiences or gather information from sources to ask and answer questions.
- C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made.
- C3.2 Use appropriate props, images, or illustrations to support verbal communication.
- C.4.1 Identify speaker's purpose.
- C.4.2 Identify the introduction and conclusion of a presentation.
- C.4.3 Identify when the speaker uses intonation and word stress.

- **RL.8.1 With guidance and support, read or listen closely to:**
  **a. describe characters and their actions;**
  **b. compare characters' experiences to those of the reader;**
  **c. describe setting;**
  **d. identify the problem and solution; and**
  **e. identify the cause of an event.**
  - RL.7.2 Read or listen closely to compare familiar texts.
  - RL.11.2 Identify who is telling the story, the narrator or characters.
  - C. 4.1 Identify speaker's purpose.

- **RL.9.1 With guidance and support, identify the literary devices of repetitive language and the sound devices of rhyme, onomatopoeia, and alliteration; identify when the author uses each.**
  - RL.2.1 Recognize and produce rhyming words.
  - RL.12.2 Recognize the crafted text structure of recurring phrases.
  - C.4.3 Identify when the speaker uses intonation and word stress.
  - C.5.1 Use voice inflection, expression, rhythm, and rhyme, when presenting poems, short stories, role-plays, or songs.
  - C. 5.2 Employ repetitive language, onomatopoeia, and/or alliteration to impact the audience.

- **RL.9.2 With guidance and support, identify how an author's choice of words, phrases, conventions, and illustrations suggest feelings, appeal to the senses, and contribute to meaning.**
  - RL.10.1 With guidance and support, ask and answer questions about known and unknown words.
  - RL.10.2 With guidance and support, identify new meanings for familiar words and apply them accurately.
  - RL.10.4 With guidance and support, identify the individual words used to form a compound word.
  - RL.10.5 With guidance and support, use print and multimedia resources to explore word relationships and nuances in word meanings.
  - RL.10.6 With guidance and support, use words and phrases acquired through talk and text; explore nuances of words and phrases.
  - RL.12.2 Recognize the crafted text structure of recurring phrases.
  - C.4.3 Identify when the speaker uses intonation and word stress.

# EXHIBIT E

- C.5.1 Use voice inflection, expression, rhythm, and rhyme, when presenting poems, short stories, role-plays, or songs.
- C.5.2 Employ repetitive language, onomatopoeia, and/or alliteration to impact the audience.

- **RL.13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - I. 4.2 With guidance and support, use tools to communicate findings.
  - I. 4.3 With guidance and support, reflect on findings.
  - RL.2.1 Recognize and produce rhyming words.
  - RL.3.5 Read common high-frequency words.
  - RL.3.6 Recognize grade-appropriate irregularly spelled words.
  - RL. 4.1 Read emergent-reader texts with purpose and understanding.
  - RL. 4.2 Read emergent-reader texts orally with accuracy, appropriate rate, and expression.
  - RL.4.3 Use picture cues to confirm or self-correct word recognition and understanding.
  - RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - RL.13.2 Read independently for sustained periods of time to build stamina.
  - C. 1.4 Participate in conversations with varied partners about focused grade level topics and texts in small and large groups.
  - C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made.
  - C. 5.1 Use voice inflection, expression, rhythm, and rhyme, when presenting poems, short stories, role-plays, or songs.

## *Reading-Informational*
- **RI.1.1 Follow words from left to right, top to bottom, and front to back.**
  - RI. 1.3 Understand that words are separated by spaces in print.
  - W. 6.3 Recognize that print moves from left to right and that there are spaces between words.

- **RI.1.4 Recognize and name all upper- and lowercase letters of the alphabet.**
  - RI.1.2 Recognize that spoken words are represented in written language by specific sequences of letters.
  - W.5.3 Write letter(s) for familiar consonant and vowel sounds.
  - W.6.2 Print upper-and lower-case letters.
  - W.6.4 Locate letter keys on an electronic device.

- **RI.2.5. Add or substitute individual sounds in simple, single-syllable words to make new words.**
  - RL.2.2 Count, pronounce, blend, and segment syllables in spoken words.
  - RL.2.3 Blend and segment onsets and rimes of single-syllable spoken words.
  - RL.2.4 Isolate and pronounce the initial, medial, and final sounds in a three-phoneme word.

# EXHIBIT E

- o RI.3.3 Read regularly spelled one-syllable words.
- o W.5.4 Spell simple words phonetically.

- **RI.3.1 Produce one-to-one letter-sound correspondences for each consonant.**
  - o RL.2.4 Isolate and pronounce the initial, medial, and final sounds in a three-phoneme word.
  - o W.5.3 Write letter(s) for familiar consonant and vowel sounds.

- **RI. 3.2 Associate long and short sounds of the five major vowels with their common spellings.**
  - o RI.3.4 Distinguish between similarly spelled consonant-vowel-consonant patterned words by identifying the sounds of the letters that differ.
  - o W. 5.4 Spell simple words phonetically.

- **RI.5.1 With guidance and support, ask and answer who, what, when, where, why, and how questions about a text; refer to key details to make inferences and draw conclusions in texts heard or read.**
  - o RI.10.1 Identify the author and illustrator and define the role of each.

- **RI.5. 2 With guidance and support, ask and answer questions to make predictions using prior knowledge, pictures, illustrations, title, and information about the author and illustrator.**
  - o RI.4.3 Use picture cues to confirm or self-correct word recognition and understanding.
  - o RI.6.1 Describe the relationship between illustrations and the text.
  - o RI.10.1 Identify the author and illustrator and define the role of each.
  - o RL.12.1 Recognize and sort types of literary texts.

- **RI.6.1 With guidance and support, retell the central idea and identify key details to summarize a text heard, read, or viewed.**
  - o RI.11.2 With guidance and support, identify the reasons an author gives to support a position.
  - o C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made.
  - o C.2.1 With guidance and support, recall information from experiences or gather information from sources to ask and answer questions.
  - o C.3.2 Use appropriate props, images, or illustrations to support verbal communication.
  - o C.4.1 Identify speaker's purpose.
  - o C.4.2 Identify the introduction and conclusion of a presentation.
  - o C.4.3 Identify when the speaker uses intonation and word stress.

- **RI.7.1 With guidance and support, compare topics or ideas within a thematic or author study heard, read, or viewed.**
  - o RL.7.2 Read or listen closely to compare familiar texts.
  - o RL.12.1 Recognize and sort types of literary texts.

# EXHIBIT E

- o C.1.4 Participate in conversations with varied partners about focused grade level topics and texts in small and large groups.
- o C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made.
- o C. 3.1 Explore how ideas and topics are depicted in a variety of media and formats.

- **RI.8.1 With guidance and support, identify words, phrases, illustrations, and photographs used to provide information.**
  - o RL10.1 With guidance and support, ask and answer questions about known and unknown words.
  - o RL.10.2 With guidance and support, identify new meanings for familiar words and apply them accurately.
  - o RL.10.3 With guidance and support, use inflectional endings and affixes to determine the meaning of unknown words.
  - o RI.4.3 Use picture cues to confirm or self-correct word recognition and understanding.

- **RI.8.2 With guidance and support, use front cover, title page, illustrations/ photographs, fonts, glossary, and table of contents to locate and describe key facts or information; describe the relationship between these features and the text.**
  - o RI.11.1 With guidance and support, explore informational text structures within texts heard or read.
  - o C.2.1 With guidance and support, recall information from experiences or gather information from sources to ask and answer questions.

- **RI.9.5 With guidance and support, use words and phrases acquired through talk and text; explore nuances of words and phrases.**
  - o RL.10.1 With guidance and support, ask and answer questions about known and unknown words.
  - o RL.10.2 With guidance and support, identify new meanings for familiar words and apply them accurately.
  - o RL.10.5 With guidance and support, use print and multimedia resources to explore word relationships and nuances in word meanings.
  - o RI. 9.1 With guidance and support, ask and answer questions about known and unknown words.
  - o RI.9.2 With guidance and support, identify new meanings for familiar words and apply them accurately.
  - o RI.9.3 With guidance and support, use inflectional endings and affixes to determine the meaning of unknown words.
  - o RI.9.4 With guidance and support, use print and multimedia resources to explore word relationships and meanings.
  - o RI.10.3 With guidance and support, use inflectional endings and affixes to determine the meaning of unknown words.
  - o RL.10.4 With guidance and support, identify the individual words used to form a compound word.

**EXHIBIT E**

- o RL.10.6 With guidance and support, use words and phrases acquired through talk and text; explore nuances of words and phrases.

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - o I. 4.2 With guidance and support, use tools to communicate findings.
  - o I. 4.3 With guidance and support, reflect on findings.
  - o RL.2.1 Recognize and produce rhyming words.
  - o RL.3.5 Read common high-frequency words.
  - o RL.3.6 Recognize grade-appropriate irregularly spelled words.
  - o RL. 4.1 Read emergent-reader texts with purpose and understanding.
  - o RL. 4.2 Read emergent-reader texts orally with accuracy, appropriate rate, and expression.
  - o RL.4.3 Use picture cues to confirm or self-correct word recognition and understanding.
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL.13.2 Read independently for sustained periods of time to build stamina.
  - o C. 1.4 Participate in conversations with varied partners about focused grade level topics and texts in small and large groups.
  - o C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made.
  - o C. 5.1 Use voice inflection, expression, rhythm, and rhyme, when presenting poems, short stories, role-plays, or songs.

*Writing*
- **W.1.1 Use a combination of drawing, dictating, and writing to state the topic and communicate an opinion about it.**
  - o I. 4.2 With guidance and support, use tools to communicate findings.

- **W.2.1 Use a combination of drawing, dictating, and writing to compose informative/explanatory texts that name and supply information about the topic.**

- **W.3.1 Use a combination of drawing, dictating, and writing to narrate a single event or several loosely linked events, to tell about the events in the order in which they occurred, and to provide a reaction to what happened.**
  - o C.4.2 Identify the introduction and conclusion of a presentation.

- **W.1.2, W.2.2, and W.3.2 With guidance and support, plan, revise, and edit building on personal ideas and the ideas of others to strengthen writing.**
  - o I.3.2 With guidance and support, select information, revise ideas, and record and communicate findings.
  - o RI.3.6 Recognize grade-appropriate irregularly spelled words.
  - o W. 4.1 With guidance and support, use nouns.
  - o W.4.2 With guidance and support, form regular plural nouns orally by adding /s/ or /es/.

# EXHIBIT E

- o W. 4.3 With guidance and support, understand and use interrogatives.
- o W.4.4 With guidance and support, use verbs.
- o W. 4.5 With guidance and support, use adjectives.
- o W.4.6 With guidance and support, use prepositional phrases
- o W. 4.7 With guidance and support, use conjunctions.
- o W.4.8 Produce and expand complete sentences.
- o W. 5.1 Capitalize the first word in a sentence and the pronoun I.
- o W. 5.2 Recognize and name end punctuation.
- o W.5.4 Spell simple words phonetically.
- o W.5.5 Consult print and multimedia resources to check and correct spellings.
- o W.6.1 With guidance and support, write routinely and persevere in writing tasks for a variety of purposes and audiences.
- o C.2.2 With guidance and support, participate in shared research exploring a variety of texts; express opinions and talk about findings.

**EXHIBIT E**

**First Grade**
Back to Contents

*Inquiry*
- **1.1 Translate "wonderings" into questions that lead to group conversations, explorations, and investigations.**
  - ○ I.2.1 Engage in daily explorations of texts to make connections to personal experiences, other texts, or the environment.
  - ○ I.3.1 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
  - ○ I.5.1 Recognize the value of individual and collective thinking.
  - ○ I.5.2 Monitor and assess learning to guide inquiry.
  - ○ I.5.3 Articulate the thinking process.
  - ○ C.1.1 Explore and create meaning through play, conversation, drama, and storytelling.
  - ○ C.1.2 Practice the skills of taking turns, listening to others, and speaking clearly.
  - ○ C.1.3 Practice techniques of volume, eye contact, facial expressions, posture, gestures, and space.
  - ○ C.1.4 Participate in shared conversations with varied partners about focused grade level topics and texts in small and large groups.
  - ○ C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
  - ○ C.2.2 Participate in shared research exploring a variety of texts; express opinions and talk about findings.
  - ○ C.3.2 Use visual displays to support verbal communication and clarify ideas, thoughts, and feelings.
  - ○ C.5.1 Present poems, short stories, role-plays, or songs using voice inflection, expression, rhythm, and rhyme.

*Reading Literary*
- **RL.1.1 Recognize the distinguishing features of a sentence**.
  - ○ W.6.3 Write left to right leaving space between words.

- **RL.2.1 Distinguish long from short vowel sounds in spoken single-syllable words.**
  - ○ RL.2.3 Isolate and pronounce initial, medial, and final sounds in spoken single-syllable words.
  - ○ RL.2.4 Segment spoken single-syllable words into their complete sequence of individual sounds.
  - ○ RL.3.2 Use knowledge that every syllable must have a vowel sound to determine the number of syllables in words.

- **RL.3.3 Read a two-syllable word by breaking the word into syllables.**

# EXHIBIT E

- **RL.3.1 Demonstrate the sound correspondences for common consonant blends and digraphs.**
  - o RL.2.4 Segment spoken single-syllable words into their complete sequence of individual sounds.
  - o RL.3.3 Read a two-syllable word by breaking the word into syllables.
  - o W.5.3 Use conventional spelling for words with common spelling patterns.

- **RL.5.1 Ask and answer who, what, when, where, why, and how questions to demonstrate understanding of a text; use key details to make inferences and draw conclusions in texts heard or read.**
  - o I.4.1 Draw conclusions from relationships and patterns discovered during the inquiry process.
  - o I.4.3 Reflect on findings and take action.
  - o RL.7.2 Read or listen closely to compare and contrast familiar texts and texts in author and genre studies.
  - o RL.11.1 Identify the author's purpose—to explain, entertain, inform, or convince.
  - o RL.12.2 Recognize how the author uses crafted text structures of recurring phrases and dialogue.

- **RL.5.2 Make predictions using prior knowledge, pictures, illustrations, title, and information about author and illustrator.**
  - o RL.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
  - o RL.12.1 Classify literary texts according to characteristics of a genre.
  - o RI.10.1 Identify the author's purpose – to explain, entertain, inform, or convince.
  - o RL.8.1 Read or listen closely to:
    - a. Describe characters' actions and feelings;
    - b. Compare and contrast characters' experiences to those of the reader;
    - c. Describe setting;
    - d. Identify the plot including problem and solution; and
    - e. Describe cause and effect relationships.
  - o I.4.1 Draw conclusions from relationships and patterns discovered during the inquiry process.

- **RL.6.1 Describe the relationship between the illustrations and the characters, setting, or events.**

- **RL.7. 1 Retell text, including beginning, middle, and end; use key details to determine the theme in a text heard or read.**
  - o RL.7.2 Read or listen closely to compare and contrast familiar texts and texts in author and genre studies.
  - o C.1.2 Practice the skills of taking turns, listening to others, and speaking clearly.
  - o C.1.3 Practice techniques of volume, eye contact, facial expressions, posture, gestures, and space.
  - o C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.

EXHIBIT E

- o C.2.1 Express ideas gathered from various print and multimedia sources in a clear and concise manner.
- o C.3.2 Use visual displays to support verbal communication and clarify ideas, thoughts, and feelings.
- o C.4.1 Identify speaker's purpose and details that keep the listener engaged.
- o C.4.2 Identify the introduction, body, and conclusion of a presentation.
- o C.4.3 Identify when the speaker uses intonation and word stress and includes media.

- **RL.8.1 Read or listen closely to:**
  - **a. describe characters' actions and feelings;**
  - **b. compare and contrast characters' experiences to those of the reader;**
  - **c. describe setting;**
  - **d. identify the plot including problem and solution; and**
  - **e. describe cause and effect relationships**.
    - o RL.7.2 Read or listen closely to compare and contrast familiar texts and texts in author and genre studies.
    - o RL.11.2 Distinguish who is telling the story at various points in a text, the narrator or characters.
    - o C.4.1 Identify speaker's purpose and details that keep the listener engaged.

- **RL.9.1 Identify the literary devices of rhythm, repetitive language, and simile and sound devices of rhyme, onomatopoeia, and alliteration; explain how the author uses each.**
  - o RL.2.1 Distinguish long from short vowel sounds in spoken single-syllable words.
  - o RL.12.2 Recognize how the author uses crafted text structures of recurring phrases and dialogue.
  - o C.4.3 Identify when the speaker uses intonation and word stress and includes media.
  - o C.5.1 Present poems, short stories, role-plays, or songs using voice inflection, expression, rhythm, and rhyme.
  - o C.5.2 Employ a combination of words, phrases, rhythm, rhyme, repetitive language, similes, onomatopoeia, and alliteration for impact.

- **RL.9.2 Identify how an author's choice of words, phrases, conventions, and illustrations suggest feelings, appeal to the senses, and contribute to meaning.**
  - o RL.10.1 Ask and answer questions about known and unknown words.
  - o RL.10.2 Identify new meanings for familiar words and apply them accurately.
  - o RL.10.3 Use inflectional endings and affixes to determine the meaning of unknown words.
  - o RL.10.4 Identify the individual words used to form a compound word.
  - o RL.10.5 Use print and multimedia resources to explore word relationships and nuances in word meanings.
  - o RL.10.6 Use words and phrases acquired through talk and text; explore nuances of words and phrases.

**EXHIBIT E**

- o RL.12.2 Recognize how the author uses crafted text structures of recurring phrases and dialogue.
- o RI.9.2 Identify new meanings for familiar words and apply them accurately.
- o RI.9.3 Use inflectional endings and affixes to determine the meaning of unknown words.
- o RI.9.4 Use print and multimedia resources to explore word relationships and meanings.
- o C.4.3 Identify when the speaker uses intonation and word stress and includes media.
- o C.5.1 Present poems, short stories, role-plays, or songs using voice inflection, expression, rhythm, and rhyme.

- **RL.11.1 Identify the author's purpose—to explain, entertain, inform, or convince.**
  - o RL.7.2 Read or listen closely to compare and contrast familiar texts and texts in author and genre studies.
  - o RL.9.2 Identify how an author's choice of words, phrases, conventions, and illustrations suggest feelings, appeal to the senses, and contribute to meaning.
  - o RL.13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.

- **RL.11.2 Distinguish who is telling the story at various points in a text, the narrator or characters.**
  - o RL.7.2 Read or listen closely to compare and contrast familiar texts and texts in author and genre studies.
  - o RL.12.1 Classify literary texts according to characteristics of a genre.
  - o RL.12.2 Recognize how the author uses crafted text structures of recurring phrases and dialogue.
  - o RI.7.1 7.1 Compare and contrast topics or ideas within a thematic or author study heard, read, or viewed.
  - o RI. 10.1 Identify the author's purpose – to explain, entertain, inform, or convince.
  - o RI. 11.1 Explore informational text structures within texts heard or read; identify sequential order and compare and contrast relationships.
  - o RL and RI.2.2 Produce single-syllable words by blending sounds, including consonant blends in spoken words.
  - o RL. and RI 2.3 Isolate and pronounce initial, medial, and final sounds in spoken single-syllable words.
  - o RL. and RI.2.4 Segment spoken single-syllable words into their complete sequence of individual sounds.

- **RL.13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - o I.3.1 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
  - o I.4.2 Determine appropriate tools to communicate findings.
  - o I.4.3 Reflect on findings and take action.
  - o I.5.1 Recognize the value of individual and collective thinking.

**EXHIBIT E**

- o I.5.3 Articulate the thinking process.
- o RL.2.1 Distinguish long from short vowel sounds in spoken single-syllable words.
- o RL.3.4 Use final-e and common vowel team conventions to read words with long vowel sounds.
- o RL.3.5 Read words with inflectional endings.
- o RL.3.6 Recognize and read grade-appropriate irregularly spelled words.
- o RL.4.1 Read emergent-reader texts with purpose and understanding.
- o RL.4.2 Read grade-level texts orally with accuracy, appropriate rate, and expression on successive readings.
- o RL.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
- o RL.13.1 Engage in whole and small group reading with purpose and understanding.
- o RL.13.2 Read independently for sustained periods of time to build stamina.
- o RI.2.2 Produce single-syllable words by blending sounds, including consonant blends in spoken words.
- o RI.2.3 Isolate and pronounce initial, medial, and final sounds in spoken single-syllable words.
- o RI.2.4 Segment spoken single-syllable words into their complete sequence of individual sounds.
- o RI.3.3 Read a two-syllable word by breaking the word into syllables.
- o RI.3.4 Use final -e and common vowel team conventions to read words with long vowel sounds.
- o RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.
- o C.1.4 Participate in conversations with varied partners about focused grade level topics and texts in small and large groups.
- o C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
- o C.5.1 Present poems, short stories, role-plays, or songs using voice inflection, expression, rhythm, and rhyme.

### *Reading Informational*
- **RI.1.1 Recognize the distinguishing features of a sentence.**
  - o W.6.3 Write left to right leaving space between words.

- **RI.2.1 Distinguish long from short vowel sounds in spoken single-syllable words.**
  - o RI.2.3 Isolate and pronounce initial, medial, and final sounds in spoken single-syllable words.
  - o RI.2.4 Segment spoken single-syllable words into their complete sequence of individual sounds.
  - o RI.3.2 Use knowledge that every syllable must have a vowel sound to determine the number of syllables in words.
  - o RI.3.1 Demonstrate the sound correspondences for common consonant blends and digraphs.

