# EXHIBIT F



**South Carolina College- and Career-Ready
Standards and Indicators for
English 1**

| Inquiry-Based Literacy Standards (I) |
|---|

**Standard 1: Formulate relevant, self-generated questions based on interests and/or needs that can be investigated.**
1.1 Use a recursive process to develop, evaluate, and refine, questions to broaden thinking on a specific idea that directs inquiry for new learning and deeper understanding.

**Standard 2: Transact with texts to formulate questions, propose explanations, and consider alternative views and multiple perspectives.**
2.1 Analyze ideas and information from text and multimedia by formulating questions, proposing interpretations and explanations, and considering alternative views and multiple perspectives.

**Standard 3: Construct knowledge, applying disciplinary concepts and tools, to build deeper understanding of the world through exploration, collaboration, and analysis.**
3.1 Develop a plan of action by using appropriate discipline specific strategies.
3.2 Examine historical, social, cultural, or political context to broaden inquiry and create questions.
3.3 Gather information from a variety of primary and secondary sources and evaluate for perspective, validity, and bias.
3.4 Organize and categorize important information; synthesize relevant ideas to build a deeper understanding; communicate new learning; identify implications for future inquiry.

**Standard 4: Synthesize information to share learning and/or take action.**
4.1 Employ a critical stance to analyze relationships and patterns of evidence to confirm conclusions.

4.2 Evaluate findings; address conflicting information; identify misconceptions; and revise.
4.3 Determine appropriate disciplinary tools to communicate findings and/or take informed action.

**Standard 5: Reflect throughout the inquiry process to assess metacognition, broaden understanding, and guide actions, both individually and collaboratively.**
5.1 Acknowledge and consider individual and collective thinking; use feedback to guide the inquiry process.
5.2 Analyze and evaluate previous assumptions; test claims; predict outcomes; and justify results to guide future action.
5.3 Analyze the process to evaluate and revise plan and strategies; address successes and misconceptions; and apply learning to future inquiry.

| Fundamentals of Reading |
|---|

- Integrate an information (cueing) system that includes meaning (semantics), structure (syntax), visual (graphophonic), and pragmatics (schematic) to make meaning from text.
- Gain understanding by applying reading strategies of monitoring, searching, confirming, cross-checking, rereading, and self-correcting.
- Employ comprehension strategies before, during, and after reading text using schema, annotating, questioning, visualizing, drawing inferences, determining importance, summarizing, and synthesizing.
- Use metacognition to monitor meaning and adjust strategies while reading.
- Notice and analyze the styles and techniques authors use to help readers construct meaning.

| Reading - Literary Text (RL) |
|---|

*Principles of Reading*
**Standard 1: Demonstrate understanding of the organization and basic features of print.**

**Standard 2: Demonstrate understanding of spoken words, syllables, and sounds.**

**Standard 3: Know and apply grade-level phonics and word analysis skills in decoding words.**

1

**Standard 4: Read with sufficient accuracy and fluency to support comprehension.**

*Meaning and Context*

**Standard 5: Determine meaning and develop logical interpretations by making predictions, inferring, drawing conclusions, analyzing, synthesizing, providing evidence, and investigating multiple interpretations.**

5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text; identify multiple supported interpretations.

**Standard 6: Summarize key details and ideas to support analysis of thematic development.**

6.1 Determine a theme of a text and analyze its development over the course of the text including how it emerges and is shaped and refined by specific details; provide an objective summary of the text.

**Standard 7: Analyze the relationship among ideas, themes, or topics in multiple media, formats, and in visual, auditory, and kinesthetic modalities.**

7.1 Trace the development of a common theme in two different artistic mediums.
7.2 Investigate how literary texts and related media allude to themes and archetypes from historical and cultural traditions.

**Standard 8: Analyze characters, settings, events, and ideas as they develop and interact within a particular context.**

8.1 Analyze how characters or a series of ideas or events is introduced, connected, and developed within a particular context.

