# EXHIBIT H

**Stamped - Summary of use as an English 3 resource at DHS**

- An English 3 (junior level American Literature) assignment involved using the book *Stamped:Racism, Antiracism, and You* as a companion text. There was an option NOT to complete the reading and assignment involving this resource.
  - This supplemental text was being used in conjunction with others to help students "consider alternative views and multiple perspectives" (SC Department of Education, South Carolina College- and Career-Ready Standards and Indicators for English 3).
  - This book was not presented or taught as historical fact but as the authors' perspectives.
  - This book was presented along with a variety of other authors' perspectives from throughout America's literary history.
  - Students and parents/guardians had the opportunity to opt out of reading from this book at any point during its use. (When opting out, students did not miss instruction, and grades were not affected.)
- The book was was provided to students along with a "Note on Stamped" (Figure 1). Parents expressing concern had the opportunity for their child to opt out of reading from this book.
- DHS English 3 teachers using this book for the past 2 years have designed instruction with the following SC ELA standards for English 3 in mind: RL5.1, RL9.1, RL11.1, RL13.3, W1.1, and C2 (See Figure 2).
- Courses with this book on the syllabus
  - FALL 2022
    - Stamped was used in the DHS English 3 classroom as assigned to the student whose family presented the challenge. As active assignments were in play upon the initial concerns being presented, the teacher adjusted the use of the book as a resource for the semester and it was confirmed on Sept. 14 the book was not longer in use. No additional assignments, readings, or questions will be done using this resource.
      - It was confirmed that on the last assessment that contained questions regarding this book, the teacher did not score these questions (pertaining to Stamped) for any student. There was no effect on any grade for any child.
    - Stamped was listed on another DHS English 3 syllabus as a supplemental resource. However, when the book was challenged, this instructor made a decision not to use it. The syllabus for this course was released to parents in August, so there may still be some syllabi copies out there. Again, the teacher monitored and adjusted - Stamped will not be used.
  - SPRING 2023
    - 2 teachers had the book on listed on their preliminary English 3 syllabi for 2nd semester. When the book was challenged, these instructors made a decision not to use it.

# EXHIBIT H

*Figure 1*

---

### A Note on Stamped by Jason Reynolds

Jason Reynolds is a popular young adult author who "remixed" the original version of this book in order to make the content more accessible for teenagers.

**What this book is not:**
1. A history book
2. The personal opinion of ▮▮▮▮▮▮ or anyone else at DHS or SDPC
3. The answer to the issues people in this country have faced since America became a country

**What this book is:**
1. One man's perspective on people who actually lived and things that actually happened in this country
2. The personal opinion of Jason Reynolds based on his research and experiences
3. A conversation starter- One way for us to have *healthy* conversations about bias, history, and yes, racism in this country

---

Dear Parent/Guardian,

I am a parent. My husband and I have the desire to introduce our children to sensitive topics and the desire to protect them at all costs. We understand that our children will probably be exposed to some things before we want them to be, and that they may hear about topics we don't want them to know about at all. This is why communication is so important. I ask you to consider what your son or daughter may gain from reading and discussing someone else's perspective in my English class. It is something that we do everyday without even realizing it. Most of us hear or read things and then discuss our opinions of these things with the people closest to us.

I ask that you communicate with me directly if you have concerns about my using Stamped as a companion text for American Literature or if you have concerns about anything else.

Thank you,

---

# EXHIBIT H

Figure 2 - Standards and Indicators for English 3

## Reading - Literary Text (RL)

### RL5.1

**Standard 5: Determine meaning and develop logical interpretations by making predictions, inferring, drawing conclusions, analyzing, synthesizing, providing evidence, and investigating multiple interpretations.**

5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text including determining where the text leaves matters uncertain; investigate multiple supported academic interpretations.

### RL9.1 - Language, Craft, and Structure Standard

**Standard 9: Interpret and analyze the author's use of words, phrases, and conventions, and how their relationships shape meaning and tone in print and multimedia texts.**

9.1 Analyze and interpret the impact of the author's use of diction, conventions, figurative language, and/or language that is particularly fresh, engaging, or beautiful.

### RL11.1

**Standard 11: Analyze and provide evidence of how the author's choice of point of view, perspective, and purpose shape content, meaning, and style.**

11.1 Analyze how point of view and author's perspective and purpose shape content, meaning, and style, supports rhetorical or aesthetic purposes, and conveys cultural experience.

### RL13.3 - Range and Complexity

**Standard 13: Read independently and comprehend a variety of texts for the purposes of reading for enjoyment, acquiring new learning, and building stamina; reflect on and respond to increasingly complex text over time.**

13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.

### W1.1 - Writing (W) Meaning, Context, and Craft

**Standard 1: Write arguments to support claims with clear reasons and relevant evidence. 1.1 Write arguments that:**

a. introduce a clearly articulated and well-informed claim, establish the significance of the claim and differentiate between the claim and counterclaims;

b. use relevant information from multiple print and multimedia sources;

c. assess the credibility and accuracy of each source;

d. create an organizational structure that logically sequences claim(s), counterclaims, reasons, warrants, and evidence;

e. develop claim and counterclaims fairly and thoroughly, supplying the most relevant evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience's knowledge level, concerns, values, and possible biases;

f. use words, phrases, and clauses as well as varied syntax to link the major sections of the text, create cohesion, and clarify the relationships between claims and reasons, between reasons and evidence, and between claims and counterclaims;

g. establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline;

# EXHIBIT H

h. develop and strengthen writing as needed by planning, revising, editing, rewriting;

i. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;

j. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;

k. provide a concluding statement or section that follows from and supports the argument presented; and

l. include a call to action.

**C2 - Fundamentals of Communication**

**Standard 2: Articulate ideas, claims, and perspectives in a logical sequence using information, findings, and credible evidence from sources.**

2.1 Present information and findings from multiple authoritative sources; assess the strengths and limitations of each source, citing supporting evidence clearly, concisely, and logically such that listeners can follow the line of reasoning, and the organization, development, substance, and style are appropriate to purpose, audience, and task.

