# Index of Exhibits

to the School District of Pickens County's Response in Opposition
to Plaintiffs' Motion for Preliminary Injunction

*Pickens County Branch of the NAACP, et al v. School District of Pickens County,*
Civil Action No. 8:23-cv-01736-BHH

- A. Declaration of Jessica Preisig
- B. District Policy IJ-R
- C. Declaration of Dr. Betty Bagley
- D. Declaration of Betty Garrison
- E. Declaration of Dr. Brian D. Swords
- F. Declaration of Phillip Bowers
- G. Declaration of Shannon Haskett
- H. Declaration of Karla Kelley
- I. Board of Trustees – Report of Findings (July 6, 2023)