# EXHIBIT E

- o RI.2.4: Segment spoken single-syllable words into their complete sequence of individual sounds.
- o W.5.3: Use conventional spelling for words with common spelling patterns.

- **RI.5.1 Ask and answer who, what, when, where, why, and how questions to demonstrate understanding of a text; use key details to make inferences and draw conclusions in texts heard or read.**
  - o I.4.1 Draw conclusions from relationships and patterns discovered during the inquiry process.
  - o I.4.3 Reflect on findings and take action.
  - o RL.7.2 Read or listen closely to compare and contrast familiar texts and texts in author and genre studies.
  - o RL.11.1 Identify the author's purpose—to explain, entertain, inform, or convince.
  - o RL.12.2 Recognize how the author uses crafted text structures of recurring phrases and dialogue.
  - o RI.7.1 Compare and contrast topics or ideas within a thematic or author study heard, read, or viewed.
  - o RI.11.1 Explore informational text structures within texts heard or read; identify sequential order and compare and contrast relationships.

- **RI.5. 2 Make predictions using prior knowledge, pictures, illustrations, title, and information about author and illustrator.**
  - o RL.12.1 Classify literary texts according to characteristics of a genre.
  - o RI.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
  - o RI.10.1 Identify the author's purpose – to explain, entertain, inform, or convince.
  - o RI.11.2 Identify the reasons an author gives to support a position.

- **RI.6.1 Retell the central idea and key details to summarize a text heard, read, or viewed.**
  - o I.4.1 Draw conclusions from relationships and patterns discovered during the inquiry process.
  - o RL. 13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.
  - o RI.4.1 Read grade-level texts with purpose and understanding.
  - o RI.5.1 Ask and answer who, what, when, where, why, and how questions to demonstrate understanding of a text; use key details to make inferences and draw conclusions in texts heard or read.
  - o RI.8.1 Identify words, phrases, illustrations, and photographs used to provide information.
  - o RI. 12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.

- **RI.8.1 Identify words, phrases, illustrations, and photographs used to provide information.**
  - o RI.4.1 Read grade-level texts with purpose and understanding.

## 20 of 103

# EXHIBIT E

- o RI.5.1 Ask and answer who, what, when, where, why, and how questions to demonstrate understanding of a text; use key details to make inferences and draw conclusions in texts heard or read.

- **RI.8.2 Use front cover, title page, illustrations/photographs, fonts, glossary, and table of contents to locate and describe key facts or information; describe the relationship between these features and the text.**
  - o RI. 8.1 Identify words, phrases, illustrations, and photographs used to provide information.
  - o RI. 10.1 Identify the author's purpose – to explain, entertain, inform, or convince.

- **RI. 9.5 Use words and phrases acquired through talk and text; explore nuances of words and phrases.**
  - o RI. 9.1 Ask and answer questions about known and unknown words in a text.
  - o RI.9.2 Identify new meanings for familiar words and apply them accurately.
  - o RI.9.3 Use inflectional endings and affixes to determine the meaning of unknown words.
  - o RI.9.4 Use print and multimedia resources to explore word relationships and meanings.

- **RI.11.2 Identify the reasons an author gives to support a position.**
  - o I.3.2 Select the most important information, revise ideas, and record and communicate findings.
  - o I.4.1 Draw conclusions from relationships and patterns discovered during the inquiry process.
  - o I.4.3 Reflect on findings and take action.
  - o RL.5.1 Ask and answer who, what, when, where, why, and how questions to demonstrate understanding of a text; use key details to make inferences and draw conclusions in texts heard or read.
  - o RL.9.2 Identify how an author's choice of words, phrases, conventions, and illustrations suggest feelings, appeal to the senses, and contribute to meaning.
  - o RL.11.1 Identify the author's purpose—to explain, entertain, inform, or convince.
  - o RI.5.1 Ask and answer who, what, when, where, why, and how questions to demonstrate understanding of a text; use key details to make inferences and draw conclusions in texts heard or read.
  - o RI.6.1 Retell the central idea and key details to summarize a text heard, read, or viewed.
  - o RI.7.1 Compare and contrast topics or ideas within a thematic or author study heard, read, or viewed.
  - o RI.10.1 Identify the author's purpose – to explain, entertain, inform, or convince.
  - o C.1.4 Participate in shared conversations with varied partners about focused grade level topics and texts in small and large groups.
  - o C.2.1 Express ideas gathered from various print and multimedia sources in a clear and concise manner.

**21 of 103**

# EXHIBIT E

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - I.4.2 Determine appropriate tools to communicate findings.
  - I.4.3 Reflect on findings and take action.
  - I.5.3 Articulate the thinking process.
  - RI.2.1 Distinguish long from short vowel sounds in spoken single-syllable words.
  - RI.3.2 Use knowledge that every syllable must have a vowel sound to determine the number of syllables in words.
  - RI.3.5 Read words with inflectional endings.
  - RI.3.6 Recognize and read grade-appropriate irregularly spelled words.
  - RI.4.1 Read emergent-reader texts with purpose and understanding.
  - RI.4.2 Read grade-level texts orally with accuracy, appropriate rate, and expression on successive readings.
  - RI.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
  - RI.9.2 Identify new meanings for familiar words and apply them accurately.
  - RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - RI.12.2 Read independently for sustained periods of time to build stamina.
  - C.1.4 Participate in conversations with varied partners about focused grade level topics and texts in small and large groups.
  - C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
  - C.5.1 Present poems, short stories, role-plays, or songs using voice inflection, expression, rhythm, and rhyme.

*Writing*
- **W.1.1 Explore print and multimedia sources to write opinion pieces that introduce the topic, state an opinion, give a reason for the opinion, and provide a sense of closure.**

- **W.2.1 Explore print and multimedia sources to write informative/explanatory texts that name a topic, supply facts about the topic, and provide a sense of closure**

- **W.3.1 Explore multiple texts to write narratives that recount two or more sequenced events, include details, use temporal words to signal event order, and provide a sense of closure.**
  - I.2.1 Engage in daily explorations of text to make connections to personal experiences, other texts, or the environment.
  - W.6.1 Write routinely and persevere in writing tasks for a variety of purposes and audiences.
  - W.6.2 Print upper- and lower-case letters proportionally, using appropriate handwriting techniques.
  - W.6.4 Locate letter keys on an electronic device to type simple messages.

# EXHIBIT E

- **W. 1.2. 2.2. 3.2 Plan, revise, and edit building on personal ideas and the ideas of others to strengthen writing.**
  - W.4.1 Use common, proper, and possessive nouns.
  - W.4.2 Use singular and plural nouns with matching verbs in basic sentences.
  - W.4.3 Use personal, possessive, and indefinite pronouns.
    - W.5.1 Capitalize the first word of a sentence, dates, names, and the pronoun I.
  - W.4.4 Use verbs to convey a sense of past, present, and future.
  - W.4.5 Use adjectives and adverbs.
  - W.4.6 Use prepositional phrases.
  - W.4.7 Use conjunctions.
  - W.4.8 Produce and expand complete simple and compound declarative, interrogative, imperative, and exclamatory sentences.
    - W5.2 Use:
      a. periods, question marks, and exclamation marks at the end of sentences;
      b. commas in dates and to separate items in a series.
  - W.5.3 Use conventional spelling for words with common spelling patterns.
  - W.5.4 Spell unknown words phonetically; spell common irregularly-spelled, grade-appropriate high-frequency words.
    - W.5.5 Consult print and multimedia resources to check and correct spellings.
  - W.6.1 Write routinely and persevere in writing tasks for a variety of purposes and audiences.
    - W.6.2 Print upper- and lower-case letters proportionally, using appropriate handwriting techniques.
    - W.6.4 Locate letter keys on an electronic device to type simple messages.

# EXHIBIT E

**Second Grade**
Back to Contents

*Inquiry*

- **Ask self-generated questions that lead to group conversations, explorations, and investigations**.
  - o I.2.1 Engage in daily exploration to formulate questions from texts and personal experiences; generate possible explanations and consider alternatives.
  - o I.3.1 Develop a plan of action for collecting relevant information from multiple sources through play, observation, texts, websites, and conversations with adults/peers.
  - o I.5.1 Acknowledge and value of individual and collective thinking.
  - o I.5.2 Monitor and assess learning to guide inquiry.
  - o C. 1.1 Explore and create meaning through conversation, drama, questioning, and story-telling.
  - o C.1.2 Apply the skills of taking turns, listening to others, and speaking clearly.
  - o C.1.3 Apply verbal and nonverbal techniques including volume and tone, eye contact, facial expressions, and posture.
  - o C. 1.4 Participate in shared conversations with varied partners about focused grade level topics and texts in small and large groups.
  - o C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
  - o C.2.1 Articulate ideas and information gathered from various print and multimedia sources in a concise manner that maintains a clear focus.
  - o C.2.2 Participate in shared research; record observations, new learning, opinions and articulate findings.
  - o C.3.2 Create a simple presentation using audio, visual, and/or multimedia tools to support communication and clarify ideas, thoughts, and feelings.

- **I.2.1 Engage in daily exploration to formulate questions, propose explanations, and consider alternative views and multiple perspectives.**
  - o I.3.2 Select the most important information, revise ideas, and record and communicate findings.
  - o C.2.2 Participate in shared research; record observations, new learning, opinions and articulate findings.

- **I.4.1 Interpret relationships and patterns discovered during the inquiry process.**
  - o I.5.1 Use appropriate tools to communicate findings and/or take informed action.
  - o I.5.2 Reflect on findings and pose new questions for further inquiry.

# EXHIBIT E

*Reading Literary*
- **RL.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.**
  - o RL.5.2 Make predictions before and during reading; confirm or modify thinking.
  - o RL.6.1 Use information gained from illustrations and words in a print or multimedia text to demonstrate understanding of its characters, setting, or plot.
  - o RL.11.1 Identify and analyze the author's purpose.
  - o RL.11.2 Recognize differences between the points of view and perspectives of the narrator and various characters.
  - o RL12.1 Describe the overall structure of a narrative including how the beginning introduces and the ending concludes the action.
  - o RL.12.2 Recognize characteristics of crafted text structures such as diary, seesaw texts, and circular texts.
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL.13.2 Read independently for sustained periods of time to build stamina.
  - o C.3.1 Explain how ideas and topics are depicted in a variety of media and formats.

- **RL.5.2 Make predictions before and during reading; confirm or modify thinking.**
  - o RL.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.

- **RL.6.1 Use information gained from illustrations and words in a print or multimedia text to demonstrate understanding of its characters, setting, or plot.**
  - o RL.7.1 Retell the sequence of major events using key details; determine the theme in a text heard or read.
  - o RL.7.2 Read or listen closely to compare and contrast multiple versions of the same story; compare and contrast texts in author and genre studies.

- **RL.7.1 Retell the sequence of major events using key details; determine the theme in a text heard or read.**
  - o RL.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
  - o RL12.1 Describe the overall structure of a narrative including how the beginning introduces and the ending concludes the action.
  - o RL.12.2 Recognize characteristics of crafted text structures such as diary, seesaw texts, and circular texts.

**EXHIBIT E**

- **RL.7.2 Read or listen closely to compare and contrast multiple versions of the same story; compare and contrast texts in author and genre studies.**
  - RL.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
  - RL.12.1 Describe the overall structure of a narrative including how the beginning introduces and the ending concludes the action.
  - RL.12.2 Recognize characteristics of crafted text structures such as diary, seesaw texts, and circular texts.

- **RL.8.1 Read or listen closely to**
  - a. **compare and contrast characters' actions, feelings, and responses to major events or challenges;**
  - b. **describe how cultural context influences characters, setting, and the development of the plot; and**
  - c. **explain how cause and effect relationships affect the development of plot.**
    - RL.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
    - RL.5.2 Make predictions before and during reading; confirm or modify thinking.
    - RL.6.1 Use information gained from illustrations and words in a print or multimedia text to demonstrate understanding of its characters, setting, or plot.
    - RI.9.2 Determine the meaning of a newly formed word when a known affix is added to the word.
    - RI.9.3 Use a base word to determine the meaning of an unknown word with the same base.

- **RL.9.1 Identify the literary devices of simile and metaphor and sound devices; explain how the author uses each.**
  - RL.9.2 Explain how words, phrases, conventions, and illustrations communicate feelings, appeal to the senses, influence the reader, and contribute to meaning.

- **RL.9.2 Explain how words, phrases, conventions, and illustrations communicate feelings, appeal to the senses, influence the reader, and contribute to meaning.**
  - RL.10.1 Use context to determine the meaning of words and phrases.
  - RL.10.2 Determine the meaning of a newly formed word when a known affix is added to a known word.
  - RL.10.3 Use a base word to determine the meaning of an unknown word with the same base.
  - RL.10.4 Use the meanings of individual words to predict the meaning of compound words.
  - RL.10.5 Use print and multimedia resources to determine or clarify the precise meaning of words or phrases.
  - RL.10.6 Use general academic and domain-specific words and phrases acquired through talk and text; explore nuances of words and phrases.

# EXHIBIT E

- **RL.13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - RL.3.1 Use knowledge of r-controlled vowels to read.
  - RL.3.2 Use knowledge of how syllables work to read multisyllabic words.
  - RL.3.3 Read irregularly spelled two-syllable words and words with common prefixes and suffixes.
  - RL.3.4 Use and apply knowledge of vowel diphthongs.
  - RL.3.5 Use and apply knowledge of how inflectional endings change words.
  - RL.3.6 Recognize and read grade-appropriate irregularly spelled words.
  - RL.4.1 Read grade-level texts with purpose and understanding.
  - RL.4.2 Read grade-level texts orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - RL.13.2 Read independently for sustained periods of time to build stamina

*Reading Informational*
- **RI.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read**.
  - I.3.1 Develop a plan of action for collecting relevant information from multiple sources through play, sensory observation, texts, websites, and conversations with adults/peers.
  - I.3.2 Select the most important information, revise ideas, and record and communicate findings.
  - RI.5.2 Make predictions before and during reading; confirm or modify thinking.
  - RI.6.1 Retell the central idea and key details from multi-paragraph texts; summarize the text by stating the topic of each paragraph heard, read, or viewed.
  - RI.7.1 Compare and contrast topics, ideas, or concepts across texts in a thematic, author, or genre study heard, read, or viewed.

- **RI.5.2 Make predictions before and during reading; confirm or modify thinking.**
  - RI.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
  - RI.7.1 Compare and contrast topics, ideas, or concepts across texts in a thematic, author, or genre study heard, read, or viewed.

- **RI.6.1 Retell the central idea and key details from multi-paragraph texts; summarize the text by stating the topic of each paragraph heard, read, or viewed.**
  - RI.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
  - RL.10.1 Identify the author's purpose – to explain, entertain, inform, or convince.

**EXHIBIT E**

- **RI.7.1 Compare and contrast topics, ideas, or concepts across texts in a thematic, author, or genre study heard, read, or viewed.**
  - RI.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
  - RI.11.1 Identify sequential order, cause and effect relationships, and compare and contrast structures within texts to locate information and gain meaning.

- **RI.8.1 Identify how the author uses words, phrases, illustrations, and photographs to inform, explain, or describe.**
  - RI.10.1 Identify and analyze the author's purpose.
  - RI.11.1 Identify sequential order, cause and effect relationships, and compare and contrast structures within texts to locate information and gain meaning.
  - RI.11.2 Identify the structures an author uses to support specific points.

- **RI.8.2 Use index, headings, bullets, and captions to locate key facts and information; explain the relationship between these features and the text.**
  - RI.5.1 Ask and answer literal and inferential questions to demonstrate understanding of a text; use specific details to make inferences and draw conclusions in texts heard or read.
  - RI.9.1 Use context to determine the meaning of words and phrases.
  - RI.9.4 Use print and multimedia resources to determine or clarify the precise meaning of words and phrases.
  - RI.9.5 Acquire and use general academic and domain-specific words and phrases acquired through talk and text; identify nuances of words and phrases.

- **RI.12.3. Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - RI.3.1 Use knowledge of r-controlled vowels to read.
  - RI.3.2 Use knowledge of how syllables work to read multisyllabic words.
  - RI.3.3 Read irregularly spelled two-syllable words and words with common prefixes and suffixes.
  - RI.3.4 Use and apply knowledge of vowel diphthongs.
  - RI.3.5 Use and apply knowledge of how inflectional endings change words.
  - RI.3.6 Recognize and read grade-appropriate irregularly spelled words.
  - RI.4.1 Read grade-level texts with purpose and understanding.
  - RI.4.2 Read grade-level texts orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - RI.12.2 Read independently for sustained periods of time.

# EXHIBIT E

*Writing*

- **Explore print and multimedia sources to write opinion pieces that introduce the topic, state an opinion and supply reasons that support the opinion, use transitional words to connect opinions and reasons, and provide a concluding statement or section.**
  - RI.11.2 Identify the structures an author uses to support specific points.
  - C.3.2 Create a simple presentation using audio, visual, and/or multimedia tools to support communication and clarify ideas, thoughts, and feelings.

- **W2.1 Explore print and multimedia sources to write informative/explanatory texts that introduce a topic, use facts and definitions to develop points, and provide a concluding statement or section.**
  - RI.11.2 Identify the structures an author uses to support specific points.
  - C.3.2 Create a simple presentation using audio, visual, and/or multimedia tools to support communication and clarify ideas, thoughts, and feelings.

- **W.3.1 Explore multiple texts to write narratives that recount a well-elaborated event or short sequence of events; include details to describe actions, thoughts, and feelings; use temporal words to signal event order; and provide a sense of closure.**
  - RL.12.1 Describe the overall structure of a narrative including how the beginning introduces and the ending concludes the action.
  - RL.12.2 Recognize characteristics of crafted text structures such as diary, seesaw texts, and circular texts.
  - C.3.2 Create a simple presentation using audio, visual, and/or multimedia tools to support communication and clarify ideas, thoughts, and feelings.

- **W. 1.2, 2.2, and 3.2 3.2 Plan, revise, and edit, focusing on a topic while building on personal ideas and the ideas of others to strengthen writing.**
  - W.4.1 Use collective nouns.
  - W.4.2 Form and use frequently occurring irregular plural nouns.
  - W.4.3 Use reflexive pronouns.
  - W.4.4 Form and use the past tense of frequently occurring irregular verbs.
  - W.4.5 Use adjectives and adverbs, and choose between them depending on what is to be modified.
  - W.4.6 Use positional, time, and place prepositional phrases.
  - W.4 7 Use conjunctions.
  - W.4 8 Produce, expand, and rearrange complete simple and compound sentences.
  - W.5.1 Capitalize greetings, months, days of the week, holidays, geographic names, and titles.
    - W.5.2 Use periods, question marks, or exclamation marks at the end of sentences;
      a. commas in greetings and closings of letters, dates, and to separate items in a series;
      b. apostrophes to form contractions and singular possessive nouns.
  - W.5.3 Generalize learned spelling patterns and word families.

# EXHIBIT E

- o W.5.4 Correctly spell words with short and long vowel sounds, r-controlled vowels, consonant-blend patterns, and common irregularly-spelled grade-appropriate high- frequency words.
- o W.5.5 Consult print and multimedia resources to check and correct spellings.
- o W.6.1 Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain-specific tasks, and for a variety of purposes and audiences.
  - ▪ W.6.2 Print upper- and lower-case letters proportionally using appropriate handwriting techniques.
  - ▪ W.6.4 Begin to develop efficient keyboarding skills.
  - ▪ W.6.5 Begin to develop cursive writing.
- o C.4.1 Identify speaker's purpose and details that keep the listener engaged.
- o C.4.2 Determine if the presentation has a logical introduction, body, and conclusion.
- o C.4.3 Identify when the speaker uses intonation and word stress, includes media, addresses the audience, and determines word choice.
- o C.5.1 Utilize intonation and word stress to highlight essential concepts and engage the audience.
- o C.5.2 Employ a combination of words, phrases, rhythm, rhyme, repetitive language, similes, metaphor, onomatopoeia, and alliteration for impact

# EXHIBIT E

**Third Grade**
[Back to Contents](#)

*Inquiry*
- **I.1.1 Formulate relevant, self-generated questions based on interests and/or needs that can be investigated**.

*Reading Literary*
- **RL.3.1 Identify and know the meaning of the most common prefixes and derivational suffixes.**
  - RL.10.2 Determine the meaning of a word when an affix is added to a base word.
  - RI.9.2 Determine the meaning of a word when an affix is added to a base word.

- **RL.5.1 Ask and answer literal and inferential questions to determine meaning; refer explicitly to the text to support inferences and conclusions.**
  - I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
  - RL.9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.
    - RL.7.1 Explain how illustrations contribute to create mood or emphasize aspects of character or setting.
    - RL.9.1 Identify and explain how the author uses idioms, metaphor, or personification to shape meaning and style.
  - RI. 10.1 State the author's purpose; distinguish one's own perspective from that of the author.
  - RL.11.1 Explain the differences between first and third person points of view.
  - RL.11.2 Compare and contrast the reader's point of view to that of the narrator or a character.

- **RL.6.1 Determine the theme by recalling key details that support the theme.**
  - RL.7.2 Compare and contrast how an author uses characters to develop theme and plot in different texts within a series.
  - RL.7.1 Explain how illustrations contribute to create mood or emphasize aspects of character or setting.