*Language, Craft, and Structure*

**Standard 9: Interpret and analyze the author's use of words, phrases, and conventions, and how their relationships shape meaning and tone in print and multimedia texts.**

9.1 Determine the figurative and connotative meanings of words and phrases; analyze the impact of specific word choices on meaning and tone.

**Standard 10: Apply a range of strategies to determine and deepen the meaning of known, unknown, and multiple-meaning words, phrases, and jargon; acquire and use general academic and domain-specific vocabulary.**

10.1 Use context clues to determine meanings of words and phrases.

**Standard 11: Analyze and provide evidence of how the author's choice of point of view, perspective, and purpose shape content, meaning, and style.**

11.1 Analyze and provide evidence of how the author's choice of point of view, perspective, and purpose shape content, meaning, and style.

**Standard 12: Analyze and critique how the author uses structures in print and multimedia texts to shape meaning and impact the reader.**

12.1 Determine the significance of the author's use of text structure and plot organization to create the effects of mystery, tension, or surprise citing support from the text.
12.2 Analyze how an author's choices concerning how to structure a text, order events within the text, and manipulate time create different effects.

*Range and Complexity*

**Standard 13: Read independently and comprehend a variety of texts for the purposes of reading for enjoyment, acquiring new learning, and building stamina; reflect on and respond to increasingly complex text over time.**

13.1 Engage in whole and small group reading with purpose and understanding.
13.2 Read independently for sustained periods of time to build stamina.
13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.

### Reading - Informational Text (RI)

*Principles of Reading*

**Standard 1: Demonstrate understanding of the organization and basic features of print.**

**Standard 2: Demonstrate understanding of spoken words, syllables, and sounds.**

**Standard 3: Know and apply grade-level phonics and word analysis skills in decoding words.**

**Standard 4: Read with sufficient accuracy and fluency to support comprehension.**

*Meaning and Context*
**Standard 5: Determine meaning and develop logical interpretations by making predictions, inferring, drawing conclusions, analyzing, synthesizing, providing evidence and investigating multiple interpretations.**

5.1 Cite significant textual evidence in order to articulate explicit meanings and meanings that can be inferred from the text; identify multiple supported interpretations.

**Standard 6: Summarize key details and ideas to support analysis of central ideas.**

6.1 Determine a central idea of a text and analyze its development over the course of the text including how it emerges and is shaped and refined by specific details; provide an objective summary of the text.

**Standard 7: Research events, topics, ideas, or concepts through multiple media, formats, and in visual, auditory, and kinesthetic modalities.**

7.1 Explain how the use of different mediums, modalities, or formats impacts the reader's understanding of events, topics, concepts, and ideas in argument or informative texts.

*Language, Craft, and Structure*
**Standard 8: Interpret and analyze the author's use of words, phrases, text features, conventions, and structures, and how their relationships shape meaning and tone in print and multimedia texts.**

8.1 Determine figurative, connotative, or technical meanings of words and phrases; analyze the impact of specific words, phrases, analogies or allusions on meaning and tone.
8.2 Determine how an author uses text features and structures to shape meaning and tone.

**Standard 9: Apply a range of strategies to determine the meaning of known, unknown, and multiple meaning words, phrases, and jargon; acquire and use general academic and domain-specific vocabulary.**

9.1 Use context clues to determine meanings of words and phrases.

**Standard 10: Analyze and provide evidence of how the author's choice of purpose and perspective shapes content, meaning, and style.**

10.1 Determine an author's point of view or purpose in a text and analyze how an author uses rhetoric to advance that point of view or purpose.

**Standard 11: Analyze and critique how the author uses structures in print and multimedia texts to craft informational and argument writing.**

11.1 Explain how the author's ideas or claims are supported through the use of text features and structures.
11.2 Analyze and evaluate the argument and specific claims in a text, assessing whether the reasoning is valid and the evidence is relevant and sufficient; identify false statements and fallacious reasoning.

*Range and Complexity*
**Standard 12: Read independently and comprehend a variety of texts for the purposes of reading for enjoyment, acquiring new learning, and building stamina; reflect on and respond to increasingly complex text over time.**

12.1 Engage in whole and small group reading with purpose and understanding.
12.2 Read independently for a sustained period of time.
12.3 Read and respond to grade-level text to become self-directed, critical readers and thinkers.