2.2 Distinguish between credible and non-credible sources of information.

2.3 Quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation.

2.4 Adapt speech to a variety of contexts and tasks, using standard English when indicated or appropriate.

# EXHIBIT H

**FILE: IJ-E**

### COMMUNITY STAKEHOLDER'S REQUEST FOR RECONSIDERATION
### OF INSTRUCTIONAL MATERIALS
#### Adapted from NCTE
(To be submitted by a community stakeholder requesting the reconsideration of school materials)

Challenged material: _____ X _____ Content _____ X _____ Language *Not vulgar, but instead manipulative*

Author *Jason Reynolds/Abram Kendi* Digital _____ X _____ Hardcopy _____

Other material _____

Title *Stamped: Racism, Antiracism, and You*

Publisher or producer *Little Brown & Company*

Request initiated by *Amanda Hollensbe*

Telephone *815-861-6037* Address *140 Briarcliff Rd*

City and state *Central SC* ZIP code *29630*

Stakeholder represents: Yourself: _X_ An organization (name): _____

Other group (name): _____

1. To what in the resources do you object? (Please be specific; cite pages and/or passages.) *Please see attached papers / power point slides*

2. What do you feel might be the result of using this resource? *animosity, hatred, racism, division, safety issues, skewed "knowledge" of history*

3. For what age group would you recommend this resource? *I recommend No one should read this book*

4. Is there anything good about this resource? *NO It demonstrates radical Marxism infecting our schools & our culture*

5. Have you read the entire resource? (Please circle one) **Yes** No

6. What do you believe is the intended purpose of the resource? *To indoctrinate children while they're most impressionable into a Marxist theory to radically change our country.*

Are you aware of the judgments or reviews of this resource? *YES*

**School District of Pickens County**

# EXHIBIT H

8.    What would you like your school to do about this resource?

_____ X _____ Do not assign it to my child.

_____ X _____ Withdraw it from all students as well as from my child.

_____ X _____ Other _withdraw it from all school_
_curriculum, classrooms & libraries in SDPC_

_____ Only assign the resource to students in ___ grade level(s)

_____ Use with parent/guardian permission

9.    In its place, what resource of equal quality would you recommend?

_I would not recommend any resource of equal quality as the quality of this book is horrendous._
_If the school's objective is to teach students_

_dh Hollensk_                    _8-22-22_

Signature of community stakeholder               Date

_about the history of race relations in our country, I would recommend:_

*_Created Equal: The Painful Past, Confusing Present and Hopeful Future by Ben Carson_
_To Kill a Mocking Bird_

_The Help_

_The Color Purple_

_The Adventures of Huckleberry Finn_

_The Secret Life of Bees_

_The Movie "Amazing Grace_ = _although this is in Great Brittain It is an excellent Movie!_

**School District of Pickens County**

**6 of 29**

*Submitted by Amanda Hollensbe*

# EXHIBIT H
## SC Proviso 1.105

According to a proviso inserted into the fiscal year 2021-2022 state budget, government-run schools in the Palmetto State have been expressly forbidden from teaching CRT. The relevant proviso (1.105) specifically addresses "partisanship curriculum," and enjoins districts and schools from using taxpayer dollars to "provide instruction in, to teach, instruct, or train any administrator, teacher, staff member, or employee to adopt or believe, or to approve for use, make use of, or carry out standards, curricula, lesson plans, textbooks, instructional materials, or instructional practices" in multiple categories.

Per the language of the proviso, which went into effect on July 1, 2021, those categories included the following concepts …

*(That) (1) one race or sex is inherently superior to another race or sex; (2) an individual, by virtue of his race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (3) an individual should be discriminated against or receive adverse treatment solely or partly because of his race or sex; (4) an individual's moral standing or worth is determined by his race or sex; (5) an individual, by virtue of his race or sex, bears necessarily responsibility for actions committed in the past by other members of the same race or sex; (6) an individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his race or sex; (7) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by members of a particular race to oppress members of another race; and (8) fault, blame, or bias should be assigned to a race or sex, or to members of a race or sex because of their race or sex.*

# EXHIBIT H
## What is Critical Race Theory (CRT)?

- Critical race theory is an analytical framework to analyze institutions and culture. Its purpose is to divide the world into White oppressors and non-White victims. Instead of traditional forms of knowledge, it holds up personal narratives of marginalized minority 'victim' groups (Blacks, Hispanics, Asians) as evidence – considered irrefutably by its nature – of the dishonesty of their mostly White heterosexual oppressors. The ultimate goal of this theory's proponents is to remake society so that the victim class eventually displaces the oppressors and becomes the new ruling class. Within this framework, 'White privilege' and its unearned benefits become responsible for economic, health, and social disparities in minority communities. This system of thought advances a narrative of blame that declares White America guilty for the plight of Blacks. *(Carol Swain, an award-winning political scientist, a former professor of political science and professor of law at Vanderbilt University, and a lifetime member of the James Madison Society, an international community of scholars affiliated with the James Madison Program in American Ideals and Institutions at Princeton University. Before joining Vanderbilt in 1999, Dr. Swain was a tenured associate professor of politics and public policy at Princeton University's Woodrow Wilson School of Public and International Affairs.)*

- **Critical Trace Theory (CRT),** intellectual and social movement and loosely organized framework of legal analysis based on the premise that race is not a natural, biologically grounded feature of physically distinct subgroups of human beings but a socially constructed (culturally invented) category that is used to oppress and exploit people of colour. Critical race theorists hold that racism is inherent in the law and legal institutions of the United States insofar as they function to create and maintain social, economic, and political inequalities between whites and nonwhites, especially African Americans. Critical race theorists are generally dedicated to applying their understanding of the institutional or structural nature of racism to the concrete (if distant) goal of eliminating all race-based and other unjust hierarchies. *( The Editors of Encyclopaedia Britannica)*

- CRT is an ideology, an academic theory that escaped the academy and burrowed into public schools by avenues like the *New York Times*' 1619 Project and historical works by Ibram X. Kendi. It's real, and it's dangerous. *("Redeemed Reader," adapted from a WORLD Radio commentary)*

- Critical Race Theory (CRT) makes race the prism through which its proponents analyze all aspects of American life, categorizing individuals into groups of oppressors and victims. It is a philosophy that is infecting everything from politics and education to the workplace and the military. *(The Heritage Foundation).*

**EXHIBIT H**

This presentation was submitted by DHS parent, Amanda Hollensbe, and considered by the committees



1



2



3

**Slide 4**

Critical Trace Theory (CRT), intellectual and social movement and loosely organized framework of legal analysis based on the premise that race is not a natural, biologically grounded feature of physically distinct subgroups of human beings but a socially constructed (culturally invented) category that is used to oppress and exploit people of colour. Critical race theorists hold that racism is inherent in the law and legal institutions of the United States insofar as they function to create and maintain social, economic, and political inequalities between whites and nonwhites, especially African Americans. Critical race theorists are generally dedicated to applying their understanding of the institutional and structural nature of racism to the concrete (if distant) goal of eliminating all race-based and other unjust hierarchies. (The Editors of Encyclopaedia Britannica)

Critical Trace Theory (CRT) is an ideology, an academic theory that escaped the academy and burrowed into public schools by avenues like the New York Times' 1619 Project and historical works by Ibram X. Kendi. It's real, and it's dangerous. ("Redeemed Reader," adapted from a WORLD Radio commentary.)

4

**Slide 5**

CRT as defined by The Heritage Foundation

Critical Race Theory (CRT) makes race the prism through which its proponents analyze all aspects of American life, categorizing individuals into groups of oppressors and victims. It is a philosophy that is infecting everything from politics and education to the workplace and the military. (The Heritage Foundation.)