- **RL.8.1.a Use text evidence to describe characters' traits, motivations, and feelings and explain how their actions contribute to the development of the plot;**
  - RL.7.2 Compare and contrast how an author uses characters to develop theme and plot in different texts within a series.
- **RL.8.1b. Use text evidence to explain the influence of cultural and historical context on characters, setting, and plot development.**
  - RL. 5.1 Ask and answer literal and inferential questions to determine meaning; refer explicitly to the text to support inferences and conclusions.
  - RL. 7. 2 Compare and contrast how an author uses characters to develop theme and plot in different texts within a series.

# EXHIBIT E

- o RL. 9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.
- o RL. 11.2 Compare and contrast the reader's point of view to that of the narrator or a character.
- o RI. 5.1 Ask and answer literal and inferential questions to determine meaning; refer explicitly to the text to support inferences and conclusions.
- o RI. 7.1 Compare and contrast diverse texts on the same topic, idea, or concept.
- o RI. 8.1 Explain how the author uses words and phrases to inform, explain, or describe.
- o RI. 10.1 State the author's purpose; distinguish one's own perspective from that of the author.

- **RL.13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - o I.5.1 Acknowledge and value individual and collective thinking.
  - o RL.3.6 Read grade-appropriate irregularly spelled words.
  - o RL.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - o RL.5.1 Ask and answer literal and inferential questions to determine meaning; refer explicitly to the text to support inferences and conclusions.
  - o RL.10.5 Consult print and multimedia resources to find the pronunciation and determine or clarify the precise meaning of key words or phrases.
  - o RL.12.1 Identify text structures of various genres using the terms paragraph, chapter, scene, and stanza; describe how each part transitions.
  - o RL.12.2 Identify crafted text structures such as a collection of photographs or poetry texts, texts with a series of short memoirs, an inanimate voice text, and a framing question text.
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL.13.2 Read independently for sustained periods of time to build stamina.
  - o C. 1.4 Engage in focused conversations about grade appropriate topics and texts; build on ideas of others to clarify thinking and express new thoughts.
  - o C. 1.1 Explore and create meaning through conversation and interaction with peers and adults.
    - ▪ C.1.3 Apply techniques of articulation, adequate volume, eye contact, facial expressions, posture, gestures, and space; take one's own turn in a respectful way.
    - ▪ C. 2.4 Speak clearly at an understandable pace, adapting speech to a variety of contexts and tasks; use standard English when indicated or appropriate.

### *Reading Informational*
- **RI. 3.1 Identify and know the meaning of the most common prefixes and derivational suffixes.**
  - o RL.10.2 Determine the meaning of a word when an affix is added to a base word.

# EXHIBIT E

- o RI.9.2 Determine the meaning of a word when an affix is added to a base word.

- **RI.5.1 Ask and answer literal and inferential questions to determine meaning; refer explicitly to the text to support inferences and conclusions.**
  - o RL.10.1 Use paragraph-level context to determine the meaning of words and phrases.
  - o RL.10.6 Acquire and use general academic and domain-specific words and phrases that signal spatial and temporal relationships; demonstrate an understanding of nuances.
  - o RI. 7.1 Compare and contrast diverse texts on the same topic, idea, or concept.
  - o RI.8.1 Explain how the author uses words and phrases to inform, explain, or describe.
  - o RI. 9.1 Use paragraph-level context to determine the meaning of words and phrases.
  - o RL.9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.
  - o RI. 9.5 Acquire and use general academic and domain-specific words and phrases that signal spatial and temporal relationships; demonstrate an understanding of nuances.
  - o RI.10.1 State the author's purpose; distinguish one's own perspective from that of the author.
  - o RI.11.1 Identify problem and solution, description, and question and answer structures to locate information and gain meaning.
    - ▪ RI. 11.2 11.2 Describe the structures an author uses to support specific points.

- **RI.6.1 Summarize multi-paragraph texts using key details to support the central idea.**
  - o C.2.2 Report on a topic or text, tell a story, or recount an experience with appropriate facts and relevant, descriptive details

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - o I.5.1 Acknowledge and value individual and collective thinking.
  - o RI.3.6 Read grade-appropriate irregularly spelled words.
  - o RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - o RI. 9.4 Consult print and multimedia resources to find the pronunciation and determine or clarify the precise meaning of key words or phrases.
  - o RI.11.1 Identify problem and solution, description, and question and answer structures to locate information and gain meaning.
  - o RI. 12.1 Engage in whole and small group reading with purpose and understanding.
  - o RI.12.2 Read independently for sustained periods of time.

# EXHIBIT E

- - C. 1.4 Engage in focused conversations about grade appropriate topics and texts; build on ideas of others to clarify thinking and express new thoughts.
  - C. 1.1 Explore and create meaning through conversation and interaction with peers and adults.
    - C.1.3 Apply techniques of articulation, adequate volume, eye contact, facial expressions, posture, gestures, and space; take one's own turn in a respectful way.
    - C. 2.4 Speak clearly at an understandable pace, adapting speech to a variety of contexts and tasks; use standard English when indicated or appropriate.

### *Writing*

- **W.1.1.a Write opinion pieces that: Introduce the topic or text, state an opinion, and create an organizational structure that includes reasons;**
  - C. 1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
  - C. 2.1 Recall information from experiences and gather information from print and multimedia sources; take brief notes from sources, categorize, and organize.
  - C. 4.2 Determine if the presentation has a purposeful organizational strategy, with appropriate transitions.
  - RI.11.1 Identify problem and solution, description, and question and answer structures to locate information and gain meaning.
    - RI. 11.2 Describe the structures an author uses to support specific points.
  - W.1.1.g. Provide a concluding statement or section.
  - W.1.1.d. Use transitional words or phrases to connect opinions and reasons;
    - C. 4.2 Determine if the presentation has a purposeful organizational strategy, with appropriate transitions.
  - W.1.1.b. Use information from multiple print and multimedia sources;
    - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - RI.8.2 Use knowledge of appendices, timelines, maps, and charts to locate information and gain meaning; explain how these features contribute to a text.
    - C. 2.1 Recall information from experiences and gather information from print and multimedia sources; take brief notes from sources, categorize, and organize.

- **W.1.1.c. Organize supporting reasons logically;**
  - I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
    - I.4.2 Reflect on findings to build deeper understanding and determine next steps.
  - C. 2.1 2.1 Recall information from experiences and gather information from print and multimedia sources; take brief notes from sources, categorize, and organize.
  - C. 4.2 Determine if the presentation has a purposeful organizational strategy, with appropriate transitions.

## 34 of 103

# EXHIBIT E

- **W.1.1.f Use paraphrasing and original language to avoid plagiarism**

- **W.2.1.a Introduce a topic and group related information together;**
  - o I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
  - o C. 3.1 Compare how ideas and topics are depicted in a variety of media and formats.
  - o C. 4.2 Determine if the presentation has a purposeful organizational strategy, with appropriate transitions.
  - o W.2.1.c. Include illustrations to aid comprehension;
  - o W.2.1.d. Develop the topic with facts, definitions, and details;
    - ▪ RL.10.5 Consult print and multimedia resources to find the pronunciation and determine or clarify the precise meaning of key words or phrases.
  - o W.2.1.g. Use transition words and phrases to connect ideas within categories of information;
  - o W.2.1.b. Use information from multiple print and multimedia sources;
    - ▪ I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - ▪ RI.8.2 Use knowledge of appendices, timelines, maps, and charts to locate information and gain meaning; explain how these features contribute to a text.
  - o W.2.1.i. Provide a concluding statement or section.

- **W.2.1.f. Use paraphrasing and original language to avoid plagiarism;**

- **W.2.1.h. Develop a style and tone authentic to the purpose;**
  - o RL.9.1 Identify and explain how the author uses idioms, metaphor, or personification to shape meaning and style.
  - o RL.9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.
  - o RI. 10.1 State the author's purpose; distinguish one's own perspective from that of the author.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that: develop real or imagined experiences or events using effective technique, descriptive details, and clear event sequences;**
  - o RL.8.1.a Use text evidence to describe characters' traits, motivations, and feelings and explain how their actions contribute to the development of the plot;
  - o RL.8.1b. Use text evidence to explain the influence of cultural and historical context on characters, setting, and plot development.
  - o C. 2.2 Report on a topic or text, tell a story, or recount an experience with appropriate facts and relevant, descriptive details.

**EXHIBIT E**

- o W.3.1.c. Organize an event sequence that unfolds naturally;
- o I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
- o W.3.1.f. Use temporal words and phrases to signal event order;
- o RL.10.6 Acquire and use general academic and domain-specific words and phrases that signal spatial and temporal relationships; demonstrate an understanding of nuances.
- o W.3.1.h. Provide a sense of closure.

- **W.3.1.b Establish a situation and introduce a narrator and/or characters**;
  - o RL.8.1.a Use text evidence to describe characters' traits, motivations, and feelings and explain how their actions contribute to the development of the plot;
  - o RL.9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.

- **W.3.1.d Use dialogue and descriptions of actions, thoughts, and feelings to develop experiences and events or show the response of characters to situations;**
  - o RL.7.1 Explain how illustrations contribute to create mood or emphasize aspects of character or setting.
  - o RL.8.1.a Use text evidence to describe characters' traits, motivations, and feelings and explain how their actions contribute to the development of the plot.

- **W.3.1.g Use imagery, precise words, and sensory details to develop characters and convey experiences and events;**
  - o RL.8.1.a Use text evidence to describe characters' traits, motivations, and feelings and explain how their actions contribute to the development of the plot;
  - o RL.9.1 Identify and explain how the author uses idioms, metaphor, or personification to shape meaning and style.
  - o RL.9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.
  - o C. 5.2 Employ metaphor, imagery, personification, and hyperbole when appropriate to impact the audience.

- **W.1.1.e, W.2.1e, and W.3.1e Develop and strengthen writing as needed by planning, revising, and editing building on personal ideas and the ideas of others.**
  - o I.4.3 Determine appropriate tools and develop a plan to communicate findings and/or take informed action.
  - o I.5.2 Employ past learning to monitor and assess current learning to guide inquiry.

# EXHIBIT E

- o I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
- o W. 4.1.a When writing show a show knowledge of the function of nouns, pronouns, verbs, adjectives, and adverbs;
- o W. 4.1.b. Form and use regular and irregular plural nouns; use abstract nouns;
- o W. 4.1.c. Form and use regular and irregular verbs;
- o W. 4.1.d. Form and use the simple verb tenses;
- o W. 4.1.e. Ensure subject-verb and pronoun-antecedent agreement;
- o W. 4.1.f. Form and use comparative and superlative adjectives and adverbs, and choose between them depending on what is to be modified;
- o W. 4.1.g. Form and use prepositional phrases;
- o W. 4.1.h. Use coordinating and subordinating conjunctions; and
- o W. 4.1.i. Produce simple, compound, and complex sentences.
- o W.5.1 Capitalize appropriate words in titles, historical periods, company names, product names, and special events.
- o W.5.2.a Use apostrophes to form contractions and singular and plural possessives;
- o W.5.2.b. Use quotation marks to mark direct speech; and
- o W.5.2.c. Use commas in locations and addresses, to mark direct speech, and with coordinating adjectives.
- o W.5.3 Use conventional spelling for high- frequency words, previously studied words, and for adding suffixes to base words.
  - ▪ RL.10.2 Determine the meaning of a word when an affix is added to a base word.
- o W5.4 Use spelling patterns and generalizations.
- o W. 5.5 Consult print and multimedia sources to check and correct spellings.
- o W6.1 Write routinely and persevere in writing tasks
  - a. over short and extended time frames;
  - b. for a range of domain-specific tasks;
  - c. for a variety of purposes and audiences; and
  - d. by adjusting the writing process for the task, increasing the length and complexity.
    - ▪ W.6.4 Continue to develop effective keyboarding skills.
    - ▪ W.6.5 Connect upper- and lower-case letters efficiently and proportionately in cursive handwriting.
- o C.3.2 Create presentations using video, photos, and other multimedia elements to support communication and clarify ideas, thoughts, and feelings.
  - ▪ C.4.1 Identify the presentation style a speaker uses to present content.
  - ▪ C.4.2 Determine if the presentation has a purposeful organizational strategy, with appropriate transitions.
  - ▪ C.4.3 Identify why the speaker:
    - a. uses intonation and word stress;
    - b. includes media;
    - c. addresses the audience;
    - d. determines word choice; and
    - e. incorporates figurative language and literary devices.

**EXHIBIT E**

- o   C.5.1 Set a purpose and integrate craft techniques to create presentation

# EXHIBIT E

**Fourth Grade**
Back to Contents

## *Reading Literary*

- **RL.5.1 Ask and answer inferential questions to analyze meaning beyond the text; refer to details and examples within a text to support inferences and conclusions.**
    - I.1.1 Formulate questions to focus thinking on an idea to narrow and direct further inquiry.
        - C.1.1 Explore and create meaning by formulating questions, engaging in purposeful dialogue with peers and adults, sharing ideas and considering alternate viewpoints.
        - C.1.3 Apply techniques of articulation, adequate volume, eye contact, facial expressions, posture, gestures, and space; take one's own turn in a respectful way.
    - I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
    - I.5.1 Acknowledge and value individual and collective thinking.
    - RL.9.1 Identify and explain how the author uses imagery, hyperbole, adages, or proverbs to shape meaning and tone.
    - RI.11.1 Apply knowledge of text structures to describe how structures contribute to meaning.
        - RL.12.1 Explain how a series of chapters, scenes, or stanzas fit together to provide the overall structure of a particular story, drama, or poem.
    - RI.11.2 Explain how an author uses reasons and evidence to support particular points.

- **RL.6.1 Determine the development of a theme within a text; summarize using key details.**
    - RL.5.1 Ask and answer inferential questions to analyze meaning beyond the text; refer to details and examples within a text to support inferences and conclusions.
        - C.1.1 Explore and create meaning by formulating questions, engaging in purposeful dialogue with peers and adults, sharing ideas and considering alternate viewpoints.
    - RL.7.2 Compare and contrast the treatment of similar themes, topics, and patterns of events in texts and diverse media.
    - W.3.1.h. Provide a conclusion that follows from the narrated experiences or events.
    - C.4.1 Identify the presentation style a speaker uses to enhance the development of a central idea or theme.

- **RL.7.2 Compare and contrast the treatment of similar themes, topics, and patterns of events in texts and diverse media.**

# EXHIBIT E

- o RL.7.1 Explore similarities and differences among textual, dramatic, visual, or oral presentations.
- o C.4.1 Identify the presentation style a speaker uses to enhance the development of a central idea or theme.

- **RL.8.1.a Use text evidence to explain how conflicts cause the characters to change or revise plans while moving toward resolution;**
  - o RL.5.1 Ask and answer inferential questions to analyze meaning beyond the text; refer to details and examples within a text to support inferences and conclusions.
  - o RL.9.2 Explain how the author's choice of words, illustrations, and conventions combine to create mood, contribute to meaning, and emphasize aspects of a character or setting.

- **RL.11.1 Compare and contrast first and third person points of view; determine how an author's choice of point of view influences the content and meaning.**
  - o RL.8.1.b. Use text evidence to explain the influence of cultural, historical, and social context on characters, setting, and plot development.
  - o RI.10.1 Identify and describe the difference between a primary and secondary account of the same event or topic.

- **RL.13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - o I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
  - o I.5.1 Acknowledge and value individual and collective thinking.
  - o I.5.2 Employ past learning to monitor and assess current learning to guide inquiry.
  - o I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
  - o RL.3.1 Use combined knowledge of all letter-sound correspondences, syllabication patterns, base words, and affixes to read accurately unfamiliar multisyllabic words in context.
  - o RL.10.1 Use definitions, examples, and restatements to determine the meaning of words or phrases.
  - o RL.10.2 Determine the meaning of an unknown word using knowledge of base words and Greek and Latin affixes.
  - o RL.12.1 Explain how a series of chapters, scenes, or stanzas fit together to provide the overall structure of a particular story, drama, or poem.
  - o RL.12.2 Determine characteristics of crafted text structures and describe why an author uses these structures.
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL.13.2 Read independently for sustained periods of time to build stamina.

**EXHIBIT E**

- o C.1.3 Apply techniques of articulation, adequate volume, eye contact, facial expressions, posture, gestures, and space; take one's own turn in a respectful way.
- o C.1.4 Engage in focused conversations about grade appropriate topics and texts; build on the ideas of others, pose specific questions, respond to clarify thinking, and express new thoughts.

### *Reading Informational*
- **RI.5.1 Ask and answer inferential questions to analyze meaning beyond the text; refer to details and examples within a text to support inferences and conclusions**.
  - o 1.1 Formulate questions to focus thinking on an idea to narrow and direct further inquiry.
    - ▪ C.1.1 Explore and create meaning by formulating questions, engaging in purposeful dialogue with peers and adults, sharing ideas and considering alternate viewpoints.
    - ▪ C.1.2 Participate in discussions; ask and respond to questions to acquire information concerning a topic, text, or issue.
  - o I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
  - o I.5.1 Acknowledge and value individual and collective thinking.
  - o RI.8.2 Apply knowledge of text features to gain meaning; describe the relationship between these features and the text.
  - o RI.9.1 Use definitions, examples, and restatements to determine the meaning of words or phrases.
  - o RI.10.1 Identify and describe the difference between a primary and secondary account of the same event or topic.
  - o RI.11.1 Apply knowledge of text structures to describe how structures contribute to meaning.

- **RI.7.1 Compare and contrast how events, topics, concepts, and ideas are depicted in primary and secondary sources.**
  - o I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
  - o RL.11.1 Compare and contrast first and third person points of view; determine how an author's choice of point of view influences the content and meaning.
  - o RI.8.2 Apply knowledge of text features to gain meaning; describe the relationship between these features and the text.
  - o RI.10.1 Identify and describe the difference between a primary and secondary account of the same event or topic.

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - o I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
  - o I.5.1 Acknowledge and value individual and collective thinking.

**EXHIBIT E**

- o I.5.2 Employ past learning to monitor and assess current learning to guide inquiry.
- o I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
- o RI.8.1.Use text evidence to explain how conflicts cause the characters to change or revise plans while moving toward resolution; and explain the influence of cultural, historical, and social context on characters, setting, and plot development.
- o RI.8.2 Apply knowledge of text features to gain meaning; describe the relationship between these features and the text.
- o RI. 9.1 Use definitions, examples, and restatements to determine the meaning of words or phrases.
- o RI.9.2 Determine the meaning of an unknown word using knowledge of base words and Greek and Latin affixes.
- o RI.9.5 Acquire and use general academic and domain-specific words or phrases that signal precise actions, emotions, and states of being; demonstrate an understanding of nuances and jargon.
- o RI.11.1 Apply knowledge of text structures to describe how structures contribute to meaning.
- o C.1.3 Apply techniques of articulation, adequate volume, eye contact, facial expressions, posture, gestures, and space; take one's own turn in a respectful way.
- o C.1.4 Engage in focused conversations about grade appropriate topics and texts; build on the ideas of others, pose specific questions, respond to clarify thinking, and express new thoughts.
  - ▪ C.4.3 Identify how and why the speaker:
    - a. uses intonation and word stress;
    - b. includes media;
    - c. addresses the audience;
    - d. determines word choice; and
    - e. incorporates figurative language and literary devices.
- o C.5.2 Employ hyperbole, imagery, personification, idioms, adages, and proverbs when appropriate to convey messages.

*Writing*
- **W1.1.a Write opinion pieces that introduce a topic or text clearly, state an opinion, and create an organizational structure in which related ideas are grouped to support the writer's purpose;**
  - o I.2.1 Explore topics of interest to formulate logical questions; build knowledge; generate possible explanations; consider alternative views.
    - ▪ I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
    - ▪ RL.11.1 Compare and contrast first and third person points of view; determine how an author's choice of point of view influences the content and meaning.
    - ▪ C.1.1 Explore and create meaning by formulating questions, engaging in purposeful dialogue with peers and adults, sharing ideas and considering alternate viewpoints.

# EXHIBIT E

- C.1.2 Participate in discussions; ask and respond to questions to acquire information concerning a topic, text, or issue.
- C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple exchanges.
- C.4.3 Identify how and why the speaker:
  a. uses intonation and word stress;
  b. includes media;
  c. addresses the audience;
  d. determines word choice; and
  e. incorporates figurative language and literary devices.
  - o I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
    - I.4.2 Reflect on findings to build deeper understanding and determine next steps.
  - o W1.1.b. Use information from multiple print and multimedia sources;
    - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - C.3.1 Compare and contrast how ideas and topics are depicted in a variety of media and formats.
  - o W1.1.c. Provide reasons supported by facts and details;
  - o W1.1.d. Use transitional words or phrases to connect opinions and reasons;
  - o W.1.1g. Provide a concluding statement or section related to the opinion presented.
  - o C2.1 Articulate ideas, perspectives and information with details and supporting evidence in a logical sequence with a clear introduction, body, and conclusion.
  - o C3.2 Create presentations using videos, photos, and other multimedia elements to support communication and clarify ideas, thoughts, and feelings.

- **W1.1.f. Use paraphrasing, quotations, and original language to avoid plagiarism; and provide a concluding statement or section related to the opinion presented.**
  - o I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - o RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal precise actions, emotions, and states of being; demonstrate an understanding of nuances and jargon.