**Fundamentals of Writing**

- Employ a recursive writing process that includes planning, drafting, revising, editing, rewriting, publishing, and reflecting.
- Interact and collaborate with peers and adults to develop and strengthen writing.
- Produce writing in which the development, organization, and style are appropriate to task, purpose, discipline, and audience.
- Use clear and coherent written language to accomplish a purpose such as learning, enjoyment, argument, and the exchange of information.
- Monitor progress throughout the writing process and adjust strategies as needed from independence to collaboration within a writing community.
- Incorporate authors' craft techniques observed from wide reading of anchor and mentor texts across disciplines to inform, explain, convince/argue, and entertain.

3

| **Writing (W)** |
|---|

*Meaning, Context, and Craft*

**Standard 1: Write arguments to support claims with clear reasons and relevant evidence.**

1.1 Write arguments that:
   a. introduce a precise claim and differentiate between the claim and counterclaims;
   b. use relevant information from multiple print and multimedia sources;
   c. assess the credibility and accuracy of each source;
   d. use an organizational structure that logically sequences and establishes clear relationships among claims, counterclaims, reasons, warrants, and evidence;
   e. develop the claim and counterclaims ethically without bias, providing credible evidence and accurate interpretation of data for each while delineating the strengths and limitations of the claim and counterclaims;
   f. develop and strengthen writing as needed by planning, revising, editing, rewriting;
   g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
   h. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;
   i. provide a concluding statement or section that follows from and supports the argument presented; and
   j. include a call to action.

**Standard 2: Write informative/explanatory texts to examine and convey complex ideas and information clearly and accurately through the effective selection, organization, and analysis of content.**

2.1 Write informative/explanatory texts that:
   a. introduce a topic;
   b. use relevant information from multiple print and multimedia sources;
   c. organize complex ideas, concepts, and information to make connections and distinctions;
   d. assess the credibility and accuracy of each source;
   e. include formatting, graphics, and multimedia to aid comprehension as needed;
   f. develop the topic with well-chosen, relevant, and sufficient facts, extended definitions, concrete details, quotations, or other information and examples appropriate to the audience's knowledge of the topic;
   g. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;
   h. develop and strengthen writing as needed by planning, revising, editing, rewriting;
   i. use appropriate and varied transitions to link the major sections of the text, create cohesion, and clarify the relationships among complex ideas and concepts;
   j. use precise language and domain-specific vocabulary to manage the complexity of the topic;
   k. establish and maintain a consistent style and objective tone while attending to the norms and conventions of the discipline; and
   l. provide a concluding statement or section that follows from and supports the information or explanation presented.

**Standard 3: Write narratives to develop real or imagined experiences or events using effective techniques, well-chosen details, and well-structured event sequences.**

3.1 Gather ideas from texts, multimedia, and personal experience to write narratives that:
   a. develop real or imagined experiences or events using effective techniques, well-chosen details, and well-structured event sequences;
   b. engage and orient the reader by setting out a problem, situation, or observation, establishing one or multiple point(s) of view, and introducing a narrator and/or characters; create a smooth progression of experiences or events;
   c. use narrative techniques of dialogue, pacing, description, reflection, and multiple plot lines to develop experiences, events, and/or characters;
   d. use a variety of techniques to sequence events so that they build on one another to create a coherent whole;
   e. develop and strengthen writing as needed by planning, revising, editing, rewriting;
   f. use precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters; and
   g. provide a conclusion that follows from and reflects on what is experienced, observed, or resolved over the course of the narrative.

*Language*
**Standard 4:   Demonstrate command of the conventions of standard English grammar and usage when writing or speaking.**
4.1 When writing:
   a. use parallel structure;
   b. identify and use gerunds, infinitives, and participles;
   c. identify and use active and passive verbs;
   d. explain and use indicative, imperative, subjunctive, conditional verb moods to communicate different messages; and
   e. use noun, verb, adjectival, adverbial, participial, prepositional, and absolute phrases and independent, dependent, noun relative, and adverbial clauses to convey specific meanings and add variety and interest to writing.