5



6

**EXHIBIT H**

This presentation was submitted by DHS parent, Amanda Hollensbe, and considered by the committees

---

**Slide 7**

Evidence that **STAMPED: Racism, Antiracism, and You** is **CRT** from a consortium of law and poly sci professors including Dr. Eugene Volokh, Professor of Law at the UCLA School of Law, and is an academic affiliate at the law firm Mayer Brown.

- "Kendi's antiracism is pernicious [having a harmful effect, especially in a gradual or subtle way. Highly injurious or destructive]. He divides the world..."
- "I...made a running list of errors, which is...incomplete. The list is extensive enough that no reputable academic institution should assign the book... reflecting authors who are indifferent to fact."

7

---

**Slide 8**

List of Inaccuracies that support the CRT Agenda:

Evidence that **STAMPED: Racism, Antiracism, and You** is **CRT** from a consortium of law and poly sci professors including Dr. Eugene Volokh, Professor of Law at the UCLA School of Law, and is an academic affiliate at the law firm Mayer Brown.

- Page 162 – Malcolm X & NOI is made to sound benign and ignoring the overtly racist elements
- Page 190 – Angela Davis held up as the heroine against racism when in reality she was a well-known antisemite that the author fails to mention
- Page 174 – the 1964 Civil Rights Act ineffectual
- Page 174 – Barry Goldwater's opposition to federal spending was because it was going to black people. In reality, he held a long standing and well-known libertarian tradition of limited government.
- Page 193-97 - Angela Davis's arrest was whitewashed, she actually smuggled guns used in a murder and kidnapping.
- Page 199-200 – Rocky is depicted as a racist movie because a white boxer goes against a black boxer, when in reality Apollo Creed has a more positive social status than Rocky.

8

---

**Slide 9**

List of Inaccuracies that support the CRT Agenda:

Evidence that **STAMPED: Racism, Antiracism, and You** is **CRT** from a consortium of law and poly sci professors including Dr. Eugene Volokh, Professor of Law at the UCLA School of Law, and is an academic affiliate at the law firm Mayer Brown.

- Page 203-204 – author implies Angela Davis could not get press coverage in her bid for the vice presidency because of racism, when in reality she was running as a Communist Party candidate which was not acknowledged by the book.
- Page 203-205 - the war against drugs was reduced to a product of Reagan Era racism instead of acknowledging the fact that it was supported by liberal black legislators as much as anyone else; i.e., the higher penalties for crack cocaine over regular cocaine was being devastated by the externalities from black communities same use is predominately African-American neighborhoods.

9

---

**Slide 10**

List of Inaccuracies that support the CRT Agenda:

Evidence that **STAMPED: Racism, Antiracism, and You** IS **CRT** from a consortium of law and poly sci professors including Dr. Eugene Volokh, Professor of Law at the UCLA School of Law, and is an academic affiliate at the law firm Mayer Brown.

- Page 206- authors report Reagan's economic policies caused unemployment to skyrocket, whereas unemployment went up at the beginning of the Reagan era, but then went down for the rest of his presidency to lower levels than when he started.
- Page 207- Crack baby is a term Kendi attributes to Charles Krauthammer and attributes the prevalence of this term to racism toward black children. In reality, NY Times used it for several months before Charles Krauthammer ever did early in 1989, and the term was actually "antiracist" because it was concern for the fate of primarily black children due to the crack cocaine epidemic in black communities.
- Page 214- in reference to Clarence Thomas, the book says "his work as an activist, got him into fancy schools" when in reality Clarence Thomas grew up very poor, got a scholarship to a non-fancy Catholic college that I've otherwise never heard of, then did well enough to get into Yale Law. He was never an activist until after graduation from Yale Law when he read the works of Thomas Sowell.

10

---

**Slide 11**

List of Inaccuracies that support the CRT Agenda:

Evidence that **STAMPED: Racism, Antiracism, and You** IS **CRT** from a consortium of law and poly sci professors including Dr. Eugene Volokh, Professor of Law at the UCLA School of Law, and is an academic affiliate at the law firm Mayer Brown.

- Page 214- the author suggests that Angela Davis nobly left the Communist Party because it did not do enough to address racism, when in reality the party collapsed in the US.
- Page 215- the LA riots after the Rodney King verdict were termed a "rebellion by black people" when in reality these riots were largely led by Mexican-America criminals who looted small businesses, especially those owned by Korean immigrants who had nothing to do with Rodney King, thereby romanticizing thuggery.
- Page 216- when a black women's organization expressed opposition to "gansta rap" the authors call them "racist," because there is obviously no other reason one might not appreciate misogynistic rap lyrics, right?
- Page 216-217- Angela Davis is exaggerated as having influence and "antiracist" credentials when in reality for most of her career she was primarily a Communist activist who did little to advance civil rights.

11

---

**Slide 12**

List of Inaccuracies that support the CRT Agenda:

Evidence that **STAMPED: Racism, Antiracism, and You** IS **CRT** from a consortium of law and poly sci professors including Dr. Eugene Volokh, Professor of Law at the UCLA School of Law, and is an academic affiliate at the law firm Mayer Brown.

- General Comment – throughout the book, racism is used as the causal factor for harsher criminal laws, when in reality it was in response to the explosion of crime from 1980-1990, for which the biggest victims were black residents in urban areas.
- Page 220- Charles Murray never "rallied for Republicans" as the authors claim, he has never been a political activist for any party and considers himself a libertarian. Rather he was a controversial author who wrote several controversial books, including a writing about why he's libertarian.
- Page 221- the book terms Angela Davis as "still a threat" when in reality she was a fringe nobody except in far-left activist circles.
- Page 221- the book describes the OJ Simpson trial as whites rooting for conviction and blacks for acquittal, although there was a racial split, plenty of black people thought he was guilty, and some whites did not.

12

---

This presentation was submitted by DHS parent, Amanda Hollensbe, and considered by the committees

**EXHIBIT H**    9/22/2022



13

Slide 16 (right of 13):

**Evidence that STAMPED: Racism, Antiracism, and You is CRT**

*Liberty Unyielding: Students Given Historically Inaccurate Book by Critical Race Theorist (Hans Bader)*

- "Kendi says he was 'inspired by critical race theory,' and he has been described as a leading 'critical race theorist.' Kendi has said that he cannot 'imagine a pathway to' his teachings 'that does not engage CRT.'"
- "As law professor David Bernstein notes, Kendi's book Stamped contains huge numbers of errors about historical facts."
- "[Kendi] also scapegoats white people for racial 'disparities' they did not cause."

16



14

Slide 17:

**Evidence that STAMPED: Racism, Antiracism, and You is CRT**

*A Conservative Reads Some Critical Race Theory Propaganda So You Don't Have To (Rue Williams)*

- "...obviously, this book [Stamped: Racism, Antiracism, And You] was just about critical race theory."
- "...incredibly manipulative tactics this book uses to present its radical ideas in a plausible way."
- "...it is one of many racial indoctrination books pushed in colleges and other institutions. Although the book is mostly about history, it claims not to be a history book – presumably because a lot of this book's 'history' is just straight-up fabricated."
- "Needless to say, this book has such bad ideas that it needs to manipulate people into believing them."
- "...it is important not to fall into the trap that this book sets for people."