- **W.2.1a Write informative/explanatory texts that introduce a topic clearly;**
  - o I.2.1 Explore topics of interest to formulate logical questions; build knowledge; generate possible explanations; consider alternative views.
    - I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
  - o W.2.1.b.Use information from multiple print and multimedia sources;
    - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
  - o W.2.1.c. Group related information in paragraphs and sections;

# EXHIBIT E

- ▪ I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
- ▪ RI. 6.1 Summarize multi-paragraph texts using key details to support the central idea.
- ▪ C.4.1 Identify the presentation style a speaker uses to enhance the development of a central idea or theme.
- o W.2.1.e Develop the topic with facts, definitions, concrete details, quotations, or other information and examples related to the topic;
  - ▪ I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
  - ▪ C.3.1 Compare and contrast how ideas and topics are depicted in a variety of media and formats.
- o W.2.1.h. Link ideas within categories of information using words and phrases;
  - ▪ RL.7.1 Explore similarities and differences among textual, dramatic, visual, or oral presentations.
  - ▪ C.1.4 Engage in focused conversations about grade appropriate topics and texts; build on the ideas of others, pose specific questions, respond to clarify thinking, and express new thoughts.
  - ▪ C.4.3 Identify how and why the speaker:
    - a. uses intonation and word stress;
    - b. includes media;
    - c. addresses the audience;
    - d. determines word choice; and
    - e. incorporates figurative language and literary devices.
- o W.2.1.k. Provide a concluding statement or section related to the information or explanation presented.
  - ▪ I.4.2 Reflect on findings to build deeper understanding and determine next steps.
  - ▪ I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - ▪ I.5.1 Acknowledge and value individual and collective thinking.

- **W.2.1.d. Include formatting, illustrations, and multimedia to aid comprehension;**
  - o 3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
  - o I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - o C.2.2 Discuss the purpose and the credibility of information presented in diverse media and formats.
  - o C.3.1 Compare and contrast how ideas and topics are depicted in a variety of media and formats.

- **W.2.1.g. Use paraphrasing, quotations, and original language to avoid plagiarism;**
  - o RI.6.1 Summarize multi-paragraph texts using key details to support the central idea.

# EXHIBIT E

- **W.2.1.i. Use precise language and domain-specific vocabulary to inform or explain the topic;**
    - RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal precise actions, emotions, and states of being; demonstrate an understanding of nuances and jargon.
    - W.2.1.j. Develop a style and tone authentic to the purpose;

- **W.3.1a Gather ideas from texts, multimedia, and personal experience to write narratives that develop real or imagined experiences or events using effective technique, descriptive details, and clear event sequences;**
    - 3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
        - C.1.2 Participate in discussions; ask questions to acquire information concerning a topic, text, or issue.
        - W.3.1.f. Use a variety of transitional words, phrases, and clauses to manage the sequence of events;
    - RI. 8.1 Analyze how the author uses words and phrases to shape and clarify meaning.
    - RL.10.1 Use definitions, examples, and restatements to determine the meaning of words or phrases.
    - W.3.1.g. Use imagery, precise words, and sensory details to develop characters and convey experiences and events precisely;
    - RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal precise actions, emotions, and states of being; demonstrate an understanding of nuances and jargon.
    - C.4.2 Determine if the presentation has a purposeful organizational strategy, with appropriate transitions.
        - RL.8.1a Use text evidence to explain how conflicts cause the characters to change or revise plans while moving toward resolution
        - RL.8.1b. Explain the influence of cultural, historical, and social context on characters, setting, and plot development.
        - C.2.1 Articulate ideas, perspectives and information with details and supporting evidence in a logical sequence with a clear introduction, body, and conclusion.
        - C.3.2 Create presentations using videos, photos, and other multimedia elements to support communication and clarify ideas, thoughts, and feelings.
    - W.3.1.h. Provide a conclusion that follows from the narrated experiences or events.
        - RL.6.1 Determine the development of a theme within a text; summarize using key details.
        - RI.6.1 Summarize multi-paragraph texts using key details to support the central idea.
        - C.2.1 Articulate ideas, perspectives and information with details and supporting evidence in a logical sequence with a clear introduction, body, and conclusion.

**EXHIBIT E**

- ▪ C.1.5 Explain personal ideas and build on the ideas of others by responding and relating to comments made in multiple       exchanges.

- **W.3.1.b. Orient the reader by establishing a situation and introducing a narrator and/or characters;**
  - o RL.8.1.a. Use text evidence to explain how conflicts cause the characters to change or revise plans while moving toward resolution;
  - o W.3.1.c. Organize an event sequence that unfolds naturally;
    - ▪ C.2.1 Articulate ideas, perspectives and information with details and supporting evidence in a logical sequence with a clear introduction, body, and conclusion.

- **W.3.1.d. Use dialogue, pacing, and manipulation of time to develop experiences and events or show the responses of characters to situations;**
  - o RL.8.1b. Explain the influence of cultural, historical, and social context on characters, setting, and plot development.

- **W.1.1e., W.2.1f., and W3.1.e Develop and strengthen writing as needed by planning, revising, and editing building on personal ideas and the ideas of others;**
  - o I.5.1 Acknowledge and value individual and collective thinking.
  - o I.5.2 Employ past learning to monitor and assess current learning to guide inquiry.
  - o I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
  - o RL.10.1 Use definitions, examples, and restatements to determine the meaning of words or phrases.
  - o RL.10.2 Determine the meaning of an unknown word using knowledge of base words and Greek and Latin affixes.
  - o RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal precise actions, emotions, and states of being; demonstrate an understanding of nuances and jargon.
  - o W.4.1.
    - a. Use relative pronouns and relative adverbs;
    - b. form and use the progressive verb tenses;
    - c. use modal auxiliaries to convey various conditions;
    - d. use modal auxiliaries and the progressive verb tenses, recognizing and correcting inappropriate shifts in verb tense;
    - e. order adjectives within sentences according to conventional patterns;
    - f. explore using prepositional phrases in different positions within a sentence;
    - g. use coordinating and subordinating conjunctions;
    - h. use a variety of sentence types to produce complete sentences, recognizing and correcting inappropriate fragments and run-ons; and
    - i. use frequently confused homonyms correctly.
  - o W.5.1 Capitalize names of magazines, newspapers, works of art, musical compositions, organizations, and the first word in quotations.
  - o W.5.2.a Use apostrophes to form possessives and contractions;

**EXHIBIT E**

      b. Use quotation marks and commas to mark direct speech; and

      c. Use commas before a coordinating conjunction in a compound sentence.

- W.5.4 Use spelling patterns and generalizations.
- W.6.1 Write routinely and persevere in writing tasks

      a. over short and extended time frames;

      b. for a range of domain-specific tasks;

      c. for a variety of purposes and audiences; and

      d. by adjusting the writing process for the task, increasing the length and complexity.

         ■ W.6.4 Demonstrate effective keyboarding skills.

- C.3.2 Create presentations using videos, photos, and other multimedia elements to support communication and clarify ideas, thoughts, and feelings.

         ■ C.5.1 Set a purpose and integrate craft techniques to create presentations.

# EXHIBIT E

**Fifth Grade**
Back to Contents

## *Reading Literary*

- **RL.6.1 Determine and analyze the development of a theme within a text; summarize using key details**.
  - I.5.1 Acknowledge and value individual and collective thinking.
  - RL.7.2 Compare and contrast the treatment of similar themes, topics, and patterns of events depicted in diverse modalities.

- **RL.8.1a. Cite evidence within text to analyze two or more characters, events, or settings in a text and explain the impact on the plot.**
  - RL.5.1 Quote accurately to analyze the meaning of and beyond the text to support inferences and conclusions.
  - RL.7.1 Compare and contrast textual, dramatic, visual, or oral presentations to identify similarities and differences.
  - RL.8.1b. Explain the influence of cultural, historical, social and political context on characters, setting, and plot development.
  - RL.12.1 Explain how text structures in prose, drama, or poetry differ using terms unique to the genre.
  - RI. 5.1 Quote accurately to analyze the meaning of and beyond the text to support inferences and conclusions.
  - C. 2.1 Analyze ideas, perspectives and information using examples and supporting evidence related to the topic.

- **RL.9.2 Analyze and cite examples of how the author's choice of words and conventions combine to create mood, shape meaning, and emphasize aspects of a character or setting.**
  - RL.8.1.b Explain the influence of cultural, historical, social and political context on characters, setting, and plot development.
  - RL.9.1 Cite examples of the author's use of figurative language, dialogue, imagery, idioms, adages, and proverbs to shape meaning and tone.
  - RL. 10.1 Use cause and effect relationships and comparisons to determine the meaning of words or phrases.
  - RL.10.2 Determine the meaning of an unknown word using knowledge of base words and Greek and Latin affixes.
  - RI. 8.1 Analyze how the author uses words and phrases to shape and clarify meaning.
  - RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal contrast, addition, and logical relationships; demonstrate an understanding of nuances and jargon.
  - RI. 9.1 Use the overall meaning of a text or word's position or function to determine the meaning of a word or phrase.
  - RI. 9.2 Determine the meaning of an unknown word using knowledge of base words and Greek and Latin affixes.

# EXHIBIT E

- W.3.1.d Use dialogue, pacing, and manipulation of time to develop experiences and events or show the responses of characters to situations.
- C. 2.1 Analyze ideas, perspectives and information using examples and supporting evidence related to the topic.
- C. 4.3 Identify how and why the speaker
  a. uses intonation and word stress;
  b. includes media;
  c. addresses the audience;
  d. determines word choice; and
  e. incorporates figurative language and literary devices.

- **RL.11.1 Explain how the author's choice of the point of view of a narrator or character impacts content, meaning, and how events are described.**
  - RL7.2 Compare and contrast the treatment of similar themes, topics, and patterns of events depicted in diverse modalities.
  - RL.8.1.b Explain the influence of cultural, historical, social and political context on characters, setting, and plot development.
  - RL.12.1 Explain how text structures in prose, drama, or poetry differ using terms unique to the genre.
  - RL.12.2 Compare how different crafted text structures contribute to meaning and impact the reader.
  - RL. 8.2 Apply knowledge of text features in multiple sources to gain meaning or solve a problem.
  - RI.9.1 Use the overall meaning of a text or word's position or function to determine the meaning of a word or phrase.
  - RI.11.1 Apply knowledge of text structures across multiple texts to locate information and gain meaning.
  - RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal contrast, addition, and logical relationships; demonstrate an understanding of nuances and jargon.
  - W.3.1.d Use dialogue, pacing, and manipulation of time to develop experiences and events or show the responses of characters to situations.

- **RL. 13.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers**.
  - I.1.1Formulate relevant, self-generated questions based on interests and/or needs that can be investigated.
  - I.4.2 Reflect on findings to build deeper understanding and determine next steps.
  - I.5.1 Acknowledge and value individual and collective thinking.
  - I.5.2 Employ past learning to monitor and assess current learning to guide inquiry.
  - RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - RL.13.2 Read independently for sustained periods of time to build stamina.
  - C. 1.1 Consider viewpoints of others by listening, reflecting, and formulating questions before articulating personal contributions.

**EXHIBIT E**

- C.1.2 Participate in discussions; ask and respond to probing questions to acquire and confirm information concerning a topic, text, or issue.
- C. 1.3 Apply effective communication techniques and the use of formal or informal voice based on audience and setting.
- C. 1.4 Engage in focused conversations about grade appropriate topics and texts; build on the ideas of others, pose specific questions, respond to clarify thinking, and express new thoughts.

### *Reading Informational*
- **RI.6.1 Summarize a text with two or more central ideas; cite key supporting details.**
  - I.4.2 Reflect on findings to build deeper understanding and determine next steps.
  - RL. 5.1 Quote accurately to analyze the meaning of and beyond the text to support inferences and conclusions.
  - RI. 5.1 Quote accurately to analyze the meaning of and beyond the text to support inferences and conclusions.

- **RI.10.1 Compare and contrast a primary and secondary account of the same event or topic.**
  - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
  - RI. 7.1 Compare and contrast how events, topics, concepts, and ideas are depicted in primary and secondary sources.
  - RI. 8.2 Apply knowledge of text features in multiple sources to gain meaning or solve a problem.
  - C.2.2 Analyze the credibility of information presented in diverse media and formats.
  - C. 3.1 Compare and contrast how ideas and topics are depicted in a variety of media and formats.

- **RI.11.2 Explain how an author uses reasons and evidence to support particular points, identifying which reasons and evidence support which points.**
  - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
  - RI. 10.1 Compare and contrast a primary and secondary account of the same event or topic.
  - RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal contrast, addition, and logical relationships; demonstrate an understanding of nuances and jargon.
  - RI. 8.2 Apply knowledge of text features in multiple sources to gain meaning or solve a problem.
  - RI. 9.2 Determine the meaning of an unknown word using knowledge of base words and Greek and Latin affixes.
  - RI. 11.1 Apply knowledge of text structures across multiple texts to locate information and gain meaning.
  - C. 4.1 Identify a speaker's claim and determine the effectiveness of how each point is presented to support the claim.

# EXHIBIT E

- **RI. 12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers**.
  - ○ I.1.1 Formulate relevant, self-generated questions based on interests and/or needs that can be investigated.
  - ○ I.4.2 Reflect on findings to build deeper understanding and determine next steps.
  - ○ I.5.1 Acknowledge and value individual and collective thinking.
  - ○ I.5.2 Employ past learning to monitor and assess current learning to guide inquiry.
  - ○ RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - ○ RI.12.2 Read independently for sustained periods of time to build stamina.
  - ○ C.1.1 Consider viewpoints of others by listening, reflecting, and formulating questions before articulating personal contributions.
  - ○ C. 1.2 Participate in discussions; ask and respond to probing questions to acquire and confirm information concerning a topic, text, or issue.
  - ○ C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience and setting.
  - ○ C. 1.4 Engage in focused conversations about grade appropriate topics and texts; build on the ideas of others, pose specific questions, respond to clarify thinking, and express new thoughts

*Writing*

- **W.1.1.a. Write arguments that introduce a topic or text clearly, state a claim, and create an organizational structure**.
  - ○ I.1.1 Formulate questions to focus thinking on an idea to narrow and direct further inquiry.
  - ○ I.2.1 Explore topics of interest to formulate logical questions; build knowledge; generate possible explanations; consider alternative views.
    - ▪ 3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - ▪ I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
    - ▪ I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
  - ○ I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
    - ▪ RI.11.1 Apply knowledge of text structures across multiple texts to locate information and gain meaning.
  - ○ C. 2.1 Analyze ideas, perspectives and information using examples and supporting evidence related to the topic.
  - ○ C. 4.1 Identify a speaker's claim and determine the effectiveness of how each point is presented to support the claim.
  - ○ W.1.1.c. Provide logically ordered reasons supported by relevant facts and details;
    - ▪ I.1.2 Explore topics of interest to formulate logical questions; build knowledge; generate possible explanations; consider alternative views.
    - ▪ I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.

# EXHIBIT E

- I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
- I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
- 4.2 Identify the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
- I.5.1 Acknowledge and value individual and collective thinking.
- RL.5.1 Quote accurately to analyze the meaning of and beyond the text to support inferences and conclusions.
- C.4.1 Identify a speaker's claim and determine the effectiveness of how each point is presented to support the claim.

- o W.1.1b Use information from multiple print and multimedia sources;
  - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
  - I.3.2 Organize and categorize important information; collaborate to validate or revise thinking; report relevant findings.
  - I.4.3 Determine appropriate tools and develop a plan to communicate findings and/or take informed action.
  - I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
- o W.1.1.d Use transitional words, phrases, and clauses to connect claim and reasons;
  - C. 4.1 Identify a speaker's claim and determine the effectiveness of how each point is presented to support the claim.
- o W.1.1.g. Provide a concluding statement or section related to the claim presented.
  - W. I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
  - C. 2.1 Analyze ideas, perspectives and information using examples and supporting evidence related to the topic.
  - C. 4.1 Identify a speaker's claim and determine the effectiveness of how each point is presented to support the claim.

- **W.2.1 Write informative/explanatory texts that:**
  - o W.2.1.a. Introduce a topic clearly;
    - I.1.1 Formulate questions to focus thinking on an idea to narrow and direct further inquiry.
    - I.2.1 Explore topics of interest to formulate logical questions; build knowledge; generate possible explanations; consider alternative views.
    - 3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - I.4.1 Draw logical conclusions from relationships and patterns discovered during the inquiry process.
    - I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - o W.2.1.g. Develop the topic with facts, definitions, concrete details, quotations, or other information and examples related to the topic;

**EXHIBIT E**

- - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
    - I.5.3 Assess the process and determine strategies to revise the plan and apply learning for future inquiry.
  - RI. 11.1 Apply knowledge of text structures across multiple texts to locate information and gain meaning.
  - C. 2.1 Analyze ideas, perspectives and information using examples and supporting evidence related to the topic.
  - W.2.1.b. Use relevant information from multiple print and multimedia sources;
    - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - W.2.1.f. Include formatting, illustrations, and multimedia to aid comprehension.
    - RI.7.1 Compare and contrast how events, topics, concepts, and ideas are depicted in primary and secondary sources.
    - C.2.1 Analyze ideas, perspectives and information using examples and supporting evidence related to the topic.

- **W.2.1.c. Provide a general observation and focus.**
  - W.2.1.l. Develop a style and tone authentic to the purpose.
  - C. 5.1 Set a purpose, integrate craft techniques and maintain a clear focus in presentations.
  - W.2.1.d. Group related information logically.
    - W.2.1j. Link ideas within and across categories of information using words, phrases, and clauses.
  - RL.6.1 Summarize a text with two or more central ideas; cite key supporting details.

- **W.2.1.e Use credible sources**;
  - I.3.1 Develop a plan of action for collecting relevant information from primary and secondary sources.
    - I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - RI.7.1 Compare and contrast how events, topics, concepts, and ideas are depicted in primary and secondary sources.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:**
  - W.3.1.a. Develop real or imagined experiences or events using effective technique, descriptive details, and clear event sequences;
    - RL. 8.1.b Explain the influence of cultural, historical, social and political context on characters, setting, and plot development.

**53 of 103**

**EXHIBIT E**

- W.3.1.b. Orient the reader by establishing a situation and introducing a narrator and/or characters;
- W.3.1c. Organize an event sequence that unfolds naturally;
- W.3.1.g. Use imagery, precise words, and sensory details to develop characters and convey experiences and events;
  - RL.8.1.b Explain the influence of cultural, historical, social and political context on characters, setting, and plot development.
  - RL.9.1 Cite examples of the author's use of figurative language, dialogue, imagery, idioms, adages, and proverbs to shape meaning and tone.
  - RI. 8.1 Analyze how the author uses words and phrases to shape and clarify meaning.
- W.3.1.h. Provide a conclusion that follows from the narrated experiences or events.
- C. 1.5 Explain personal ideas while building on the ideas of others to demonstrate understanding of diverse perspectives.
- W.3.1.f Use a variety of transitional words, phrases, and clauses to manage the sequence of events;
  - RI. 8.1 Analyze how the author uses words and phrases to shape and clarify meaning

- **W. 3.1.d Use dialogue, pacing, and manipulation of time to develop experiences and events or show the responses of characters to situations;**
  - RL.8.1.b Explain the influence of cultural, historical, social and political context on characters, setting, and plot development.
  - RL.9.1 Cite examples of the author's use of figurative language, dialogue, imagery, idioms, adages, and proverbs to shape meaning and tone.
  - C. 1.5 Explain personal ideas while building on the ideas of others to demonstrate understanding of diverse perspectives.

- **W.1.1.e., W.2.1.h, W.3.1.e Develop and strengthen writing as needed by planning, revising, editing, rewriting, and writing:**
  - I.4.3 Determine appropriate tools and develop plan to communicate findings and/or take informed action.
  - W.4.1.
    a. Show knowledge of the function of conjunctions, prepositions, and interjections;
    b. form and use the perfect verb tenses;
    c. use verb tense to convey various times, sequences, states, and conditions;
    d. recognize and use appropriate continuity or shifts in verb tense; and
    e. use correlative conjunctions.
  - W.5.1 Apply correct usage of capitalization.
    a. use apostrophes and quotation marks;
    b. use commas for appositives, to set off the words yes and no, to set off a tag question from the rest of the sentence, and to indicate direct address.
  - W.6.1 Write routinely and persevere in writing tasks;

# EXHIBIT E

a. over short and extended time frames;
b. for a range of domain-specific tasks;
c. for a variety of purposes and audiences; and
d. by adjusting the writing process for the task, increasing the length and complexity.

- o C3.2 Create presentations that integrate visual displays and other multimedia to enrich the presentation.
  - ▪ C. 5.2 Articulate clearly a message using figurative language, dialogue, idioms, adages, proverbs, and imagery when appropriate to impact the audience.
- o C. 4.3 Identify how and why the speaker:
  a. uses intonation and word stress;
  b. includes media;
  c. addresses the audience;
  d. determines word choice; and
  e. incorporates figurative language and literary devices.

- **W.1.1.f. and W.2.1.i. Use paraphrasing, quotations, summarizing, and original language to avoid plagiarism;**
  - o RL.5.1 Quote accurately to analyze the meaning of and beyond the text to support inferences and conclusions.
  - o RI.6.1 Summarize a text with two or more central ideas; cite key supporting details.
  - o W.2.1.k. Use precise language and domain-specific vocabulary to inform or explain the topic;
  - o W.2.1.m. Provide a concluding statement or section related to the information or explanation presented.