**Standard 5:   Demonstrate command of the conventions of standard English capitalization, punctuation, and spelling when writing.**
5.2 Use:
   a. a semicolon or a conjunctive adverb to link two or more closely related independent clauses;
   b. a colon to introduce a list or quotation; and
   c. commas to separate adjacent, parallel structures.

*Range and Complexity*
**Standard 6:   Write independently, legibly, and routinely for a variety of tasks, purposes, and audiences over short and extended time frames.**
6.1 Write routinely and persevere in writing tasks over short and extended time frames, for a range of domain-specific tasks, and for a variety of purposes and audiences.
6.4 Demonstrate effective keyboarding skills.

### Fundamentals of Communication

- Employ a reciprocal communication process that includes planning, drafting, revising, editing, reviewing, presenting, and reflecting.
- Communicate using style, language, and nonverbal cues appropriate to task, purpose, and audience.
- Use active and attentive communication skills, building on other's ideas to explore, learn, enjoy, argue, and exchange information.
- Monitor delivery and reception throughout the communication process and adjust approach and strategies as needed.
- Adjust speech, using standard English when indicated or appropriate, in a variety of contexts and tasks for presenting or participating in the social exchange of ideas.
- Acquire vocabulary from multiple forms of communication; use newly acquired vocabulary to appropriately communicate in a variety of situations and contexts.

### Communication (C)

*Meaning and Context*
**Standard 1:   Interact with others to explore ideas and concepts, communicate meaning, and develop logical interpretations through collaborative conversations; build upon the ideas of others to clearly express one's own views while respecting diverse perspectives.**
1.1 Gather information from print and multimedia sources to prepare for discussions; draw on evidence that supports the topic, text, or issue being discussed; and develop logical interpretations of new findings.
1.2 Initiate and participate effectively in a range of collaborative discussions with diverse partners; build on the ideas of others and express own ideas clearly and persuasively.
1.3 Develop, apply, and adjust reciprocal communication skills and techniques with other students and adults**.**
1.4 Engage in dialogue with peers and adults to explore meaning and interaction of ideas, concepts, and elements of text, reflecting, constructing, and articulating new understandings.
1.5 Synthesize areas of agreement and disagreement including justification for personal perspective; revise conclusions based on new evidence.
1.6 Utilize various modes of communication to present a clear, unique interpretation of diverse perspectives.

**Standard 2:   Articulate ideas, claims, and perspectives in a logical sequence using information, findings, and credible evidence from sources.**
2.1 Present information and findings from multiple authoritative sources; assess the usefulness of each source in answering the research question, citing supporting evidence clearly, concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.
2.2 Distinguish between credible and non-credible sources of information.

5

2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.
2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.

**Standard 3: Communicate information through strategic use of multiple modalities and multimedia to enrich understanding when presenting ideas and information.**
3.1 Determine how context influences the mode of communication used by the presenter in a given situation.
3.2 Create engaging visual and/or multimedia presentations, using a variety of media forms to enhance understanding of findings, reasoning, and evidence for diverse audiences.

*Language, Craft, and Structure*

**Standard 4: Critique how a speaker addresses content and uses craft techniques that stylistically and structurally inform, engage, and impact audience and convey messages.**
4.1 Evaluate a speaker's point of view, reasoning, and use of evidence and rhetoric, identifying any fallacies in reasoning or exaggerated or distorted evidence.
4.2 Determine if the speaker develops well-organized messages that use logical, emotional, and ethical appeals.
4.3 Analyze the speaker's use of repetition, rhetorical questions, and delivery style to convey the message and impact the audience.

**Standard 5: Incorporate craft techniques to engage and impact audience and convey messages.**
5.1 Remain conscious of the audience and anticipate possible misconceptions or objections.
5.2 Employ effective repetition, rhetorical questions, and delivery style to convey message to impact the audience.
5.3 Develop messages that use logical, emotional, and ethical appeals.

**Notes:**
_____
_____
_____
_____
_____