17



15

Slide 18:

**Evidence that STAMPED: Racism, Antiracism, and You is CRT**

*The Existential Threat of CRT: State Sponsored Racism (Ken Blackwell, Civil Society)*

- "Racial discrimination is the sole cause of racial disparities in this country and in the world at large". That statement...is also prevalent in ...Stamped: Racism, Antiracism, and You. That version also makes clear to our children that 'Racist ideas, along with economic greed, are central to the formation of this nation, its laws, policies and practices.
- "Meritocracy and the American Dream narrative are rooted in whiteness."

18

This presentation was submitted by DHS parent, Amanda Hollensbe, and considered by the committees

**EXHIBIT H**

9/22/2022

---

**Slide 19**

Evidence that **STAMPED: Racism, Antiracism, and You** is CRT

*Here's How Critical Race Theory Activists Try to Pull the Wool Over America's Eyes* (Tyler O'Neil)

- "The largest teacher's union in America expressly committed itself to fighting back against anti-CRT rhetoric."
- "...Kendi, the founder of the much-vaunted 'anti-racism' movement, [states] 'There is no debate over Critical Race Theory'."
- "Whatever Kendi's intentions, his work has inspired a movement that strains to find racism in everything, that demonizes white people as oppressors, and that coddles black people as victims."
- "Kendi compares opposition to CRT in schools to segregation. Kendi is utterly wrong to suggest that...opposition to CRT is somehow misled about what critical race theory actually is. Yet Kendi is fighting hard to make sure that 'There is no debate over critical race theory.' He wants the cultural elites to ignore the issue and to dismiss irate parents as the ignorant hoi polloi. The National Education Association (NEA), the largest teacher's union in America, pledged that it will 'fight back against anti-CRT rhetoric.' Kendi and his allies already have entrenched CRT in many institutions – so they are trying to silence their opponents by demonizing them."

19

---

**Slide 22**

IS THIS A PROVISO VIOLATION?

EXAMPLE 1:

BOOK QUOTE

PAGE xv intro
"I did not fully realize that the only thing wrong with black people is that we think something is wrong with black people. I did not fully realize that the only thing extraordinary about white people is that they think something is extraordinary about white people."

*This is basically stating that white people think they are superior or "extraordinary" to another race.*

PROVISO CONCEPT

(1) one race or sex is inherently superior to another race or sex

22

---

**Slide 20**

Evidence that **STAMPED: Racism, Antiracism, and You** is CRT

*Stamped: Critical Race Theory is Teaching South Carolina School Children to Hate* (Will Folks)

- "Few parents know about [CRT], though...and even fewer have the ability to do anything about it."
- "...I have had very little positive to say about Kendi. Why? Because I think he is a definitional 'hater.'"
- "The only remedy to racist discrimination is antiracist discrimination," Kendi has previously written. "The only remedy to past discrimination is present discrimination. The only remedy to present discrimination is future discrimination."
- Kendi is a leading "scholar" in the realm of critical race theory, which – to borrow his own words – holds that present and future racism against white people is acceptable in light of racism perpetrated against black people in the past.

20

---

**Slide 23**

IS THIS A PROVISO VIOLATION?

EXAMPLE 2:

BOOK QUOTE

PAGE xv intro
"...by acknowledging America's racist past, we can acknowledge America's racist present."

*Book quote is the very definition of systemic racism, the notion that racism of the past has effect in the present. Specifically, it is the idea that present social systems, having been built by racists, have racist effects even though those in charge of the systems today may not be personally racist.*

PROVISO CONCEPT

(5) an individual, by virtue of his race or sex, bears necessarily responsibility for actions committed in the past by other members of the same race or sex

23

---

**Slide 21**

Handout-Proviso 1.105 Gov. run schools in SC have been expressly forbidden from teaching CRT

The proviso specifically addresses "partisanship curriculum," and enjoins districts and schools from using taxpayer dollars to "provide instruction in, to teach, instruct, or train any administrator, teacher, staff member, or employee to adopt or believe, or to approve for use, make use of, or carry out standards, curricula, lesson plans, textbooks, instructional materials, or instructional practices" in multiple categories which include the following concepts:

That (1) one race or sex is inherently superior to another race or sex;

(2) an individual, by virtue of his race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

(3) an individual should be discriminated against or receive adverse treatment solely or partly because of his race or sex;

(4) an individual's moral standing or worth is determined by his race or sex;

(5) An individual, by virtue of his race or sex, bears necessarily responsibility for actions committed in the past by other members of the same race or sex;

(6) an individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his race or sex;

(7) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by members of a particular race to oppress members of another race; and

(8) fault, blame, or bias should be assigned to a race or sex, or to members of a race or sex because of his race or sex.

21

---

**Slide 24**

IS THIS A PROVISO VIOLATION?

EXAMPLE 3:

BOOK QUOTE

PAGE 4
In reference to how the author categorizes all people as Segregationists, Assimilationists, or Antiracists he states, "...these...words...we'll be using to describe you...All of us."

*In the book, Kendi states people of all races are inherently equal, but some races have more money/prominence than others, therefore the society must be racist. He presents three different kinds of people: outright racists, "assimilationists", and "antiracists." He argues that most Americans still harbor racist ideas and any explanation for racial disparities besides structural racism is inherently racist.*

PROVISO CONCEPT

(2) an individual, by virtue of his race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

(6) an individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his race or sex;

24

---

**EXHIBIT H**                                                    9/22/2022

This presentation was submitted by DHS parent, Amanda Hollensbe, and considered by the committees



25



28



26



29



27



30

A. Hollensbe PowerPoint 8/22/22          **13 of 29**                    5

# EXHIBIT H

This presentation was submitted by DHS parent, Amanda Hollensbe, and considered by the committees

9/22/2022



IS THIS A PROVISO VIOLATION?

EXAMPLE 10:

**BOOK QUOTE**

Page 214
"Clarence Thomas was an assimilationist in the worst way."

Page 223
Author states Justice Thomas was appointed to the SCOTUS because he was black and President Bush was trying to pacify an angry and hurt black community as they were grieving the Rodney King murder trial verdict.

**PROVISO CONCEPT**

(7) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by members of a particular race to oppress members of another race

*Author calls Thomas an assimilationist because he "saw himself as the king of self-reliance" and because he "was a 'pick yourself up by the boot straps' kind of guy. (Another way one could interpret Thomas' efforts is that when the going got tough, Thomas got going). And, in the same breath, author states that "it was only Thomas' activism that got him into his fancy schools and landed him his fancy job."*

31



What is SDPC accomplishing by including *Stamped: Racism, Antiracism, and You* in their curricula?

*'Stamped': Critical Race Theory Is Teaching South Carolina School Children To Hate (by Will Folks)*

- "Backed by billions of dollars in taxpayer funding, our children are literally being taught to hate one another based on their skin color."