# EXHIBIT E

**Sixth Grade**
Back to Contents

## *Inquiry*
- **I.2.1 Transact with text in order to formulate logical questions based on evidence, generate explanations, propose and present conclusions, and consider multiple perspectives.**
    o I.1.1 Develop questions to broaden thinking on a specific idea that frames inquiry for new learning and deeper understanding.
    o I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
    o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
    o I.4.3 Reflect on findings and pose appropriate questions for further inquiry.
    o I.5.1 Acknowledge and value individual and collective thinking; use feedback from peers and adults to guide the inquiry process.
    o I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
    o RL.7.2 Compare and contrast texts in different forms or genres in terms of their approaches to similar themes and topics.
    o RL.12.2 Compare and contrast how different text structures contribute to meaning and impact the reader.
    o RI.7.1 Integrate information presented in different media or formats to develop a coherent understanding of a topic or issue.
    o RI.11.1 Identify text features and structures that support an author's idea or claim.
    o C.1.1 Consider viewpoints of others by listening, reflecting, and formulating questions; support others to reach common understandings of concepts, ideas, and text.
    o C.1.2 Participate in discussions; ask and respond to probing questions to acquire and confirm information concerning a topic, text, or issue.
    o C.1.4 Engage in focused conversations about grade-appropriate topics and texts; build on the ideas of others, and pose and respond to specific questions to clarify thinking and express new thoughts.
    o C.1.5 Review and reflect upon the main ideas expressed to demonstrate an understanding of diverse perspectives.
    o C.2.2 Distinguish between credible and non-credible sources of information.
    o C.3.1 Analyze the impact of selected media and formats on meaning.
    o C.3.2 Utilize multimedia to enrich presentations.

## *Reading Literary*
- **RL.5.1 Cite textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.**
    o RL.7.2 Compare and contrast texts in different forms or genres in terms of their approaches to similar themes and topics.
    o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
    o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.

# EXHIBIT E

- o I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.
- o I.5.2 Employ past and present learning in order to monitor and guide inquiry.
- o W.1.f Paraphrase, quote, and summarize, avoiding plagiarism and providing basic bibliographic information for sources;
- o W.2.i Follow a standard format for citation;
- o C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and providing basic bibliographic information for sources.

- **RL.6.1 Determine a theme of a text and how it is conveyed through particular details; provide a summary of the text distinct from personal opinions or judgments**.
  - o RL.7.2 Compare and contrast texts in different forms or genres in terms of their approaches to similar themes and topics.
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o C.1.5 Review and reflect upon the main ideas expressed to demonstrate an understanding of diverse perspectives.

- **RL.8.1 Describe how a plot in a narrative or drama unfolds and how characters respond or change as the plot moves toward a resolution; determine the impact of contextual influences on setting, plot, and characters.**
  - o RL.7.1 Compare and contrast a narrative, drama, or poem read to an audio, video, or live version of the same text.
  - o RL.7.2 Compare and contrast texts in different forms or genres in terms of their approaches to similar themes and topics.
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - o I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.

- **RL.11.1 Explain how an author's development of the point of view of the narrator or speaker impacts content, meaning, and style.**
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.

- **RL.12.1 Analyze how a particular sentence, chapter, scene, or stanza fits into the overall structure of a text and contributes to the development of the theme, setting, or plot.**
  - o RL.7.2 Compare and contrast texts in different forms or genres in terms of their approaches to similar themes and topics.
  - o RL.9.1 Determine the figurative and connotative meaning of words and phrases as they are used in text; analyze the impact of specific word choice on meaning and tone.
  - o RL.9.2 Analyze the author's word and convention choices and draw conclusions about how they impact meaning and tone.
  - o RL.10.1 Use the overall meaning of a text or a word's position or function to determine the meaning of a word or phrase.

# EXHIBIT E

- RL.10.6 Acquire and use general academic and domain-specific words or phrases that signal precise actions, emotions, and states of being; demonstrate an understanding of nuances and jargon.
- RL.12.2 Compare and contrast how different text structures contribute to meaning and impact the reader.
- I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
- I.5.2 Employ past and present learning in order to monitor and guide inquiry.

- **RL.13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.**
  - RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - RL.13.2 Read independently for sustained periods of time to build stamina.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
  - C.1.1 Consider viewpoints of others by listening, reflecting, and formulating questions; support others to reach common understandings of concepts, ideas, and text.
  - C.1.2 Participate in discussions; ask and respond to probing questions to acquire and confirm information concerning a topic, text, or issue.
  - C.1.4 Engage in focused conversations about grade-appropriate topics and texts; build on the ideas of others, and pose and respond to specific questions to clarify thinking and express new thoughts.
  - C.2.2 Distinguish between credible and non-credible sources of information.
  - C.3.1 Analyze the impact of selected media and formats on meaning.
  - C.3.2 Utilize multimedia to enrich presentations.

### *Reading Informational*
- **RI.5.1 Cite textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.**
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.
  - I.5.2 Employ past and present learning in order to monitor and guide inquiry.
  - C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and providing basic bibliographic information for sources.

**EXHIBIT E**

- **RI.6.1 Provide an objective summary of a text with two or more central ideas; cite key supporting details.**
  - C.2.1 Gather information from print and multimedia sources to articulate claims or and findings, sequencing ideas logically and using pertinent descriptions, facts, and details that support themes or central ideas to express perspectives clearly.

- **RI.8.1 Determine figurative, connotative, and technical meanings of words and phrases used in a text; analyze the impact of specific word choice on meaning and tone.**
  - RI.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
  - RI.8.2 Identify text features and structures that support an author's ideas or claim.
  - RI.9.1 Determine the meaning of a word or phrase using the overall meaning of a text or a word's position or function.
  - RI.9.2 Determine or clarify the meaning of a word or phrase using knowledge of word patterns, origins, bases and affixes.

- **RI.10.1 Analyze multiple accounts of the same event or topic, noting important similarities and differences in the perspective represented.**
  - RI.11.1 Identify text features and structures that support an author's idea or claim.
  - I.5.2 Employ past and present learning in order to monitor and guide inquiry.
  - C.3.1 Analyze the impact of selected media and formats on meaning.

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - RI.4.1 Read grade-level texts with purpose and understanding.
  - RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RI.7.1 Integrate information presented in different media or formats to develop a coherent understanding of a topic or issue.
  - RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - RI.12.2 Read independently for sustained periods of time.
  - I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
  - C.1.1 Consider viewpoints of others by listening, reflecting, and formulating questions; support others to reach common understandings of concepts, ideas, and text.
  - C.1.2 Participate in discussions; ask and respond to probing questions to acquire and confirm information concerning a topic, text, or issue.

# EXHIBIT E

- o C.1.4 Engage in focused conversations about grade-appropriate topics and texts; build on the ideas of others, and pose and respond to specific questions to clarify thinking and express new thoughts.
- o C.2.2 Distinguish between credible and non-credible sources of information.
- o C.3.1 Analyze the impact of selected media and formats on meaning.
- o C.3.2 Utilize multimedia to enrich presentations.

*Writing*
- **W.1.1 Write arguments that**:
  - o W.1.1a Introduce a focused claim and organize reasons and evidence clearly;
    - ▪ I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o W.1.1.b Use information from multiple print and multimedia sources;
    - ▪ I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - o I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - o RI.7.1 Integrate information presented in different media or formats to develop a coherent understanding of a topic or issue.
  - o RI.11.1 Identify text features and structures that support an author's idea or claim.
  - o RI.11.2 Trace and evaluate the argument and specific claims, distinguishing claims that are supported by reasons and evidence from claims that are not supported.

- **W.1.1c Support claims with clear reasons and relevant evidence, using credible sources and demonstrating an understanding of the topic or text;**
  - o W.1.1d Use an organizational structure that provides unity and clarity among claims, reasons, and evidence;
  - o W.1.1f Paraphrase, quote, and summarize, avoiding plagiarism and providing basic bibliographic information for sources;
    - ▪ C.2.2 Distinguish between credible and non-credible sources of information.
    - ▪ C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and providing basic bibliographic information for sources.
  - o I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - o I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - o RI.8.2 Identify text features and structures that support an author's ideas or claim.
  - o RI.11.1 Identify text features and structures that support an author's idea or claim.
  - o RI.11.2 Trace and evaluate the argument and specific claims, distinguishing claims that are supported by reasons and evidence from claims that are not supported.

# EXHIBIT E

- o C.2.1 Gather information from print and multimedia sources to articulate claims and findings, sequencing ideas logically and using pertinent descriptions, facts, and details that support themes or central ideas to express perspectives clearly.
  - ▪ C.3.1 Analyze the impact of selected media and formats on meaning.
  - ▪ C.3.2 Utilize multimedia to enrich presentations.
- o C.4.1 Determine the effectiveness of a speaker's argument and specific claims, distinguishing claims that are supported by reasons and evidence from claims that are not.

- **W.1.1g Establish and maintain a formal style; and**
  - o W.1.1h Provide a conclusion that follows from and supports the argument.
  - o C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience and setting.
  - o C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.
  - o C.4.2 Identify the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
  - o C.4.3 Determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
  - o C.5.1 Consider the audience when selecting presentation types.
  - o C.5.2 Select and integrate craft techniques to impact the audience.

- **W.2.1 Write informative/explanatory texts that:**
  - o W.2.1.a Introduce a focused topic;
  - o W.2.1b Use relevant information from multiple print and digital sources;
    - ▪ I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
    - ▪ I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
    - ▪ C.3.1 Analyze the impact of selected media and formats on meaning.
    - ▪ C.3.2 Utilize multimedia to enrich presentations.
  - o RI.7.1 Integrate information presented in different media or formats to develop a coherent understanding of a topic or issue.

- **W.2.1c Use definition, classification, comparison/contrast, and cause/effect structures to organize ideas, concepts, and information;**
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o RI.11.1 Identify text features and structures that support an author's idea or claim.
  - o W.2.1d Use credible sources;
  - o W.2.1e Include formatting, graphics, and multimedia to aid comprehension;
  - o W.2.1f Develop the topic with relevant facts, definitions, concrete details, quotations, or other information and examples;
  - o W.2.1h Paraphrase, quote, and summarize to avoid plagiarism;
    - ▪ W.2.1i Follow a standard format for citation;

# EXHIBIT E

- ▪ C.2.2 Distinguish between credible and non-credible sources of information.
- ▪ C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and providing basic bibliographic information for sources.
- o C.4.2 Identify the speakers use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
- o W.2.1j Use appropriate transitions to clarify the relationships among ideas and concepts;
- o W.2.1k Use precise language and domain-specific vocabulary to inform or explain the topic;
- o W.2.1l Establish and maintain a style and tone authentic to the purpose; and
  - ▪ C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience and setting.
  - ▪ C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.
  - ▪ C.4.3 Determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
  - ▪ C.5.1 Consider audience when selecting presentation types.
  - ▪ C.5.2 Select and integrate craft techniques to impact audience.
- o W.2.1m Provide a concluding statement or section that follows the information or explanation presented.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:**
  - o W.3.1a Develop real or imagined experiences or events using effective techniques, relevant descriptive details, and well-structured event sequences;
  - o RL.7.1 Compare and contrast a narrative, drama, or poem read to an audio, video, or live version of the same text.
  - o RL.7.2 Compare and contrast texts in different forms or genres in terms of their approaches to similar themes and topics.
  - o RL.8.1 Describe how a plot in a narrative or drama unfolds and how characters respond or change as the plot moves toward a resolution; determine the impact of contextual influences on setting, plot, and characters.
  - o W.3.1b Engage and orient the reader by establishing a context and introducing a narrator and/or characters;
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - o C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience and setting.
  - o C.4.2 Identify the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
  - o C.4.3 Determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
  - o C.5.1 Consider audience when selecting presentation types.

# EXHIBIT E

- o C.5.2 Select and integrate craft techniques to impact audience.
- o W.3.1c Organize an event sequence that unfolds naturally and logically;
- o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
- o W.3.1d Use dialogue, pacing, and manipulation of time to develop experiences, events, and/or characters;
- o W.3.1e Use a variety of transition words, phrases, and clauses to convey sequence and signal shifts from one time frame or setting to another;
- o W.3.1g Use imagery, precise words and phrases, relevant descriptive details, and sensory language to convey experiences and events and develop characters.
- o W.3.1h Provide a conclusion that follows from and reflects on the narrated experiences or events.

- **W.1.1e, W.2.1g, and W.3.1f Develop and strengthen writing as needed by planning, revising, editing, rewriting; building on personal ideas and the ideas of others;**
  - o W.4.1 Ensure that subjective, objective possessive pronouns are in the proper case.
  - o W.4.2 Use intensive pronouns.
  - o W.4.3 Recognize and use appropriate continuity and shifts in pronoun number and person.
  - o W.4.4 Recognize and correct pronouns with unclear or ambiguous antecedents.
  - o W.4.5 Recognize variations from standard English in one's own and others' writing.
  - o W.4.6 Identify and use strategies to improve expression in conventional language.
  - o W.5.2 Use a. commas, parentheses, or dashes to set off nonrestrictive/parenthetical elements; and b. semicolons to connect main clauses and colons to introduce a list or quotation.
  - o W.6.1 Write routinely and persevere in writing tasks; over short and extended time frames; for a range of domain-specific tasks; for a variety of purposes and audiences; and by adjusting the writing process for the task, increasing the length and complexity.

**EXHIBIT E**

**Seventh Grade**
Back to Contents

*Inquiry*
- **I.2.1 Formulate logical questions based on evidence, generate explanations, propose and present original conclusions, and consider multiple perspectives.**
  - I.1.1 Develop questions to broaden thinking on a specific idea that frames inquiry for new learning and deeper understanding.
  - I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - I.4.3 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - I.5.1 Acknowledge and value individual and collective thinking; use feedback from peers and adults to guide the inquiry process.
  - I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
  - RL.7.2 Compare and contrast a literary depiction of a time, place, or character to a historical account of the same period in order to understand how authors use or alter history for rhetorical effect.
  - RL.12.2 Analyze the author's choice of structures within the text and draw conclusions about how they impact meaning.
  - RI.7.1 Compare and contrast a text to an audio, video, or multimedia version of the text, analyzing each medium's portrayal of the subject.
  - RI.11.1 Determine the impact of text features and structures on an author's ideas or claims.
  - C.1.1 Prepare for and engage in conversations to explore complex concepts, ideas, and texts; share ideas and consider alternate viewpoints.
  - C.1.2 Participate in discussions; ask probing questions and share evidence that supports and maintains the focus of the discussion.
  - C.1.4 Engage in a range of collaborative discussions about grade-appropriate topics; acknowledge new information expressed by others and when necessary modify personal ideas.
  - C.1.5 Consider new ideas and diverse perspectives of others when forming opinions regarding a topic, text, or issue.
  - C.2.2 Analyze and evaluate the credibility of information and accuracy of findings.
  - C.3.2 Utilize multimedia to clarify information and strengthen claims or evidence.

*Reading Literary*
- **RL.5.1 Cite multiple examples of textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.**
  - RL.7.2 Compare and contrast a literary depiction of a time, place, or character to a historical account of the same period in order to understand how authors use or alter history for rhetorical effect.
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.

**64 of 103**

**EXHIBIT E**

- I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
- I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.
- I.5.2 Employ past and present learning in order to monitor and guide inquiry.
- W.2.1h Paraphrase, quote, and summarize to avoid plagiarism;
- W.21.i Follow a standard format for citation;
- C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.

- **RL.6.1 Determine one or more themes and analyze the development; provide an objective summary.**
  - RL.7.2 Compare and contrast a literary depiction of a time, place, or character to a historical account of the same period in order to understand how authors use or alter history for rhetorical effect.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - C.1.5 Consider new ideas and diverse perspectives of others when forming opinions regarding a topic, text, or issue.

- **RL.8.1 Analyze how setting shapes the characters and/or plot and how particular elements of a narrative or drama interact; determine the impact of contextual influences on setting, plot, and characters.**
  - RL.7.1 Interpret how a literary text relates to diverse media with an emphasis on the effect various media techniques have on ideas, themes, and topics.
  - RL.7.2 Compare and contrast a literary depiction of a time, place, or character to a historical account of the same period in order to understand how authors use or alter history for rhetorical effect.
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.

- **RL.11.1 Analyze how an author develops and contrasts points of view to impact content, meaning, and style.**
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.

- **RL.12.1 Analyze how complex text structures in prose, drama, and poetry contribute to development of theme, setting, or plot.**
  - RL.7.2 Compare and contrast a literary depiction of a time, place, or character to a historical account of the same period in order to understand how authors use or alter history for rhetorical effect.
  - RL.9.1 Determine the figurative and connotative meaning of words and phrases as they are used in text; analyze the impact of rhymes and other repetitions of sounds on specific verses or stanzas of poems or sections of narrative or drama.
  - RL.9.2 Analyze the impact of the author's choice of words, word phrases, and conventions on meaning and tone.

# EXHIBIT E

- o 10.1 Use context clues to determine meanings of words and phrases.
- o RL.12.2 Analyze the author's choice of structures within the text and draw conclusions about how they impact meaning.
- o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
- o I.5.2 Employ past and present learning in order to monitor and guide inquiry.

- **RL.13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.**
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL 13.2 Read independently for sustained periods of time to build stamina.
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - o I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
  - o C.1.1 Prepare for and engage in conversations to explore complex concepts, ideas, and texts; share ideas and consider alternate viewpoints.
  - o C.1.2 Participate in discussions; ask probing questions and share evidence that supports and maintains the focus of the discussion.
  - o C.1.4 Engage in a range of collaborative discussions about grade-appropriate topics; acknowledge new information expressed by others and when necessary modify personal ideas.
  - o C.2.2 Analyze and evaluate the credibility of information and accuracy of findings.
  - o C.3.2 Utilize multimedia to clarify information and strengthen claims or evidence.

### Reading Informational
- **RI.5.1 Cite multiple examples of textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text**.
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.
  - o I.5.2 Employ past and present learning in order to monitor and guide inquiry.
  - o C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.

- **RI.6.1 Provide an objective summary of a text with two or more central ideas; cite key supporting details to analyze their development.**
  - o C.2.1 Gather relevant information from diverse print and multimedia sources to articulate claims and findings, emphasizing salient points in a focused, coherent manner with pertinent descriptions, facts and details.

# EXHIBIT E

- **RI.8.2 Determine the impact of text features and structures on an author's ideas or claim.**
  - RI.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
  - RI.8.1 Determine figurative, connotative, and technical meanings of words and phrases used in a text; analyze the impact of specific words or phrases on meaning and tone.

- **RI.10.1 Determine an author's perspective or purpose and analyze how the author distinguishes his/her position from others.**
  - RI.11.1 Determine the impact of text features and structures on an author's ideas or claims.
  - I.5.2 Employ past and present learning in order to monitor and guide inquiry.

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
  - RI.4.1 Read grade-level texts with purpose and understanding.
  - RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RI.7.1 Compare and contrast a text to an audio, video, or multimedia version of the text, analyzing each medium's portrayal of the subject.
  - RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - RI.12.2 Read independently for sustained periods of time.
  - I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
  - C.1.1 Prepare for and engage in conversations to explore complex concepts, ideas, and texts; share ideas and consider alternate viewpoints.
  - C.1.2 Participate in discussions; ask probing questions and share evidence that supports and maintains the focus of the discussion.
  - C.1.4 Engage in a range of collaborative discussions about grade-appropriate topics; acknowledge new information expressed by others and when necessary modify personal ideas.
  - C.2.2 Analyze and evaluate the credibility of information and accuracy of findings.
  - C.3.2 Utilize multimedia to clarify information and strengthen claims or evidence.

# EXHIBIT E

*Writing*

- **W.1.1a Introduce claims, acknowledge alternate or opposing claims, and organize the reasons and evidence logically;**
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - W.1.1b Use relevant information from multiple print and multimedia sources;
  - I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - RI.7.1 Compare and contrast a text to an audio, video, or multimedia version of the text, analyzing each medium's portrayal of the subject.
  - RI.11.1 Determine the impact of text features and structures on an author's ideas or claims.
  - RI.11.2 Trace and evaluate the argument and specific claims in a text, assessing whether the reasoning is sound and the evidence is relevant and sufficient to support the claims.
  - W.1.1c Support claims with logical reasoning and relevant evidence, using accurate, credible sources and demonstrating an understanding of the topic or text;
  - W.1.1d Use an organizational structure that provides unity and clarity among claims, reasons, and evidence;
  - W.1.1e Develop the claim providing credible evidence and data for each;
  - W.1.1g Paraphrase, quote, and summarize, avoiding plagiarism and following a standard format for citation;
  - C.2.2 Analyze and evaluate the credibility of information and accuracy of findings.
  - C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
  - I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - RI.8.2 Determine the impact of text features and structures on an author's ideas or claim.
  - RI.11.2 Trace and evaluate the argument and specific claims in a text, assessing whether the reasoning is sound and the evidence is relevant and sufficient to support the claims.
  - C.2.1 Gather relevant information from diverse print and multimedia sources to articulate claims and findings, emphasizing salient points in a focused, coherent manner with pertinent descriptions, facts and details.
  - C.3.2 Utilize multimedia to clarify information and strengthen claims or evidence.
  - C.4.1 Determine the effectiveness of a speaker's argument and specific claims, evaluating the soundness of the reasoning and the relevance and sufficiency of the evidence.
  - W.1.1h Establish and maintain a formal style and objective tone; and

# EXHIBIT E

- o W.1.1i Provide a concluding statement or section that follows from and supports the argument.
- o C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience, setting, and tasks.
- o C.4.2 Analyze the effectiveness of the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
- o C.4.3 Analyze the presentation to determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
- o C.5.1 Consider audience when selecting presentation types.
- o C.5.2 Select and employ a variety of craft techniques to convey a message and impact the audience.