- "According to Hollis [a York County parent], after *Stamped* was taught at Rawlinson Road, black students began verbally accosting her daughter – calling her a 'slave trader' and accusing her 'people' of owning slaves."

- "A parent at another school where CRT is being taught in SC said her child was being bashed as a 'colonizer' in the aftermath of similar instruction."

- "...another parent at the same school described black students throwing crackers at white students – referring to them as 'crackers,' a racial epithet."

- "They are turning our children against each other."

32

Summary
What Are The Next Steps?

Based on my research, I feel that the book *Stamped: Racism, Antiracism, and You* is representative of CRT ideas and teachings. I also feel that the contents of this book violate SC Proviso 1.105. I am interested in what the thoughts and impressions are of other parents.

As a result of my conclusions, I advocate for:

1. The removal of this book from all taxpayer public school curricula and libraries in SDPC. I will fill out the form the district provides to reconsider instructional material.

2. The removal of this book from all taxpayer public school curricula and libraries throughout the state of SC by collaborating with Senator Rex Rice, Attorney General Alan Wilson, and Governor McMaster.

3. Supporting and introducing curricula that accurately represents history and encourages unity (rather than division) through learning from the past.

33

# EXHIBIT H

**FILE: IJ-E**

## COMMUNITY STAKEHOLDER'S REQUEST FOR RECONSIDERATION
### OF INSTRUCTIONAL MATERIALS
#### Adapted from NCTE
(To be submitted by a community stakeholder requesting the reconsideration of school materials)

Challenged material: _____✓_____ Content    _____ Language

Author _Jason Reynolds_ _Ibram X Kendi_  Digital _____  Hardcopy _✓_

Other material _____

Title _STAmped: Racesm Anteracesm and Yeu_

Publisher or producer _Little Brown & Co._

Request initiated by _Susan Jo Van Fleet_

Telephone _828-413-3636_  Address _301 Willow Court #9_

City and state _Central SC_  ZIP code _29630_

Stakeholder represents:  Yourself: _✓_  An organization (name): _____

Other group (name): _____

1. To what in the resources do you object?  (Please be specific; cite pages and/or passages.)
   _Critical Race Theory_

2. What do you feel might be the result of using this resource?
   _Racism -_

3. For what age group would you recommend this resource?
   _Any Public School or Public Library_

4. Is there anything good about this resource?
   _NO!_

5. Have you read the entire resource?  (Please circle one.)  Yes  (No)

6. What do you believe is the intended purpose of the resource?
   _Promote socealism Divide our students_

7. Are you aware of the judgments or reviews of this resource? _Yes_

**School District of Pickens County**

# EXHIBIT H

8.    What would you like your school to do about this resource?

_____ Do not assign it to my child.

_____X_____ Withdraw it from all students as well as from my child.

_____ Other _____

_____ Only assign the resource to students in____grade level(s)

_____ Use with parent/guardian permission

9.

In its place, what resource of equal quality would you recommend?

_Constitution of the US &_

_it TRUE History_

_Susan Jo Von Fleet_
Signature of community stakeholder              Date   _Aug 21 2022_

**School District of Pickens County**

# EXHIBIT H

## COMMUNITY STAKEHOLDER'S REQUEST FOR RECONSIDERATION
## OF INSTRUCTIONAL MATERIALS
### Adapted from NCTE
(To be submitted by a community stakeholder requesting the reconsideration of school materials)

Challenged material:      __X__ Content      _____ Language

Author  Reynolds, J., & Kendi, I. X      Digital _____ Hardcopy __X__

Other material _____

Title  Stamped: Racism, Antiracism, and You      ISBN-10 : 0316453692

Publisher or producer  Little, Brown Books for Young Readers; 1st edition (March 10, 2020)

Request initiated by  Jessica Martin

Telephone  864-723-0225    Address  1036 Robinson Bridge Road

City and state  Liberty, SC    ZIP code  29657

Stakeholder represents:  Yourself: __X__ An organization (name): _____

Other group (name): _____

1.  To what in the resources do you object?  (Please be specific; cite pages and/or passages.)    See attachment

    _____

    _____

2.  What do you feel might be the result of using this resource?  Unneeded hostility
    Objectible indoctrination

3.  For what age group would you recommend this resource?    21+

4.  Is there anything good about this resource?    Not for the school system

5.  Have you read the entire resource?  (Please circle one.)  Yes   No

6.  What do you believe is the intended purpose of the resource?   Intent is to create conversation
    This is not the age group for this message nor the platform

7.  Are you aware of the judgments or reviews of this resource?    Yes

# EXHIBIT H

Jessica Rae Martin
Liberty, SC
864-723-0225

**The South Carolina Department of Education English Language Arts
Priority and Support Learning Standards**

Page 87
RL.5.1 Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text including determining where the text leaves matters uncertain; investigate multiple supported academic interpretations.

Page 88
RL.11.1 Analyze how point of view and author's perspective and purpose shape content, meaning, and style, supports rhetorical or aesthetic purposes, and conveys cultural experience.

**Basically —**

*in a general or basic way — used to say that something is true or correct as a general statement even if it is not entirely true or correct*

**28 times the author gives their interpretation of the subject. Sometimes there is context, sometimes there is partial context, but it does not allow for the reader to process the facts provided and to use their own critical thinking skills to conclude.**

(1)   "The year is 1415, and Prince Henry (there's always a Prince Henry) convinced his father, King John of Portugal, to **basically** pull a caper and capture the main Muslim trading depot on the northeastern tip of Morocco." Page 5

(2)   "About Cotton and Mather. They were Puritans. About Puritans. They were English Protestants who believed the reformation of the Church of England was **basically** watering down Christianity, and they sought to regulate it to keep it more disciplined and rigid." Page 14

(3)   "He believed that the most unblemished, purest, perfect minds belonged to Whites, which **basically** meant Africans had dirty brains." Page 22

(4)   But eventually a man named Metacomet, a Native American war leader, was killed, which **basically** ended the battle in 1676. Puritans cut up his body (like… savages?) as if it were a hog's, and paraded his remains around Plymouth." Page 25

(5)   "**Basically**, Cotton Mather was obsessed with being perfect and blamed himself for everything wrong or different with him, believing even his stutter, with which he struggled, was due to something sinful he'd done." Page 30

(6)   "Franklin started a club called the American Philosophical Society in 1743 in Philadelphia. It was modeled after the Royal Society in England, and served as, **basically**, a club for smart (White) people. Thinkers. Philosophers. And… racists." Page 42

(7)   "Let me explain why that was a big deal. It's **basically** your mother telling you she's "not mad, but she's disappointed in you." Page 48

(8)   "a French diplomat who was **basically** collecting information about America (because America was becoming AMERICA!)." Page 57

(9)   "Black people—slaves—started to get free. Runaways. And abolitionists urged the newly freed people to go to church regularly, learn to speak "proper" English, learn math, adopt trades, get married, stay away from vices (smoking and drinking), and **basically** live what they would consider to be respectable lives. Basically, live like White people." Page 65