- **W.2.1a Introduce a topic clearly, previewing what is to follow;**
  - o W.2.1b Use relevant information from multiple print and digital sources;
  - o I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o C.3.1 Analyze the impact of selected media and formats on meaning.
  - o C.3.2 Utilize multimedia to clarify information and strengthen claims or evidence.
  - o RI.7.1 Compare and contrast a text to an audio, video, or multimedia version of the text, analyzing each medium's portrayal of the subject.
  - o W.2.1c Use definition, classification, comparison/contrast, and cause/effect structures to organize ideas, concepts, and information;
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o RI.11.1 Determine the impact of text features and structures on an author's ideas or claims.
  - o W.2.1d Use credible sources;
  - o W.2.1e Include formatting, graphics, and multimedia to aid comprehension;
  - o W.2.1f Develop the topic with relevant facts, definitions, concrete details, quotations, or other information and examples;
  - o W.2.1h Paraphrase, quote, and summarize to avoid plagiarism;
  - o W.2.1i Follow a standard format for citation;
  - o C.2.2 Analyze and evaluate the credibility of information and accuracy of findings.
  - o C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
  - o C.4.2 Analyze the effectiveness of the speakers use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
  - o W.2.1j Use appropriate transitions to create cohesion and clarify the relationships among ideas and concepts;

# EXHIBIT E

- o W.2.1k Use precise language and domain-specific vocabulary to inform or explain the topic;
- o W.2.1l Establish and maintain a style and tone authentic to the purpose; and
- o C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience, setting, and tasks.
- o C.4.3 Analyze the presentation to determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
- o C.5.1 Consider the audience when selecting presentation types.
- o C.5.2 Select and employ a variety of craft techniques to convey a message and impact the audience.
- o W.2.1m Provide a concluding statement or section that follows and supports the information or explanation presented.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:**
  - o W.3.1a Develop real or imagined experiences or events using effective technique, relevant descriptive details, and well-structured event sequences;
  - o RL.7.1 Interpret how a literary text relates to diverse media with an emphasis on the effect various media techniques have on ideas, themes, and topics.
  - o RL.7.2 Compare and contrast a literary depiction of a time, place, or character to a historical account of the same period in order to understand how authors use or alter history for rhetorical effect.
  - o RL.8.1 Analyze how setting shapes the characters and/or plot and how particular elements of a narrative or drama interact; determine the impact of contextual influences on setting, plot, and characters.
  - o W.3.1b Engage and orient the reader by establishing a context and point of view and introducing a narrator and/or characters;
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - o C.1.3 Apply effective communication techniques and the use of formal or informal voice based on audience, setting, and tasks.
  - o C.4.2 Analyze the effectiveness of the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
  - o C.4.3 Analyze the presentation to determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
  - o C.5.1 Consider audience when selecting presentation types.
  - o C.5.2 Select and employ a variety of craft techniques to convey a message and impact the audience.

- **W.3.1c Organize an event sequence that unfolds naturally and logically**;
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.

**EXHIBIT E**

- **W.3.1d Use dialogue, pacing, and manipulation of time to develop experiences, events, and/or characters;**
    - o W.3.1e Use a variety of transition words, phrases, and clauses to convey sequence and signal shifts from one time frame or setting to another;
    - o W.3.1g Use imagery, precise words and phrases, relevant descriptive details, and sensory language to capture the action, convey experiences and events and develop characters; and
    - o W.3.1h Provide a conclusion that follows from and reflects on narrated experiences or events.

- **W.1.1f., W.2.1g, and W.3.1f Develop and strengthen writing as needed by planning, revising, editing, rewriting; building on personal ideas and the ideas of others.**
    - o W.4.1 Show knowledge of the function of phrases and clauses in general and their function in specific sentences.
    - o W.4.2 Choose among simple, compound, complex, and compound-complex sentences to signal differing relationships among ideas.
    - o W.4.3 Use phrases and clauses within a sentence, recognizing and correcting misplaced and dangling modifiers.
    - o W.5.2 Use: a. a comma to separate coordinate adjectives; and b. a comma after introductory subordinate clauses.
    - o W.6.1. Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain specific tasks, and for a variety of purposes and audiences.

# EXHIBIT E

**Eighth Grade**
Back to Contents

## *Reading Literary*

- **RL.5.1 Cite the evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text.**
  - RL.7.2 Analyze how a modern work of fiction draws on themes, patterns of events, or character types from myths, traditional stories, or religious works, describing how the material is rendered new.
  - I.2.1 Formulate logical questions based on evidence, generate explanations, propose and present original conclusions, and consider multiple perspectives.
  - I.1.1 Develop a range of questions to frame inquiry for new learning and deeper understanding.
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.
  - I.4.3 Reflect on findings and pose appropriate questions for further inquiry.
  - I.5.2 Employ past and present learning in order to monitor and guide inquiry.
  - W.2.1h Paraphrase, quote, and summarize to avoid plagiarism;
  - W.2.1i Follow a standard format for citation;
  - C.2.3 Quote and paraphrase the information and conclusions while avoiding plagiarism and following a standard format for citation.

- **RL.6.1 Determine one or more themes and analyze the development and relationships to character, setting, and plot over the course of a text; provide an objective summary.**
  - RL.7.2 Analyze how a modern work of fiction draws on themes, patterns of events, or character types from myths, traditional stories, or religious works, describing how the material is rendered new.
  - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - C.1.5 Consider new ideas and diverse perspectives of others when forming opinions; qualify or justify views based on evidence presented regarding a topic, text, or issue.

- **RL.8.1 Analyze how dialogue and/or incidents propel the action, reveal aspects of a character, or provoke a decision; determine the impact of contextual influences on setting, plot, and characters.**
  - RL.7.1 Analyze how a visual or audio adaptation of a narrative or drama modifies or embellishes the text.
  - RL.7.2 Analyze how a modern work of fiction draws on themes, patterns of events, or character types from myths, traditional stories, or religious works, describing how the material is rendered new.
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.

**EXHIBIT E**

- o I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.

- **RL.11.1 Analyze how the author's development of perspectives of the characters and the reader create suspense or humor.**
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.

- **RL.12.1 Compare and contrast the structure of two or more texts with similar topics or themes and analyze how the differing structure of each contributes to meaning.**
  - o RL.7.2 Analyze how a modern work of fiction draws on themes, patterns of events, or character types from myths, traditional stories, or religious works, describing how the material is rendered new.
  - o RL.9.1 Determine the figurative and connotative meanings of words and phrases as they are used in text; analyze the impact of specific word choices on meaning and tone, including analogies or allusions to other texts.
  - o RL.10.1 Use context clues to determine meanings of words and phrases.
  - o RL.12.2 Analyze the author's choice of structures within the text and draw conclusions about how they impact meaning.
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
  - o I.5.2 Employ past and present learning in order to monitor and guide inquiry.

- **RL.13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.**
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL 13.2 Read independently for sustained periods of time to build stamina.
  - o I.2.1 Formulate logical questions based on evidence, generate explanations, propose and present original conclusions, and consider multiple perspectives.
  - o I.1.1 Develop a range of questions to frame inquiry for new learning and deeper understanding.
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
  - o I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
  - o C.1.1 Prepare for and engage in conversations to explore complex ideas, concepts, and texts; build coherent lines of thinking.
  - o C.1.2 Participate in discussions; share evidence that supports the topic, text, or issue; connect the ideas of several speakers and respond with relevant ideas, evidence, and observations.
  - o C.1.4 Engage in a range of collaborative discussions about grade-appropriate topics; acknowledge new information expressed by others and when necessary modify personal ideas.
  - o C.2.2 Analyze and evaluate credibility of information and accuracy of findings.
  - o C.3.2 Utilize multimedia to clarify information and emphasize salient points.

# EXHIBIT E

*Reading Informational*

- **RI.5.1 Cite the evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text.**
    - RI.6.1 Provide an objective summary of a text with two or more central ideas; cite key supporting details to analyze their development.
    - I.2.1 Formulate logical questions based on evidence, generate explanations, propose and present original conclusions, and consider multiple perspectives.
    - I.1.1 Develop a range of questions to frame inquiry for new learning and deeper understanding.
    - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.
    - I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
    - I.4.1 Employ a critical stance to demonstrate that relationships and patterns of evidence lead to logical conclusions, while acknowledging alternative views.
    - I.5.2 Employ past and present learning in order to monitor and guide inquiry.
    - C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.

- **RI.8.2 Analyze the impact of text features and structures on authors' similar ideas or claims about the same topic**.
    - RI.4.3 Use context to confirm or self-correct word recognition and understanding rereading as necessary.
    - RI.8.1 Determine figurative, connotative, and technical meanings of words and phrases used in a text; analyze the impact of specific words, phrases, analogies, or allusions on meaning and tone.

- **RI.10.1 Determine an author's perspective or purpose and analyze how the author acknowledges or responds to conflicting evidence or viewpoints.**
    - RI.11.1 Analyze the impact of text features and structures on authors' similar ideas or claims about the same topic.
    - I.5.2 Employ past and present learning in order to monitor and guide inquiry.

- **RI.12.3 Read and respond according to task and purpose to become self-directed, critical readers and thinkers.**
    - RI.4.1 Read grade-level texts with purpose and understanding.
    - RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
    - RI.7.1 Evaluate the advantages and disadvantages of using different mediums to present a particular topic or idea.
    - RI.12.1 Engage in whole and small group reading with purpose and understanding.
    - RI.12.2 Read independently for sustained periods of time.
    - I.2.1 Formulate logical questions based on evidence, generate explanations, propose and present original conclusions, and consider multiple perspectives.
    - I.1.1 Develop a range of questions to frame inquiry for new learning and deeper understanding.

# EXHIBIT E

- o I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
- o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
- o I.4.2 Determine appropriate disciplinary tools and develop a plan to communicate findings and/or take informed action.
- o I.5.3 Assess the processes to revise strategies, address misconceptions, anticipate and overcome obstacles, and reflect on completeness of the inquiry.
- o C.1.1 Prepare for and engage in conversations to explore complex ideas, concepts, and text.
- o C.1.2 Participate in discussions; share evidence that supports the topic, text, or issue; connect the ideas of several speakers and respond with relevant ideas, evidence, and observations; build coherent lines of thinking.
- o C.1.4 Engage in a range of collaborative discussions about grade-appropriate topics; acknowledge new information expressed by others and when necessary modify personal ideas.
- o C.2.2 Analyze and evaluate the credibility of information and accuracy of findings.
- o C.3.2 Utilize multimedia to clarify information and emphasize salient points.

### Writing
- **W.1 Write arguments that**:
  - o W.1.1a Introduce claims, acknowledge and distinguish the claims from alternate or opposing claims, and organize the reasons and evidence logically;
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o I.4.2 Use appropriate tools to communicate findings and/or take informed action.
  - o RI.7.1 Evaluate the advantages and disadvantages of using different mediums to present a particular topic or idea.
  - o RI.11.1 Analyze the impact of text features and structures on authors' similar ideas or claims about the same topic.
  - o RI. 11.2:Analyze and evaluate the argument and specific claims in a text, assessing whether the reasoning is sound and the evidence is relevant and sufficient; recognize when irrelevant evidence is introduced.
  - o W.1.1b Use relevant information from multiple print and multimedia sources;
  - o I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - o W.1.1c Support claims using valid reasoning and a variety of relevant evidence from accurate, verifiable sources;
  - o W.1.1d Use an organizational structure that provides unity and clarity among claims, counterclaims, reasons, and evidence;
  - o W.1.1e Develop the claim and counterclaims providing credible evidence and data for each;
  - o W.1.1g Paraphrase, quote, and summarize, avoiding plagiarism and following a standard format for citation;
  - o C.2.2 Analyze and evaluate credibility of information and accuracy of findings.

# EXHIBIT E

- o C.2.3 Quote and paraphrase the information and conclusions while avoiding plagiarism and following a standard format for citation.
- o I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
- o I.4.2 Use appropriate tools to communicate findings and/or take informed action.
- o RI.8.2 Analyze the impact of text features and structures on authors' similar ideas or claims about the same topic.
- o RI.11.2 Analyze and evaluate the argument and specific claims in a text, assessing whether the reasoning is sound and the evidence is relevant and sufficient; recognize when irrelevant evidence is introduced.
- o C.2.1 Gather relevant information from diverse print and multimedia sources to develop ideas, claims, or perspectives emphasizing salient points in a coherent, concise, logical manner with relevant evidence and well-chosen details.
- o C.3.2 Utilize multimedia to clarify information and emphasize salient points.
- o C.4.1 Determine the effectiveness of a speaker's argument and specific claims, evaluating the soundness of the reasoning and relevance and sufficiency of the evidence and identifying when irrelevant evidence is introduced.
- o W.1.1h Establish and maintain a formal style and objective tone; and
- o W.1.1i Provide a concluding statement or section that follows from and supports the argument.
- o C.1.3 Apply effective communication techniques based on a variety of contexts and tasks.
- o C.4.2 Analyze the effectiveness of the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
- o C.4.3 Evaluate the presentation to determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
- o C.5.1 Consider audience when selecting presentation types.
- o C.5.2 Select and employ a variety of craft techniques to convey a message and impact the audience.

- **W.2.1 Write informative/explanatory texts that:**
  - o W.2.1a Introduce a topic;
  - o W.2.1b Use relevant information from multiple print and digital sources;
  - o I.3.3 Gather information from a variety of primary and secondary sources and evaluate sources for perspective, validity, and bias.
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.
  - o C.3.2 Utilize multimedia to clarify information and emphasize salient point.
  - o RI.7.1 Evaluate the advantages and disadvantages of using different mediums to present a particular topic or idea.
  - o W.2.1c Organize ideas, concepts, and information into broader categories;
  - o I.3.4 Organize and categorize important information, revise ideas, and report relevant findings.

# EXHIBIT E

- o RI.11.1 Analyze the impact of text features and structures on authors' similar ideas or claims about the same topic.
- o W.2.1d Assess the credibility of each source;
- o W.2.1e Include formatting, graphics, and multimedia to aid comprehension;
- o W.2.1f Develop the topic with relevant, well-chosen facts, definitions, concrete details, quotations, or other information and examples;
- o W.2.1h Paraphrase, quote, and summarize to avoid plagiarism;
- o W.2.1i Follow a standard format for citation;
- o C.2.2 Analyze and evaluate credibility of information and accuracy of findings.
- o C.2.3 Quote and paraphrase the information and conclusions while avoiding plagiarism and following a standard format for citation.
- o C.4.2 Analyze the effectiveness of the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
- o W.2.1j Use appropriate and varied transitions to create cohesion and clarify the relationships among ideas and concepts;
- o W.2.1k Use precise language and domain-specific vocabulary to explain the topic;
- o W.2.1l Establish and maintain a style and tone authentic to the purpose; and
- o C.1.3 Apply effective communication techniques based on a variety of contexts and tasks.
- o C.4.3 Evaluate the presentation to determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
- o C.5.1 Consider the audience when selecting presentation types.
- o C.5.2 Select and employ a variety of craft techniques to convey a message and impact the audience.
- o W.2.1m Provide a concluding statement or section that follows and supports the information or explanation presented.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:**
  - o W.3.1a Develop real or imagined experiences or events using effective technique, relevant descriptive details, and well-structured event sequences;
  - o RL.7.1 Analyze how a visual or audio adaptation of a narrative or drama modifies or embellishes the text.
  - o RL.7.2 Analyze how a modern work of fiction draws on themes, patterns of events, or character types from myths, traditional stories, or religious works, describing how the material is rendered new.
  - o RL.8.1 Analyze how dialogue and/or incidents propel the action, reveal aspects of a character, or provoke a decision; determine the impact of contextual influences on setting, plot, and characters.
  - o W.3.1b Engage and orient the reader by establishing a context and point of view and introducing a narrator and/or characters;
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry.

# EXHIBIT E

- o C.1.3 Apply effective communication techniques based on a variety of contexts and tasks.
- o C.4.2 Analyze the effectiveness of the speaker's use of chronological, cause/effect, problem/solution, and compare/contrast relationships to convey messages.
- o C.4.3 Evaluate the presentation to determine how the speaker articulates a clear message; monitors audience awareness; addresses possible misconceptions or objections; chooses appropriate media; and uses an appropriate style for the audience.
- o C.5.1 Consider audience when selecting presentation types.
- o C.5.2 Select and employ a variety of craft techniques to convey a message and impact the audience.
- o W.3.1c Organize an event sequence that unfolds naturally and logically;
- o I.3.4 Organize and categorize important information, revise ideas and report relevant findings.
- o W.3.1d Use dialogue, pacing, manipulation of time, and reflection, to develop experiences, events, and/or characters;
- o W.3.1e Use a variety of transition words, phrases, and clauses to convey sequence, signal shifts from one time frame or setting to another, and show the relationships among experiences and events;
- o W.3.1g Use imagery, precise words and phrases, relevant descriptive details, and sensory language to capture the action, convey experiences and events, and develop characters; and
- o W.3.1h Provide a conclusion that follows from and reflects on the narrated experiences or events.

- **W.1.1f, W.2.1g, W.3.1f Develop and strengthen writing as needed by planning, revising, and editing, rewriting, and building on personal ideas and the ideas of others;**
  - o W.4.1 Show knowledge of the function of gerunds, participles, and infinitives and their functions in particular sentences.
  - o W.4.2 Form and use verbs in the active and passive voice.
  - o W.4.3 Form and use verbs in the indicative, imperative, interrogative, conditional, and subjunctive mood.
  - o W.4.4 Recognize and correct inappropriate shifts in verb voice and mood.
  - o W.5.2 Use commas, ellipses, and dashes to indicate a pause, break, or omission.
  - o W.6.1 Write routinely and persevere in writing tasks; over short and extended time frames; for a range of domain-specific tasks; for a variety of purposes and audiences; and by adjusting the writing process for the task, increasing the length and complexity.

# EXHIBIT E

**English I**
Back to Contents

### *Inquiry*
- **I.2.1 Analyze ideas and information from text and multimedia by formulating questions, proposing interpretations and explanations, and considering alternative views and multiple perspectives.**
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry and create questions.
  - o I.3.4 Organize and categorize important information; synthesize relevant ideas to build a deeper understanding; communicate new learning; identify implications for future inquiry.
  - o I.5.3 Analyze the process to evaluate and revise plans and strategies; address successes and misconceptions; and apply learning to future inquiry.

### *Reading Literary*
- **RL.5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text; identify multiple supported interpretations.**
  - o C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; and develop logical interpretations of new findings.
  - o C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.

- **RL.8.1 Analyze how characters or a series of ideas or events is introduced, connected, and developed within a particular context.**
  - o I.4.1 Employ a critical stance to analyze relationships and patterns of evidence to confirm conclusions.
  - o RL.6.1 Determine a theme of a text and analyze its development over the course of the text including how it emerges and is shaped and refined by specific details; provide an objective summary of the text.
  - o RL.7.1 Trace the development of a common theme in two different artistic mediums.
  - o RL.7.2 Investigate how literary texts and related media allude to themes and archetypes from historical and cultural traditions.

- **RL.9.1 Determine the figurative and connotative meanings of words and phrases; analyze the impact of specific word choices on meaning and tone.**
  - o RL.4.3 Use context to confirm or self-correct word recognition and understanding, rereading as necessary.

- **RL.11.1 Analyze and provide evidence of how the author's choice of point of view, perspective, and purpose shape content, meaning, and style.**
  - o C.1.6 Utilize various modes of communication to present a clear, unique interpretation of diverse perspectives.

**EXHIBIT E**

- o RL.12.1 Determine the significance of the author's use of text structure and plot organization to create the effects of mystery, tension, or surprise citing support from the text.
- o RL.12.2 Analyze how an author's choices concerning how to structure a text, order events within the text, and manipulate time create different effects.
- o RI.11.1 Explain how the author's ideas or claims are supported through the use of text features and structures.

- **RL.13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.**
  - o RL.4.1 Read grade-level text with purpose and understanding.
  - o RL.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - o RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - o RL.13.2 Read independently for sustained periods of time to build stamina.

*Reading Informational*
- **RI.5.1 Cite significant textual evidence in order to articulate explicit meanings and meanings that can be inferred from the text; identify multiple supported interpretations.**
  - o RI.6.1 Determine a central idea of a text and analyze its development over the course of the text including how it emerges and is shaped and refined by specific details; provide an objective summary of the text.
  - o C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; and develop logical interpretations of new findings.
  - o C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
  - o C.4.3 Analyze the speaker's use of repetition, rhetorical questions, and delivery style to convey the message and impact the audience.
  - o RI.8.1 Determine figurative, connotative, or technical meanings of words and phrases; analyze the impact of specific words, phrases, analogies or allusions on meaning and tone.
  - o RI.8.2 Determine how an author uses text features and structures to shape meaning and tone.
  - o RI.9.1 Use context clues to determine meanings of words and phrases.