1

# EXHIBIT H

Jessica Rae Martin
Liberty, SC
864-723-0225

(10) "It's important that you keep this in mind, because it would be the cornerstone of assimilationist thought, which **basically** said: Make yourself small, make yourself unthreatening, make yourself the same, make yourself safe, make yourself quiet, to make White people comfortable with your existence." Page 68

(11) "The textured side of Jefferson's intention was that he **basically** believed that sending Black people back to where they came from would make America what it was always meant to be in his eyes—a playground for rich White Christians." Page 76

(12) "Douglass was a runaway slave with a book about being a runaway slave, which meant he'd **basically** snitched on himself and needed to run farther away." Page 93

(13) "His name was Andrew Johnson, and he **basically** reversed a lot of Lincoln's promises, allowing Confederate states to bar Blacks from voting, and making sure their emancipation was upheld only if Black people didn't break laws." Page 108

(14) "these ideas were coming out of Du Bois's Ivy League classrooms, where he'd **basically** been fed the same narrative that Black people had been ruined by slavery." Page 120

(15) "Its purpose was to focus on African solidarity, the beauty of dark skin and African American culture, and global African self-determination. He **basically** created the exact opposite of the Talented Tenth." Page 141

(16) "It was a new form of uplift suasion—media suasion—which **basically** just means using media, in this case, art, to woo Whites." Page 147

(17) "It was 1934. The piece was called "Segregation." Du Bois sided with his former rival, Marcus Garvey, stating that there is a place, maybe even an importance, to a voluntary nondiscriminatory separation. **Basically,** Du Bois was arguing for Black safe spaces. Spaces that would resist and fight against the media storm of racist ideas that came year after year." Page 152

(18) "Shelley v. Kraemer, 1948: The case was decided with the Supreme Court determining that the courts could not enforce Whites-only real estate contracts in northern cities to keep out migrants and stop housing desegregation. This brought on the open housing movement, which **basically** exposed White people stopping Black people from living where they wanted to live." Page 157

(19) "This brought on the open housing movement, which **basically** exposed White people stopping Black people from living where they wanted to live." Page 158

(20) "What's really interesting about this case, though, something rarely discussed, is that it's actually a pretty racist idea. I mean, what it **basically suggests** is that Black kids need a fair shot, and a fair shot is in White schools." Page 159

(21) "They weren't waiting for White saviors, not in politicians like John F. Kennedy, who was running for office, or writers like Harper Lee, whose novel To Kill a Mockingbird was **basically** the Uncle Tom's Cabin of the civil rights movement." Page 161

(22) "Two seats at the Democratic National Convention, which was **basically** nothing." Page 175

(23) "(Black Power **basically** sums up the book)," Page 181

(24) "Haley, who was known for working with Malcolm X on his autobiography, had now **basically** written the slave story of all slave stories." Page 202

2

# EXHIBIT H

Jessica Rae Martin
Liberty, SC
864-723-0225

(25) Cosby Show: "And their collective role as a family of extraordinary Negroes was to convince White people that Black families were more than what they were being portrayed to be. Which of course was racist in and of itself, because it **basically** said that if a Black family didn't operate like the Huxtables, they weren't worthy of respect." Page 207

(26) "Krauthammer and racists had **basically** figured out how to create a generation of criminals in their minds." Page 210

(27) "Ten days later, President Bill Clinton endorsed, **basically**, a new slavery. A "three strikes and you're out" law." Page 218

(28) "To Kill a Mockingbird was **basically** the Uncle Tom's Cabin: Isaac Saney, "The Case Against To Kill a Mockingbird," Page 244

## SC Proviso 1.105

**(1) one race or sex is inherently superior to another race or sex;**
Fooled by racist ideas, I did not fully realize that the only thing wrong with Black people is that we think something is wrong with Black people. I did not fully realize that the only thing extraordinary about White people is that they think something is extraordinary about White people. There are lazy, hardworking, wise, unwise, harmless, and harmful individuals of every race, but no racial group is better or worse than another racial group in any way.

In Best's whimsical interpretation of the book of Genesis, Noah orders his White sons not to have sex with their wives on the ark, and then tells them that the first child born after the flood would inherit the earth. When the evil, tyrannical, and hypersexual Ham (goes HAM and) has sex on the ark, God wills that Ham's descendants will be dark and disgusting, and the whole world will look at them as symbols of trouble. Simply put, Ham's kids would be Black and bad, ultimately making Black... bad. Page 12

**(2) an individual, by virtue of his race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;**
"And, actually, these aren't just the words we'll be using to describe the people in this book. They're also the words we'll be using to describe you. And me. All of us." Page 3

**(3) an individual should be discriminated against or receive adverse treatment solely or partly because of his race or sex;**
"It once again put the blame on Black children. And Black teachers. And public schools. Not on racist policies." Page 23

**(4) an individual's moral standing or worth is necessarily determined by his race or sex;**

**(5) an individual, by virtue of his race or sex, bears responsibility for actions committed in the past by other members of the same race or sex;**
"The first step to building an antiracist America is acknowledging America's racist past. By acknowledging America's racist past, we can acknowledge America's racist present. In acknowledging America's racist present, we can work toward building an antiracist America." Page 130

**(6) an individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his race or sex;**
"There are only two potential explanations for racial inequity, for why White people were free and Black people were enslaved in the United States. Either racist policies forced Black people into enslavement, or animalistic Black people were fit for slavery." Page 122

**(7) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by members of a particular race to oppress members of another race; and**

3

## 20 of 29

# EXHIBIT H

Jessica Rae Martin
Liberty, SC
864-723-0225

"But whenever people rise up against bad things, bad things tend to get worse. You know the old saying, When the going gets tough, the tough get… racist. Or something like that. So, all that antiracist talk coming from the Mennonites was shut down because slaveholders didn't like their business talked about like it was wrong." Page 24

**(8) fault, blame, or bias should be assigned to a race or sex, or to members of a race or sex because of their race or sex.**

"But the governor knew if Blacks and Whites joined forces, he'd be done. Everything would be done. It would've been an apocalypse. So, he had to devise a way to turn poor Whites and poor Blacks against each other, so that they'd be forever separated and unwilling to join hands and raise fists against the elite. And the way he did this was by creating (wait for it… ) White privileges.
So, White privileges were created, and, at this time, they included:
1. Only the White rebels were pardoned; legislators prescribed thirty lashes for any slave who lifted a hand "against any Christian" (Christian now meant White).
2. All Whites now wielded absolute power to abuse any African person." Page 27 – 28

**Resource:**

Reynolds, J., & Kendi, I. X. (2020). Stamped: Racism, Antiracism, and You.