- **RI.10.1 Determine an author's point of view or purpose in a text and analyze how an author uses rhetoric to advance that point of view or purpose.**
  - o RI.11.1 Explain how the author's ideas or claims are supported through the use of text features

# EXHIBIT E

- **RI.11.2 Analyze and evaluate the argument and specific claims in a text, assessing whether the reasoning is valid and the evidence is relevant and sufficient; identify false statements and fallacious reasoning.**
  - I.4.2 Evaluate findings; address conflicting information; identify misconceptions; and revise.
  - C.5.1. Remain conscious of the audience and anticipate possible misconceptions or objections.
  - I.5.2 Analyze and evaluate previous assumptions; test claims; predict outcomes; and justify results to guide future action.
  - I.5.3 Analyze the process to evaluate and revise plan and strategies; address successes and misconceptions; and apply learning to future inquiry.

- **RI.12.3 Read and respond to grade level text to become self-directed, critical readers and thinkers**
  - RI.4.1 Read grade-level text with purpose and understanding.
  - RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RI.4.3 Use context to confirm or self-correct word recognition and understanding, rereading as necessary during independent reading of text.
  - RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - RI.12.2 Read independently for a sustained period of time.

*Writing*
- **W.1.1 a. introduce a precise claim and differentiate between the claim and counterclaims**;
  - W.1.1 b. use relevant information from multiple print and multimedia sources;
  - W.1.1 c. assess the credibility and accuracy of each source;
  - W.1.1 d. use an organizational structure that logically sequences and establishes clear relationships among claims, counterclaims, reasons, warrants, and evidence.

- **W.1.1 e. develop the claim and counterclaims ethically without bias, providing credible evidence and accurate interpretation of data for each while delineating the strengths and limitations of the claim and counterclaims;**
  - I.3.3 Gather information from a variety of primary and secondary sources and evaluate for perspective, validity, and bias.
  - C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; and develop logical interpretations of new findings.
  - C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
  - W.1.1 f. develop and strengthen writing as needed by planning, revising, editing, rewriting;
  - W.1.1 g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.

**EXHIBIT E**

- **W.1.1 h. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;**
  - C.4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, identifying any fallacies in reasoning or exaggerated or distorted evidence.
  - C.5.3 Develop messages that use logical, emotional, and ethical appeals.
  - C.5.2 Employ effective repetition, rhetorical questions, and delivery style to convey message to impact the audience.
  - W.1.1 i provide a concluding statement or section that follows from and supports the argument presented; and

- **W.1.1 j. include a call to action.**
  - I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
  - I.4.3 Determine appropriate disciplinary tools to communicate findings and/or take informed action.
  - RI.7.1 Explain how the use of different mediums, modalities, or formats impacts the reader's understanding of events, topics, concepts, and ideas in argument or informative texts.
  - C.1.2 Initiate and participate effectively in a range of collaborative discussions with diverse partners; build on the ideas of others and express own ideas clearly and persuasively.
  - C.1.3 Develop, apply, and adjust reciprocal communication skills and techniques with other students and adults.
  - C.1.4 Engage in dialogue with peers and adults to explore meaning and interaction of ideas, concepts, and elements of text, reflecting, constructing, and articulating new understandings.
  - C.2.1 Present information and findings from multiple authoritative sources;
    a. assess the usefulness of each source in answering the research question, citing
    b. supporting evidence clearly, concisely, and logically such that listeners can
    c. follow the line of reasoning, and the organization, development, substance, and
    d. style are appropriate to purpose, audience, and task.
  - C.2.2 Distinguish between credible and non-credible sources of information.
  - C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
  - C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.
  - C.3.1 Determine how context influences the mode of communication used by the presenter in a given situation.
  - C.3.2 Create engaging visual and/or multimedia presentations, using a variety of media forms to enhance understanding of findings, reasoning, and evidence for diverse audiences.

# EXHIBIT E

- C.4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, identifying any fallacies in reasoning or exaggerated or distorted evidence.
- C.4.2 Determine if the speaker develops well-organized messages that use logical, emotional, and ethical appeals.

- **W.2.1 Write informative/explanatory texts that:**
    - W.2.1 a. introduce a topic;
    - W.2.1 b. use relevant information from multiple print and multimedia sources;
    - W.2.1 c. organize complex ideas, concepts, and information to make connections and distinctions;
    - W.2.1 d. assess the credibility and accuracy of each source;
    - W.2.1 e. include formatting, graphics, and multimedia to aid comprehension as needed;
    - I.5.1 Acknowledge and consider individual and collective thinking; use feedback to guide the inquiry process.
    - C.2.1 Present information and findings from multiple authoritative sources; assess the usefulness of each source in answering the research question, citing supporting evidence clearly, concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.
    - C.2.2 Distinguish between credible and non-credible sources of information.
    - C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.

- **W.2.1 f. develop the topic with well-chosen, relevant, and sufficient facts, extended definitions, concrete details, quotations, or other information and examples appropriate to the audience's knowledge of the topic;**
    - I.1.1 Use a recursive process to develop, evaluate, and refine questions to broaden thinking on a specific idea that directs inquiry for new learning and deeper understanding.
    - W.2.1 g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
    - W.2.1 h. develop and strengthen writing as needed by planning, revising, editing, rewriting;
    - W.2.1 i. use appropriate and varied transitions to link the major sections of the text, create cohesion, and clarify the relationships among complex ideas and concepts;
    - W.2.1 j. use precise language and domain-specific vocabulary to manage the complexity of the topic;
    - W.2.1 k. establish and maintain a consistent style and objective tone while attending to the norms and conventions of the discipline; and
    - W.2.1 l. provide a concluding statement or section that follows from and supports the information or explanation presented.
    - W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:

# EXHIBIT E

- o W.3.1 a. develop real or imagined experiences or events using effective techniques, well-chosen details, and well-structured event sequences.

- **W.3.1 b. engage and orient the reader by setting out a problem, situation, or observation, establishing one or multiple point(s) of view, and introducing a narrator and/or characters; create a smooth progression of experiences or events;**
  - o W.3.1 c. use narrative techniques of dialogue, pacing, description, reflection, and multiple plot lines to develop experiences, events, and/or characters;
  - o W.3.1 d. use a variety of techniques to sequence events so that they build on one another to create a coherent whole;
  - o W.3.1 e. develop and strengthen writing as needed by planning, revising, editing, rewriting;
  - o W.3.1 f. use precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters; and
  - o W.3.1 g. provide a conclusion that follows from and reflects on what is experienced, observed, or resolved over the course of the narrative.

- **W.1.f, W.2.h, and W.3.e: develop and strengthen writing as needed by planning, revising, editing, rewriting; building on personal ideas and the ideas of others;**
  - o W.4.1 When writing:
  - o W.4.1 a. use parallel structure;
  - o W.4.1 b. identify and use gerunds, infinitives, and participles;
  - o W.4.1 c. identify and use active and passive verbs;
  - o W.4.1 d. explain and use indicative, imperative, subjunctive, conditional verb moods to communicate different messages; and
  - o W.4.1 e. use noun, verb, adjectival, adverbial, participial, prepositional, and absolute phrases and independent, dependent, noun relative, and adverbial clauses to convey specific meanings and add variety and interest to writing.
  - o W.5.2 Use:
  - o W.5.2 a. a semicolon or a conjunctive adverb to link two or more closely related independent clauses;
  - o W.5.2 b. a colon to introduce a list or quotation; and
  - o W.5.2 c. commas to separate adjacent, parallel structures.
  - o W.6.1 Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain-specific tasks, and for a variety of purposes and audiences.
  - o W.6.4 Demonstrate effective keyboarding skills

# EXHIBIT E

**English II**

Back to Contents

### *Inquiry*

- **I.1.1 Use a recursive process to develop, refine, and evaluate questions to broaden thinking on a specific idea that directs inquiry for new learning and deeper understanding.**
  - I.2.1 Analyze ideas and information from text and multimedia by formulating questions, proposing interpretations and explanations, and considering alternative views and multiple perspectives.
  - I.3.2 Examine historical, social, cultural, or political context to broaden inquiry and create questions.
  - I.3.4 Organize and categorize important information; synthesize relevant ideas to build a deeper understanding; communicate new learning; and identify implications for future inquiry.
  - I.5.3 Analyze the process to evaluate and revise plan and strategies; address successes and misconceptions; and apply learning to future inquiry.

### *Reading Literary*

- **RL.6.1 Determine a theme of a text and analyze its development over the course of the text including how it emerges and is shaped and refined by specific details; provide an objective summary of the text.**
  - RL.5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text; identify multiple supported interpretations.
  - C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; and develop logical interpretations of new findings.
  - C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
  - C.4.3 Analyze the speaker's use of repetition, rhetorical questions, and delivery style to convey the message and impact the audience.
  - RL.7.1 Trace the development of a common theme across media, modality, and format.
  - RL.7.2 Explain how literary texts and related media allude to themes and archetypes from historical and cultural traditions.
  - RL.8.1 Analyze how characters or a series of ideas or events is introduced, connected, and developed within a particular context.
  - RL.9.1 Determine the figurative and connotative meanings of words and phrases; analyze the cumulative impact of specific word choices on meaning and tone.
  - RL.10.1 Use context clues to determine meanings of words and phrases.
  - RL.11.1 Analyze and provide evidence of how the author's choice of point of view, perspective, and purpose shape content, meaning, and style.
  - C.1.6 Utilize various modes of communication to present a clear, unique interpretation of diverse perspectives.

# EXHIBIT E

- RL.12.1 Analyze how the relationships among structure, plot, and manipulation of time create the effects of mystery, tension, or surprise citing support from the text.
- RL.12.2 Analyze how an author's choices concerning how to structure a text, order events within the text, and manipulate time create different effects.

**RL.13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.**
- RL.4.1 Read grade-level text with purpose and understanding.
- RL.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
- RL.4.3 Use context to confirm or self-correct word recognition and understanding, rereading as necessary.
- RL.13.1 Engage in whole and small group reading with purpose and understanding.
- RL.13.2 Read independently for sustained periods of time to build stamina.

## *Reading Informational*
- **RI.12.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.**
  - RI.4.1 Read grade-level text with purpose and understanding.
  - RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RI.4.3 Use context to confirm or self-correct word recognition and understanding, rereading as necessary during independent reading of text.
  - RI.8.1 Determine the figurative, connotative, or technical meanings of words and phrases; analyze the cumulative impact of specific words and phrases on meaning and tone.
  - RI.8.2 Explain how the author's meaning and tone are developed and refined by text features and structures.
  - RI.9.1 Use context clues to determine meanings of words and phrases.
  - RI.10.1 Determine an author's point of view or purpose in a text and analyze how an author uses rhetoric to advance that point of view or purpose.
  - RI.11.1 Analyze in detail how the author's ideas or claims are supported through the use of text features and structures.
  - RI.11.2 Analyze and evaluate the argument and specific claims in a text, assessing whether the reasoning is valid and the evidence is relevant and sufficient; identify false statements and fallacious reasoning.
  - RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - RI.12.2 Read independently for a sustained period of time.

## *Writing*
- **W.1.1 Write arguments that:**
  - W1.1 a. introduce a precise claim and differentiate between the claim and counterclaims;
  - W1.1 b. use relevant information from multiple print and multimedia sources;

**EXHIBIT E**

- o W1.1 c. assess the credibility and accuracy of each source;
- o W1.1 d. use an organizational structure that logically sequences and establishes clear relationships among claims, counterclaims, reasons, warrants, and evidence.

- **W1.1 e. develop the claim and counterclaims ethically without bias, providing credible evidence and accurate interpretation of data for each while delineating the strengths and limitations of the claim and counterclaims;**
  - o W1.1 g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
  - o W1.1 h. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;
  - o W1.1 i. provide a concluding statement or section that follows from and supports the argument presented; and
  - o W1.1 j. include a call to action.
  - o I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
  - o I.3.3 Gather information from a variety of primary and secondary sources and evaluate for perspective, validity, and bias.
  - o I.4.1 Employ a critical stance to analyze relationships and patterns of evidence to confirm conclusions.
  - o I.4.2 Evaluate findings; address conflicting information; identify misconceptions; and revise.
  - o I.4.3 Determine appropriate disciplinary tools to communicate findings and/or take informed action.
  - o I.5.1 Acknowledge and consider individual and collective thinking; use feedback to guide the inquiry process.
  - o I.5.2 Analyze and evaluate previous assumptions; test claims; predict outcomes; and justify results to guide future action.
  - o RI.5.1 Cite significant textual evidence in order to articulate explicit meanings and meanings that can be inferred from the text; identify multiple supported interpretations.
  - o RI.6.1 Determine a central idea of a text and analyze its development over the course of the text including how it emerges and is shaped and refined by specific details; provide an objective summary of the text.
  - o RI.7.1 Explain how the use of different mediums, modalities, or formats impacts the reader's understanding of events, topics, concepts, and ideas in argument or informative texts.
  - o RI.10.1 Determine an author's point of view or purpose in a text and analyze how an author uses rhetoric to advance that point of view or purpose.
  - o RI.11.1 Analyze in detail how the author's ideas or claims are supported through the use of text features and structures.
  - o RI.11.2 Analyze and evaluate the argument and specific claims in a text, assessing whether the reasoning is valid and the evidence is relevant and sufficient; identify false statements and fallacious reasoning.
  - o C.1.2 Initiate and participate effectively in a range of collaborative discussions with diverse partners; build on the ideas of others and express own ideas clearly and persuasively.

# EXHIBIT E

- C.1.3 Develop, apply, and adjust reciprocal communication skills and techniques with other students and adults.
- C.1.4 Engage in dialogue with peers and adults to explore meaning and interaction of ideas, concepts, and elements of text, reflecting, constructing, and articulating new understandings.
- C.2.1 Present information and findings from multiple authoritative sources; assess the usefulness of each source in answering the research question, citing supporting evidence clearly, concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.
- C.2.2 Distinguish between credible and non-credible sources of information.
- C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
- C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.
- C.3.1 Analyze how context influences the mode of communication used by the presenter in a given situation.
- C.3.2 Create visual and/or multimedia presentations using a variety of media forms to enhance understanding of findings, reasoning, and evidence for diverse audiences.
- C.4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, identifying any fallacies in reasoning or exaggerated or distorted evidence.
- C.4.2 Determine if the speaker develops well-organized messages that use logical, emotional, and ethical appeals.
- C.5.1 Remain conscious of the audience and anticipate possible misconceptions or objections.
- C.5.2 Employ effective repetition, rhetorical questions, and delivery style to convey message to impact the audience.
- C.5.3 Develop messages that use logical, emotional, and ethical appeals.
- W.2.1 Write informative/explanatory texts that:
- W.2.1 a. introduce a topic;
- W.2.1 b. use relevant information from multiple print and multimedia sources;
- W.2.1 c. organize complex ideas, concepts, and information to make connections and distinctions;
- W.2.1 d. assess the credibility and accuracy of each source;
- W.2.1 e. include formatting, graphics, and multimedia to aid comprehension as needed;
- W.2.1 f. develop the topic with well-chosen, relevant, and sufficient facts, extended definitions, concrete details, quotations, or other information and examples appropriate to the audience's knowledge of the topic;
- W.2.1 g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
- W.2.1 i. use appropriate and varied transitions to link the major sections of the text, create cohesion, and clarify the relationships among complex ideas and concepts;

**EXHIBIT E**

- o W.2.1 j. use precise language and domain-specific vocabulary to manage the complexity of the topic;
- o W.2.1 k. establish and maintain a consistent style and objective tone while attending norms and conventions of the discipline

- **W.2.1 l. provide a concluding statement or section that follows from and supports the information or explanation presented**.
  - o W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:
  - o W.3.1 a. develop real or imagined experiences or events using effective techniques, well-chosen details, and well-structured event sequences;
  - o W.3.1 b. engage and orient the reader by setting out a problem, situation, or observation, establishing one or multiple point(s) of view, and introducing a narrator and/or characters; create a smooth progression of experiences or events;
  - o W.3.1 c. use narrative techniques of dialogue, pacing, description, reflection, and multiple plot lines to develop experiences, events, and/or characters;
  - o W.3.1 d. use a variety of techniques to sequence events so that they build on one another to create a coherent whole;
  - o W.3.1 f. use precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters; and
  - o W.3.1 g. provide a conclusion that follows from and reflects on what is experienced, observed, or resolved over the course of the narrative.

- **W1.1 f., W.2.1 h., and W.3.1 e. develop and strengthen writing as needed by planning, revising, editing, rewriting;**
  - o W.4.1 When writing:
  - o W.4.1 a. use parallel structure;
  - o W.4.1 b. use verb, noun, prepositional, and verbal phrases to communicate different meanings;
  - o W.4.1 c. use independent, dependent, noun, relative, and adverbial phrases and clauses to convey shades of meaning and variety;
  - o W.4.1 d. use parallel structures to communicate similar ideas; and
  - o W.4.1 e. use noun, verb, adjectival, adverbial, participial, prepositional, and absolute phrases and independent, dependent, noun, relative, and adverbial clauses to convey specific meanings and add variety and interest to writing.
  - o W.5.2 Use:
  - o W.5.2 a. a semicolon or a conjunctive adverb to link two or more closely related independent clauses;
  - o W.5.2 b. a colon to introduce a list or quotation; and
  - o W.5.2 c. commas to separate adjacent, parallel structures.
  - o W.6.1 Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain-specific tasks, and for a variety of purposes and audiences.
  - o W.6.4 Demonstrate effective keyboarding skills.

# EXHIBIT E

**English III**
Back to Contents

## *Reading Literary*

- **RL.5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text including determining where the text leaves matters uncertain; investigate multiple supported academic interpretations.**
  - RL.4.1 Read grade-level text with purpose and understanding.
  - RL.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - RL.4.3 Use context to confirm or self- correct word recognition and understanding, rereading as necessary.
  - RL.6.1 Analyze the development of related themes across multiple texts citing evidence to support analysis; provide an objective summary.
  - RL.7.1 Analyze the development of theme across diverse media, modality, and format.
  - C.3.2 Construct engaging visual and/or multimedia presentations using a variety of media forms to enhance understanding of findings, reasoning, and evidence for diverse audiences.
  - RL.7.2 Analyze how literary texts and related media allude to themes and archetypes from historical and cultural traditions.

- **RL.11.1 Analyze how point of view and author's perspective and purpose shape content, meaning, and style, supports rhetorical or aesthetic purposes, and conveys cultural experience**.
  - C.3.1 Analyze how context influences choice of communication, and employ the appropriate mode for presenting ideas in a given situation.
  - C.4.3 Evaluate the effectiveness of the speaker's use of repetition, rhetorical questions, and delivery style to convey the message and impact the audience.
  - C.5.1 Give extemporaneous and planned presentations that are engaging and well-crafted.
  - C.5.2 Deliver messages that present an apparent and logical perspective on the subject and support the central idea with well-chosen and well- organized facts and details.
  - C.5.3 Develop messages that use logical, emotional, and ethical appeals.
  - RL.8.1 Analyze a complex set of ideas or sequence of events and explain how specific characters, ideas, or events develop and interact within a particular context.

# EXHIBIT E

- o RL.9.1 Analyze and interpret the impact of the author's use of diction, conventions, figurative language, and/or language that is particularly fresh, engaging, or beautiful.
- o RL.10.1 Use context clues to determine meanings of words and phrases.
- o RL.12.1 Analyze the relationships among structure, plot, and manipulation of time to determine how meaning is derived citing support from the text.
- o RL.12.2 Analyze how an author's choices concerning how to structure texts, order events within the text, and manipulate time create different effects.
- o RL.13.1 Engage in whole and small group reading with purpose and understanding.
- o RL.13.2 Read independently for sustained periods of time to build stamina.
- o RL.13.3 Read and respond to grade level text to become self- directed, critical readers and thinkers.

*Reading Informational*

- **RI.7.1 Analyze how the use of different mediums, modalities, or formats impacts the reader's understanding of events, topics, concepts, and ideas in argument or informative texts.**
  - o RI.4.1 Read grade-level text with purpose and understanding.
  - o RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.
  - o RI.4.3 Use context to confirm or self- correct word recognition and understanding, rereading as necessary during independent reading of text.
  - o RI.8.1 Determine the figurative, connotative, or technical meanings of words and phrases; analyze how an author uses and refines words and phrases over the course of a text.

- **RI.8.2 Analyze and evaluate the effectiveness of the text features and structure an author uses to shape meaning and tone.**
  - o RI.11.1 Evaluate the effectiveness of the author's use of text features and structures to support a claim.

- **RI.10.1 Determine an author's point of view or purpose in a text in which the rhetoric is particularly effective, analyzing how style and content contribute to the power, persuasiveness, or beauty of the text.**
  - o C.1.2 Initiate and participate effectively in a range of collaborative discussions with diverse partners; build on the ideas of others and express own ideas clearly and persuasively.
  - o RI.11.1 Evaluate the effectiveness of the author's use of text features and structures to support a claim.