Standards - South Carolina Department of Education - 08/22/2022 4:39 PM. (n.d.). South Carolina Department of Education; ed.sc.gov. Retrieved August 22, 2022, from https://ed.sc.gov/instruction/standards-learning/english-language-arts/standards/

Basically Definition & Meaning | Britannica Dictionary. (n.d.). Basically Definition & Meaning | Britannica Dictionary; www.britannica.com. Retrieved August 22, 2022, from https://www.britannica.com/dictionary/basically

2021-2022 Bill H.4100, Budget for FY 2021-2022 - Part IB - Ratified Version - South Carolina Legislature Online. (n.d.). 2021-2022 Bill H.4100, Budget for FY 2021-2022 - Part IB - Ratified Version - South Carolina Legislature Online; www.scstatehouse.gov. Retrieved August 22, 2022, from https://www.scstatehouse.gov/sess124_2021-2022/appropriations2021/tap1b.htm

4

# EXHIBIT H

**D. W. Daniel High School Committee Response to Parent/Guardian Concerns about**
***Stamped: Racism, Antiracism, and You***

After reviewing the specific concerns submitted by Daniel parents/guardians about *Stamped: Racism, Antiracism, and You*, after considering the concerned parents'/guardians' supplied materials, SC English Language Arts standards, and SC Proviso 1.105, and after speaking with the English teacher currently using the text, the Daniel High School committee (formed according to SDPC procedures for handling challenged instructional and library materials) has arrived at the following two conclusions:

1) The manner in which *Stamped: Racism, Antiracism, and You* is used in the classroom at Daniel does not amount to inculcating students into any theory or perspective.

> This supplemental text is being used in conjunction with others to help students "consider alternative views and multiple perspectives" (SC Department of Education, *South Carolina College- and Career-Ready Standards and Indicators for English 3*) within a structured environment designed to foster student critical thinking.

> This book is not presented or taught as historical fact but as the authors' perspectives.

> This book is presented in the junior-level American literature class (English 3) along with a variety of other authors' perspectives from throughout America's literary history.

> Students and parents/guardians have the opportunity to opt out of reading from this book at any point during its use. (When opting out, students do not miss instruction, and grades are not affected.)

2) The use of *Stamped: Racism, Antiracism, and You* aligns with SC ELA standards.

> English 3 teachers using this book have designed instruction with the following SC ELA standards for English 3 in mind: RL5.1, RL9.1, RL11.1, RL13.3, W1.1, and C2.

> In addition to these, the committee sees how using this book also aligns with the following English 3 ELA standards: I2.1 and I3.2, especially when considering the need to "examine historical, social, cultural, or political context" (SC Department of Education, *South Carolina College- and Career-Ready Standards and Indicators for English 3*).

The committee agrees that this text is developmentally appropriate for high school students to analyze accuracy, tone, argument, and bias.

The committee believes *Stamped: Racism, Antiracism, and You* should remain as a resource available to students at Daniel High School, whether in a classroom or on a bookshelf.

# EXHIBIT H

**SC ELA Standards Referenced in Committee's Conclusions**

**Reading Literary Texts (RL)**

Standard 5: Determine meaning and develop logical interpretations by making predictions, inferring, drawing conclusions, analyzing, synthesizing, providing evidence, and investigating multiple interpretations.

    5.1: Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text including determining where the text leaves matters uncertain; investigate multiple supported academic interpretations.

Standard 9: Interpret and analyze the author's use of words, phrases, and conventions, and how their relationships shape meaning and tone in print and multimedia texts.

    9.1 Analyze and interpret the impact of the author's use of diction, conventions, figurative language, and/or language that is particularly fresh, engaging, or beautiful.

Standard 11: Analyze and provide evidence of how the author's choice of point of view, perspective, and purpose shape content, meaning, and style.

    11.1: Analyze how point of view and author's perspective and purpose shape content, meaning, and style, supports rhetorical or aesthetic purposes, and conveys cultural experience.

Standard 13: Read independently and comprehend a variety of texts for the purposes of reading for enjoyment, acquiring new learning, and building stamina; reflect on and respond to increasingly complex text over time.

    13.3 Read and respond to grade level text to become self-directed, critical readers and thinkers.

**Writing (W)**

Standard 1: Write arguments to support claims with clear reasons and relevant evidence.

1.1 Write arguments that:

a. introduce a clearly articulated and well-informed claim, establish the significance of the claim and differentiate between the claim and counterclaims;

b. use relevant information from multiple print and multimedia sources;

c. assess the credibility and accuracy of each source;

d. create an organizational structure that logically sequences claim(s), counterclaims, reasons, warrants, and evidence;

# EXHIBIT H

e. develop claim and counterclaims fairly and thoroughly, supplying the most relevant evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience's knowledge level, concerns, values, and possible biases;

f. use words, phrases, and clauses as well as varied syntax to link the major sections of the text, create cohesion, and clarify the relationships between claims and reasons, between reasons and evidence, and between claims and counterclaims;

g. establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline;

h. develop and strengthen writing as needed by planning, revising, editing, rewriting;

i. quote or paraphrase the data and conclusions of others while avoiding plagiarism and following a standard format for citation;

j. avoid logical fallacies and demonstrate an understanding of objectivity and subjectivity;

k. provide a concluding statement or section that follows from and supports the argument presented; and

l. include a call to action

**Communication (C)**

Standard 2: Articulate ideas, claims, and perspectives in a logical sequence using information, findings, and credible evidence from sources.

**Inquiry-Based Literacy Standards (I)**

Standard 2: Transact with texts to formulate questions, propose explanations, and consider alternative views and multiple perspectives.
> 2.1 Analyze ideas and information from text and multimedia by formulating questions, proposing interpretations and explanations, and considering alternative views and multiple perspectives.

Standard 3: Construct knowledge, applying disciplinary concepts and tools, to build deeper understanding of the world through exploration, collaboration, and analysis.
> 3.2 Examine historical, social, cultural, or political context to broaden inquiry and create questions.

# EXHIBIT H

**From:** amanda hollensbe
**To:**
**Subject:** [EXTERNAL to SDPC]District Level Appeal
**Date:** Tuesday, September 13, 2022 2:07:19 PM
**Attachments:** Proviso and CRT defined.docx

**This is an [EXTERNAL to SDPC] email.**
Do not open any links or attachments until you have confirmed with the sender and
know the content is safe. Never reply to an outside message with any personal
information including your password or phone number. Do not send money or gift cards.

Principal Culler,

I acknowledge receipt of your email of Saturday, 9/10/22 in response to the IJ-E form
I filed.

This email serves as my appeal to the decision of the "D.W. Daniel High School
Committee Response to Parent/Guardian Concerns about *Stamped: Racism,
Antiracism, and You."* Let the record show that I do not agree with the decision of the
committee and I find the decision unacceptable.

In your email attachment, you state that this committee "has arrived at the following
two conclusions:

1. The manner in which *Stamped: Racism, Antiracism, and You* is used in the
classroom at Daniel does not amount to inculcating students into any theory or
perspective.