## 91 of 103

# EXHIBIT E

- o RI.11.2 Analyze and critique the reasoning in historical, scientific, technical, cultural, and influential argument writing.
- o RI.12.1 Engage in whole and small group reading with purpose and understanding.
- o RI.12.2 Read independently for a sustained period of time.
- o RI.12.3 Read and respond to grade level text to become self-directed, critical
- o readers and thinkers.

*Writing*

- **W.1.1 Write arguments that:**
  - o W.1.1 a. introduce a clearly articulated and well-informed claim, establish the significance of the claim and differentiate between the claim and counterclaims;
  - o W.1.1 b. use relevant information from multiple print and multimedia sources;
  - o W.1.1 c. assess the credibility and accuracy of each source;
  - o W.1.1 d. create an organizational structure that logically sequences claim(s), counterclaims, reasons, warrants, and evidence
  - o W.1.1 e. develop claim and counterclaims fairly and thoroughly, supplying the most relevant evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience's knowledge level, concerns, values, and possible biases.
  - o C.4.2 Analyze the speaker's delivery of messages that present an apparent and logical perspective on the subject and support the central idea with well-chosen and well-organized facts and details.

- **W.1.1 f. use words, phrases, and clauses as well as varied syntax to link the major sections of the text, create cohesion, and clarify the relationships between claims and reasons, between reasons and evidence, and between claims and counterclaims;**
  - o W.1.1 g. establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline;
  - o W.1.1 h. develop and strengthen writing as needed by planning, revising, editing, rewriting;
  - o W.1.1 i. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
  - o W.1.1 j. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;
  - o W.1.1 k. provide a concluding statement or section that follows from and supports the argument presented; and
  - o W.1.1 l. include a call to action.
  - o C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being

# EXHIBIT E

discussed; develop logical interpretations of new findings; and restate new interpretations.
- o C.1.3 Develop, apply, and adjust reciprocal communication skills and techniques with other students and adults.
- o C.1.4 Engage in dialogue with peers and adults to explore meaning and interaction of ideas, concepts, and elements of text, reflecting, constructing, and articulating new understandings.
- o C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
- o C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
- o C.4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, assessing the stance, premises, links among ideas, word choice, points of emphasis, and tone used.
- o I.1.1 Use a recursive process to develop, refine and evaluate questions to broaden thinking on a specific idea that directs inquiry for new learning and deeper understanding.
- o I.2.1 Analyze ideas and information from text and multimedia by formulating questions, proposing interpretations and explanations, and considering alternative views and multiple perspectives.
- o I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
- o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry and create questions.
- o I.3.3 Gather information from a variety of primary and secondary sources and evaluate for perspective, validity, and bias.
- o I.3.4 Organize and categorize important information; synthesize relevant ideas to build a deeper understanding; communicate new learning; and identify implications for future inquiry.

- **W.2.1 Write informative /explanatory texts that:**
  - o W.2.1 a. introduce a topic;
  - o W.2.1 b. use relevant information from multiple print and multimedia sources;
  - o W.2.1 c. organize complex ideas, concepts, and information so that each new element builds on that which precedes it to create a unified whole;
  - o W.2.1 d. assess the credibility and accuracy of each source;
  - o W.2.1 e. include formatting, graphics, and multimedia to aid as needed;
  - o W.2.1 f. develop the topic thoroughly by selecting significant and relevant facts, extended definitions, concrete details, quotations, or other information and examples appropriate to the audience's knowledge of the topic;

# EXHIBIT E

- o W.2.1 g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
- o W.2.1 h. develop and strengthen writing as needed by planning, revising, editing, rewriting;
- o W.2.1 i. use appropriate and varied transitions and syntax to link the major sections of the text, create cohesion, and clarify the relationships among complex ideas and concepts;
- o W.2.1 j. use precise language, domain- specific vocabulary, and techniques such as metaphor, simile, and analogy to manage the complexity of the topic;
- o W.2.1 k. establish and maintain a consistent style and objective tone while attending to the norms and conventions of the discipline; and
- o W.2.1 l. provide a concluding statement or section that follows from and supports the information or explanation presented.
- o I.4.1 Employ a critical stance to analyze relationships and patterns of evidence to confirm conclusions.
- o I.4.2 Evaluate findings; address conflicting information; identify misconceptions; and revise.
- o I.4.3 Determine appropriate disciplinary tools to communicate findings and/or take informed action.
- o I.5.1 Acknowledge and consider individual and collective thinking; use feedback to guide the inquiry process.
- o I.5.2 Analyze and evaluate previous assumptions; test claims; predict outcomes; and justify results to guide future action.
- o I.5.3 Analyze the process to evaluate and revise plan and strategies; address successes and misconceptions; and apply learning to future inquiry.
- o RI.5.1 Cite significant textual evidence to support synthesis of explicit and inferred meaning and/or in areas the text leaves indeterminate; investigate multiple supported interpretations.
- o RI.6.1 Determine two or more central ideas of a text and analyze their development over the course of a text including how they interact and build on one another to provide a complex analysis of the topic; provide an objective summary of the text.
- o RI.9.1 Use context clues to determine meanings of words and phrases.
- o C.1.6 Utilize various modes of communication to present a clear, unique interpretation of diverse perspectives using facts and details.
- o C.2.1 Present information and findings from multiple authoritative sources; assess the strengths and limitations of each source, citing supporting evidence clearly, concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.

# EXHIBIT E

- o C.2.2 Distinguish between credible and non-credible sources of information.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:**
    - o W.3.1 a. develop real or imagined experiences or events using effective techniques, well- chosen details, and well- structured event sequences;W.3.1 b. engage and orient the reader by setting out a problem, situation, or observation and its significance, establishing one or multiple point(s) of view, and introducing a narrator and/or characters.

- **W.3.1 e. use a variety of techniques to sequence events so that they build on one another to create a coherent whole and build toward a particular tone and outcome;**
    - o W.3.1 c. create a smooth progression of experiences or events;
    - o W.3.1 d. use the narrative techniques of dialogue, pacing, description, reflection, and multiple plot lines, to develop experiences, events, and/or characters;
    - o W.3.1 f. develop and strengthen writing as needed by planning, revising, editing, rewriting;
    - o W.3.1 g. use precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters; and
    - o W.3.1 h. provide a conclusion that follows from and reflects on what is experienced, observed, or resolved over the course of the narrative.
    - o W.4.1 a. use verb, noun, prepositional, and verbal phrases to communicate different meanings;
    - o W.4.1 b. use independent, dependent, noun, relative, and adverbial phrases and clauses to convey shades of meaning and variety;
    - o W.4.1 c. demonstrate command of grammar and usage rules;
    - o W.4.1 d. apply the understanding that usage is a matter of convention, can change over time, and is sometimes contested; and
    - o W.4.1 e. resolve issues of complex or contested usage, consulting references as needed.
    - o W.5.2 a. semicolon, colon, and comma conventions; and
    - o W.5.2 b. hyphenation conventions.
    - o W.6.1 Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain-specific tasks, and for a variety of purposes and audiences.
    - o W.6.4 Demonstrate effective keyboarding skills.
    - o C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate

# EXHIBIT E

**English IV**
Back to Contents

*Reading Literary*
- **RL.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings**.
  - RL.4.1 Read grade-level text with purpose and understanding.
  - RL.4.3 Use context to confirm or self- correct word recognition and understanding, rereading as necessary.
  - RL.13.1 Engage in whole and small group reading with purpose and understanding.
  - RL.13.2 Read independently for sustained periods of time to build stamina.
  - RL.13.3 Read and respond to grade level text as self-directed, critical readers and thinkers.
  - C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; develop logical interpretations of new findings; and restate new interpretations.
  - C.1.2 Initiate and participate effectively in a range of collaborative discussions with diverse partners; build on the ideas of others and express own ideas clearly and persuasively.
  - C.1.3 Develop, apply, and adjust reciprocal communication skills and techniques with other students and adults.
  - C.1.4 Engage in dialogue with peers and adults to explore meaning and interaction of ideas, concepts, and elements of text, reflecting, constructing, and articulating new understandings.

- **RL.6.1 Analyze the development of related themes across a variety of texts citing evidence to support analysis; provide an objective summary.**
  - RL.5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text including determining where the text leaves matters uncertain; investigate multiple supported academic interpretations.
  - RL.7.1 Analyze the development of theme across diverse media, modality, and format.
  - RL.7.2 Analyze how literary texts and related media allude to themes and archetypes from historical and cultural traditions.
  - RL.8.1 Analyze a complex set of ideas or sequence of events and explain how specific characters, ideas, or events develop and interact within a particular context.RL.9.1 Evaluate the impact of the author's use of diction, conventions,

**EXHIBIT E**

figurative language, and/or language that is particularly fresh, engaging, or beautiful on meaning and tone.
- o RL.10.1 Use context clues to determine meanings of words and phrases.
- o RL.11.1 Analyze how point of view and author's perspective and purpose shape content, meaning, and style; supports rhetorical or aesthetic purposes; and conveys cultural experience.
- o I.2.1 Analyze ideas and information from text and multimedia by formulating questions, proposing interpretations and explanations, and considering alternative views and multiple perspectives.
  - ▪ I.1.1 Use a recursive process to develop, refine, and evaluate questions to broaden thinking on a specific idea that directs inquiry for new learning and deeper understanding.

- **RL.12.2 Critique how an author's choices concerning how to structure texts, order events within the text, and manipulate time create different effects.**
  - o RL.12.1 Evaluate various texts to formulate a theory regarding the authors' use of structure, plot, and manipulation of time citing support from the texts.

*Reading Informational*
- **RI.4.2 Read grade-level prose and poetry orally with accuracy, appropriate rate, expression, intonation, and phrasing on successive readings.**
  - o RI.4.1 Read grade-level text with purpose and understanding.
  - o RI.4.3 Use context to confirm or self- correct word recognition and understanding, rereading as necessary during independent reading of text.
  - o RI.8.1 Determine the figurative, connotative, or technical meanings of words and phrases; compare and contrast how authors use and refine words or phrases.
  - o RI.9.1 Use context clues to determine meanings of words and phrases.
  - o RI.12.1 Engage in whole and small group reading with purpose and understanding.
  - o RI.12.2 Read independently for a sustained period of time.
  - o RI.12.3 Read and respond to grade level text to become self- directed, critical readers and thinkers.
  - o C.1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; develop logical interpretations of new findings; and restate new interpretations.
  - o C.1.2 Initiate and participate effectively in a range of collaborative discussions with diverse partners; build on the ideas of others and express own ideas clearly and persuasively.

# EXHIBIT E

- o C.1.3 Develop, apply, and adjust reciprocal communication skills and techniques with other students and adults.
- o C.1.4 Engage in dialogue with peers and adults to explore meaning and interaction of ideas, concepts, and elements of text, reflecting, constructing, and articulating new understandings.

- **RI.7.1 Evaluate the use of different mediums, modalities, or formats impacts the reader's understanding of events, topics, concepts, and ideas in argument or informative texts.**
  - o RI.5.1 Cite significant textual evidence to support synthesis of explicit and inferred meaning and/or in areas the text leaves indeterminate; investigate multiple supported interpretations.
  - o RI.6.1 Determine two or more central ideas of a text and analyze their development over the course of a text including how they interact and build on one another to provide a complex analysis of the topic; provide an objective summary of the text.
  - o RI.8.2 Analyze and evaluate the effectiveness of the text features and structure an author uses to shape meaning and tone.
  - o RI.10.1 Determine an author's point of view or purpose in a text in which the rhetoric is particularly effective, analyzing how style and content contribute to the power, persuasiveness, or beauty of the text.
  - o I.3.2 Examine historical, social, cultural, or political context to broaden inquiry and create questions.
  - o I.3.4 Organize and categorize important information; synthesize relevant ideas to build a deeper understanding; communicate new learning; and identify implications for future inquiry.
  - o I.5.1 Acknowledge and consider individual and collective thinking; use feedback to guide the inquiry process.

*Writing*
- **W.1.1 Write arguments that:**
  - o RI.11.1 Compare and contrast the effectiveness of authors' uses of text features and structures to support similar claims.
  - o RI.11.2 Analyze and critique the reasoning in historical, scientific, technical, cultural, and influential argument writing.
  - o W.1.1 a. introduce a clearly articulated and well-informed claim, establish the significance of the claim and differentiate between the claim and counterclaims;
  - o W.1.1 b. use relevant information from multiple print and multimedia sources;
  - o W.1.1 c. assess the credibility and accuracy of each source;

# EXHIBIT E

- o W.1.1 d. create an organizational structure that logically sequences claim(s), counterclaims, reasons, warrants, and evidence;
- o W.1.1 e. develop claim and counterclaims fairly and thoroughly, supplying the most relevant evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience's knowledge level, concerns, values, and possible biases;
- o W.1.1 f. use words, phrases, and clauses as well as varied syntax to link the major sections of the text, create cohesion, and clarify the relationships between claims and reasons, between reasons and evidence, and between claims and counterclaims;
- o W.1.1 g. establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline;
- o W.1.1 h. develop and strengthen writing as needed by planning, revising, editing, rewriting;
- o W.1.1 i. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
- o W.1.1 j. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;
- o W.1.1 k. provide a concluding statement or section that follows from and supports the argument presented; and
- o W.1.1 l. include a call to action.
- o I.3.1 Develop a plan of action by using appropriate discipline-specific strategies.
- o I.3.3 Gather information from a variety of primary and secondary sources and evaluate for perspective, validity, and bias.
- o I.4.1 Employ a critical stance to analyze relationships and patterns of evidence to confirm conclusions.
- o I.4.2 Evaluate findings; address conflicting information; identify misconceptions; and revise.
- o I.4.3 Determine appropriate disciplinary tools to communicate findings and/or take informed action.
- o I.5.2 Analyze and evaluate previous assumptions; test claims; predict outcomes; and justify results to guide future action.
- o I.5.3 Analyze the process to evaluate and revise plan and strategies; address successes and misconceptions; and apply learning to future inquiry.
- o C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
- o C.1.6 Utilize various modes of communication to present a clear, unique interpretation of diverse perspectives using facts and details.
- o C.2.1 Present information and findings from multiple authoritative sources; assess the strengths and limitations of each source, citing supporting evidence clearly,

# EXHIBIT E

concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.

- o C.2.2 Distinguish between credible and non-credible sources of information.
- o C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
- o C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.
- o C.3.1 Analyze how context influences choice of communication, and employ the appropriate mode for presenting ideas in a given situation.
- o C.3.2 Construct engaging visual and/or multimedia presentations using a variety of media forms to enhance understanding of findings, reasoning, and evidence for diverse audiences.
- o C.4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, assessing the stance, premises, links among ideas, word choice, points of emphasis, and tone used.
- o C.5.2 Deliver messages that present an apparent and logical perspective on the subject and support the central idea with well-chosen and well-organized facts and details.
- o C.5.3 Develop messages that use logical, emotional, and ethical appeals.\

- **W.2.1 Write informative /explanatory texts that:**
  - o W.2.1 a. introduce a topic;
  - o W.2.1 b. use relevant information from multiple print and multimedia sources;
  - o W.2.1 c. organize complex ideas, concepts, and information so that each new element builds on that which precedes it to create a unified whole;
  - o W.2.1 d. assess the credibility and accuracy of each source;
  - o W.2.1 e. include formatting, graphics, and multimedia to aid as needed;
  - o W.2.1 f. develop the topic thoroughly by selecting significant and relevant facts, extended definitions, concrete details, quotations, or other information and examples appropriate to the audience's knowledge of the topic;
  - o W.2.1 g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
  - o W.2.1 h. develop and strengthen writing as needed by planning, revising, editing, rewriting;
  - o W.2.1 i. use appropriate and varied transitions and syntax to link the major sections of the text, create cohesion, and clarify the relationships among complex ideas and concepts;
  - o W.2.1 j. use precise language, domain- specific vocabulary, and techniques such as metaphor, simile, and analogy to manage the complexity of the topic;

# EXHIBIT E

- o W.2.1 k. establish and maintain a consistent style and objective tone while attending to the norms and conventions of the discipline; and
- o W.2.1 l. provide a concluding statement or section that follows from and supports the information or explanation presented.
- o C.1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
- o C.1.6 Utilize various modes of communication to present a clear, unique interpretation of diverse perspectives using facts and details.
- o C.2.1 Present information and findings from multiple authoritative sources; assess the strengths and limitations of each source, citing supporting evidence clearly, concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.
- o C.2.2 Distinguish between credible and non-credible sources of information.
- o C.2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
- o C.2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.
- o C.3.1 Analyze how context influences choice of communication, and employ the appropriate mode for presenting ideas in a given situation.
- o C.3.2 Construct engaging visual and/or multimedia presentations using a variety of media forms to enhance understanding of findings, reasoning, and evidence for diverse audiences.
- o C.4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, assessing the stance, premises, links among ideas, word choice, points of emphasis, and tone used.
- o C.4.2 Evaluate the speaker's delivery of messages that present an apparent and logical perspective on the subject and support the central idea with well-chosen and well-organized facts and details.
- o C.4.3 Evaluate the effectiveness of the speaker's use of repetition, rhetorical questions, and delivery style to convey the message and impact the audience.
- o C.5.1 Give extemporaneous and planned presentations that are engaging and well-crafted.

- **W.3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:**
  - o W.3.1 a. develop real or imagined experiences or events using effective techniques, well- chosen details, and well- structured event sequences;

# EXHIBIT E

- o W.3.1 b. engage and orient the reader by setting out a problem, situation, or observation and its significance, establishing one or multiple point(s) of view, and introducing a narrator and/or characters;
- o W.3.1 c. create a smooth progression of experiences or events;
- o W.3.1 d. use the narrative techniques of dialogue, pacing, description, reflection, and multiple plot lines, to develop experiences, events, and/or characters;
- o W.3.1 e. use a variety of techniques to sequence events so that they build on one another to create a coherent whole and build toward a particular tone and outcome;
- o W.3.1 f. develop and strengthen writing as needed by planning, revising, editing, rewriting;
- o W.3.1 g. use precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters; and
- o W.3.1 h. provide a conclusion that follows from and reflects on what is experienced, observed, or resolved over the course of the narrative.
- o W.4.1 When writing:
    - a. use verb, noun, prepositional, and verbal phrases to communicate different meanings;
    - b. use independent, dependent, noun, relative, and adverbial phrases and clauses to convey shades of meaning and variety;
    - c. demonstrate command of grammar and usage rules;
    - d. apply the understanding that usage is a matter of convention, can change over time, and is sometimes contested; and
    - e. resolve issues of complex or contested usage, consulting references as needed.
- o W.5.2 Demonstrate command of the conventions of standard English capitalization, punctuation, and spelling.
- o W.6.1 Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain- specific tasks, and for a variety of purposes and audiences.
- o W.6.4 Demonstrate effective keyboarding skills.

# EXHIBIT E

**Appendix A**

Back to Contents

*Acknowledgements*

South Carolina owes a debt of gratitude to the Learning Progression Leadership and Writing Team for assisting with the design and development of elementary through high school learning progressions that informed the priority standards.

| English Language Arts Writers | Mathematics Writers | Advisory Team |
|---|---|---|
| Koasta Bates, Dorchester 2<br>Katie Deas, Lexington 4<br>Erica Acker, Greenville<br>Melissa Redd, Lexington 4<br>Britteny Drakeford, Rock Hill<br>Charlotte Patterson Walton, Greenwood 50<br>Emily Daniel, Spartanburg 2<br>Latricia Scott, Dorchester 2<br>Mary Beth Thomas, Lexington 4 | Carrie Mann, Rock Hill<br>Christie Reid, Clover<br>Kerri McCallon, Spartanburg 2<br>Rachel Owens, Chester<br>I'isha Pinckney, Charleston<br>Ashley Jacobs, Dorchester 2<br>Tia Johnson, Lancaster<br>Melissa Meverden, Berkeley<br>Chad Leckie, Dorchester 2<br>Starla Davis, Rock Hill<br>Virginia Sayer, Charleston<br>Brittany Terry, Clover | Aiken School District<br>Anderson 4 School District<br>Barnwell 45 School District<br>Berkeley School District<br>Charleston School District<br>Chester School District<br>Chesterfield School District<br>Clarendon 3 School District<br>Fairfield School District<br>Greenville School District<br>Lexington 1 School District<br>Lexington 2 School District<br>Pickens School District<br>Spartanburg 7 School District |

| Office of Standards and Learning Team Facilitators |
|---|
| Cynthia Oxford- ELA Elementary |
| Emily Wilson- ELA Middle Level |
| Juanita Lyda- ELA Secondary |
| Vanessa Burgos-Kelly Math Elementary |
| Sandra Ammons- Math Middle Level |
| Christine Trevillyan- Math Secondary |
| **Cross Office Team Leads** |
| Dr. Dawn Hawkins-Office of Standards and Learning |
| Lindsey Lyles- Office of Standards and Learning |
| Kristen Logan- Office of Personalized Learning |
| Dr. Sarah Catto- Office of Personalized Learning |
| Marie Gibbons- Office of Early Learning and Literacy |
| Wendy Burgess- Office of Early Learning and Literacy |

The priority standards development team would like to thank the leadership of Dr. David Mathis, Deputy Superintendent, Division of College & Career Readiness, Dr. Anne Pressley, Director, Office of Standards and Learning, Stephanie DiStasio, Director, Office of Personalized Learning, and Dr. Quincie Moore, Director, Office of Early Learning and Literacy