2. The use of *Stamped: Racism, Antiracism, and You* aligns with SC ELA standards."

Please note that these two conclusions are irrelevant since the use of this book,
which clearly includes an abundance of violations of the eight categories outlined in
Proviso 1.105, is expressly forbidden for use of, curricula, lesson plans, or
instructional materials (see Proviso 1.105). You admit in conclusion #1 that the book
*Stamped: Racism, Antiracism, and You* **is** being used in the classroom. The proviso
forbids use of it. You state in conclusion #2 that the book *Stamped: Racism,
Antiracism, and You* aligns with SC ELA standards. Law takes precedent over these
standards.

For your convenience, I am including a copy of Proviso 1.105 to which you may refer.
See attachment.

When I met in person with the teacher, ▮▮▮▮▮ and Assistant Principal ▮▮▮

# EXHIBIT H

(8/18/22), then later with you, Principal Culler (with Assistant Principal ████ present, who did not speak on 8/22/22), each of you (with the exception of ████ stated that it was the "opinion of the reader" if this book, *Stamped: Racism, Antiracism, and You* violated Proviso 1.105.  Use of this book in the classroom either violates the law, or it does not.  It is not a matter of varying perspectives based upon whomever is reading the book.  The proviso was written with this book in mind specifically, and as a result, it has been eliminated from schools in Fort Mill, SC: it is not a matter of opinion as to whether this book violates the proviso.  It is irrefutable.

I have spoken with a number of legislators regarding SDPC's use of this book (*Stamped: Racism, Antiracism, and You*) who all feel the book clearly violates Proviso 1.105.  This is the conclusion of the legislators who **wrote** Proviso 1.105.  It is my understanding that the office of Attorney General, Alan Wilson, also maintains this book violates Proviso 1.105.

I am well aware of the fact that some individuals, including the current State Superintendent, believe that Proviso 1.105 is not strongly enforceable.  I am also very aware of the fact that the current State Superintendent is on her way out of office.  If DW Daniel Committee, educators, administrators, board of trustee members, and any other pertinent staff choose to ignore the intent of Proviso 1.105 in its current form, I can assure you that the proviso will be fortified and enforced soon.  You can either choose to follow the intent of Proviso 1.105 now or be forced to do so, soon.

I can also assure you that should you choose to ignore Proviso 1.105, I will continue to bring this issue of CRT indoctrination of SDPC students to parents, school board members, law makers, and media across the state, or as Governor McMaster put it, "To the Gates of Hell."

I would also like it to be known that I am very disappointed with the lack of communication and transparency with SDPC.  Initially, "the school" told the media that this book was not assigned and was chosen by my child to read.  Then when apparently called out, "the school" said the book was an "optional" assignment.  "The school" then reported that this book was "removed from circulation."  This book was never presented to either students or parents as "optional," nor has it been removed from circulation or use in the classroom as my email indicates.  No student or parent would have known that it was "optional."  It only became "optional" when I complained about it.  I was then told by Assistant Principal ████ that my child would be given an alternative reading assignment.  When I asked Mrs. Seaton if my child was given an alternative reading assignment, she replied, *"No, as there is only one assignment this semester that is solely based on the book.  I instructed her to skip any questions based on the book on assessments.  Her grade will be based on only the questions she answers.  I will modify the research project at the end of the semester for her."*

In your email attachment, (Committee Response), you say, "Students and parents/guardians have the opportunity to opt out of reading from this book at any point during its use. (When opting out, students do not miss instruction, and grades are not affected)", I must disagree.  Again, it was never made clear that students or parents could opt out of reading this book at any time.  If opting out was a planned

# EXHIBIT H

option, then the teacher should have had an alternative reading assignment prepared with assessment questions pertaining to this alternate assignment.  My daughter was not given an alternative reading assignment and she is doing less work than the other students in the class, not taking full advantage of a level 3 high school English class. She is present during classroom discussions about the book, *Stamped*, and she is reading test questions pertaining to the book (though instructed not to answer them). She is still being exposed to the contents of this book. Furthermore, the total point basis of the assessments that contain questions regarding this book will be lowered for my daughter so any questions she answers incorrectly will be counted more heavily against her.

My daughter, nor any other student, should have to be in this situation.  I will not quietly stand by while any educator attempts to expose my child to harmful, divisive, indoctrinating tenets of CRT, and ultimately dilutes the class for her.  I hope, as a parent, I can make up for the inappropriate content to which she was exposed, as well as make up for expected, traditional English 3 content to which she was not exposed.

The right action to take is to remove this book (and any other books with similar content) from SDPC classrooms and curricula.

Please let me know if I need to provide any further information, fill out any additional forms, or forward this email to any other involved party.

Thank you,

Amanda Hollensbe
815-861-6037

# EXHIBIT H

## District-Level Board of Review
## Report of Findings

**Name of Book/Contested Material:** *Stamped: Racism, Antiracism, and You* by Jason Reynolds and Ibram X. Kendi

The District-Level Board of Review has received the complaint/appeal, read the entire book or resource, and reviewed the school-level findings and response.

Based on their review and discussion, the District-Level Board of Review recommends the following:

- *Stamped: Racism, Antiracism, and You* by Jason Reynolds and Ibram X. Kendi can be used as a **classroom instructional resource** as described below:

| at these levels... | Additional Considerations for Use: |
|---|---|
| ☐ Primary (Grades K-2)<br>☐ Elementary (Grades 3-5)<br>☐ Middle (Grades 6-8)<br>☑ High (Grades 9-12)<br>☐ Not Appropriate at Any Level | Approved as a <u>choice selection</u> or <u>with an alternate assignment</u> if used for whole-class instruction for standards-aligned classroom instructional use at the high school level only (grades 9-12) |

- *Stamped: Racism, Antiracism, and You* by Jason Reynolds and Ibram X. Kendi can be available as a **classroom library resource** at the following levels:

| at these levels... | Additional Considerations for Use: |
|---|---|
| ☐ Primary (Grades K-2)<br>☐ Elementary (Grades 3-5)<br>☐ Middle (Grades 6-8)<br>☑ High (Grades 9-12)<br>☐ Not Appropriate at Any Level | Approved as classroom library resource for High School Grades 9-12 only |

- *Stamped: Racism, Antiracism, and You* by Jason Reynolds and Ibram X. Kendi can be available as a **media center resource** at the following levels:

| at these levels... | Additional Considerations for Use: |
|---|---|
| ☐ Primary (Grades K-2)<br>☐ Elementary (Grades 3-5)<br>☐ Middle (Grades 6-8)<br>☑ High (Grades 9-12)<br>☐ Not Appropriate at Any Level | Approved as media center resource for High School Media Centers |

**Other suggestions presented in the group:**

The teacher's communicated purpose for use and alignment with the standards is important to articulate the intent for the selection of this book. This committee agrees that this text is developmentally appropriate for high school students to

# EXHIBIT H

analyze accuracy, tone, argument, and bias. Additionally, this committee agrees that this text is appropriate for both the classroom library and the media center.

Vote:
In favor of this decision: 5
Opposed to this decision: 0

**Date of Review**:9/19/2022                                        **Expires**: 9/22/2025