*Pickens County Branch of the NAACP, et al v. School District of Pickens County.*
Civil Action No. 8:23-cv-01736-BHH

# Exhibit B

**To School District of Pickens County's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction**

**Policy IJ-R**



| Book | School District of Pickens County Policy Manual |
|---|---|
| Section | I |
| Title | Instructional Resources and Materials |
| Code | IJ-R |
| Status | Active |
| Adopted | April 22, 1991 |
| Last Revised | November 28, 2022 |
| Last Reviewed | November 28, 2022 |

**Procedures for Handling Challenged Instructional and Library Materials**

The principles of the freedom to read and of professional responsibility of the teachers and media specialists/instructional coaches rather than the materials must be defended.

**Procedures for Parent/ Legal Guardian**

- The parent/legal guardian should contact the principal of the school involved. If the-parent/legal guardian contacts anyone else, he/she will be directed to the principal.
- The parent/legal guardian should have a student in the classroom with the materials in question.
- The principal will assure the parent/legal guardian that his/her opinion will be considered and that his/her interest is welcome. He/she will discuss the complaint.
- If, after discussion, the parent/legal guardian would like to continue with the complaint, the principal will explain the procedure for handling such complaints. The parent/legal guardian will be given four copies of Parent/Legal guardian Request for Reconsideration of Instructional Materials" If the challenged material relates to content, the parent/legal guardian must agree to read the instructional resource in its entirety before completing the Parent/Legal Guardian Request" If the challenged material relates to inappropriate language, the parent/legal guardian does not have to read the instructional material in its entirely but should document passages he/she deems inappropriate.
- The parent/legal guardian will complete the form, sending one copy to the superintendent, one to the principal and one to the teacher or media specialist whose material is under criticism. This procedure should be followed in order for the complaint to be considered.
- The material will be reviewed again in the light of the objection(s) raised; during this period, a review will be done at the earliest possible time after the material has been questioned. District procedures will be followed to ensure that the incident is given due importance and treated objectively and unemotionally.
- The principal will appoint a school-level board of review composed of the following (one member to be recorder) by the fifth day of school each school year:
    - a teacher from the school
    - the media specialist/instructional coach
    - an administrator from the school
    - a parent/legal guardian of a child enrolled in the school
- The principal will appoint the chairman. Parties involved in the matter should not serve on the school-level board of review, as their opinions may not be objective. For example, if the challenge results from library materials, a media specialist from another school should serve on the committee.
- The school-level committee will complete the review of the challenged material within the following parameters:
    - 7 Business Days for books less than 200 pages
    - 10 Business Days for books with more than 200 pages
- Instructional Services will make appropriate school personnel aware.

- The review of the questioned materials will be treated objectively and the best interests of the students, the community, the school, and the curriculum will be considered paramount.
- After due deliberation, the school-level board of review will submit a written report of its findings to the principal. The report need not be unanimous. It may be composed of separate majority and minority reports. A written report of the findings of the school-level board of review will also be made to those persons or groups questioning the school materials.
- After receiving findings from the school-level committee, the principal will submit the findings to the Superintendent. The following steps will be followed given the recommendation of the school level committee. (see exhibit IJ-R (1) for steps to be followed by school and district level committees)
    - If the school level committee approves of the instructional material remaining in use, the material will remain in the classroom or instructional setting unless the parent/legal guardian wishes to appeal the school level committee decision.
    - If the school level committee determines the material should be removed, the material in question will be immediately reviewed by the district level committee for the application to the other schools throughout SDPC.
- If the parent/legal guardian wishes to appeal the decision of the school-level board of review, he/she may request a review by a district-level committee by notifying the superintendent in writing within five business days upon receipt of the school-level committee's decision.-
- The district superintendent will appoint a district-level board of review composed of the following (one member to be recorder) and will be appointed by the fifth day of school each school year:
    - district-level curriculum coordinator or designee
    - media specialist/instructional coach in the school district
    - a teacher (it is recommended that the teacher be especially competent in the questioned field)
    - one parent/legal guardian of a child enrolled in the school attendance area involved
- The district superintendent's designee will serve as chairman. Parties involved in the matter should not serve on the district-level board of review, as their opinions may not be objective.
- If necessary after due deliberation, the district-level board of review will submit a written report of its findings to the board of trustees through the district superintendent. The report need not be unanimous. It may be composed of separate majority and minority reports. A written report of the findings of the district-level board of review will also be made to the parent/legal guardian questioning the school materials.
- Upon receipt of the findings of the district-level committee, the parent/legal guardian may appeal the district-level committee decision to the SDPC board of trustees days by notifying the superintendent in writing within five business days upon receipt of the district-level committee's decision.
- If the superintendent receives an appeal from the parent/legal guardian of the district-level committee's decision, the board of trustees will complete a review of the instructional materials in question. The appeal of the district-level committee's decision will be posted on the School District of Pickens County website as a way of notifying the public of the upcoming board vote on the contested instructional materials. The board of trustees will make a final recommendation concerning the merit of the complaint based upon the following:
    - A review of the district-level committee's findings
    - any other additional data it may consider necessary
    - The board of trustees will make their recommendation by a vote to determine the appropriate use of the contested instructional materials
- Members of school-level and district-level committees will be compensated for their time serving on the committees.

The district superintendent should make the recommendation of the board of trustees known to the parent/legal guardian originating the complaint.

**Procedures for Students**

- If a student objects to or finds any materials offensive, he/she should be given additional alternatives or choices.
- If the complaint cannot be resolved satisfactorily during a conference with the principal and the teacher concerned, then the parent/legal guardian's procedure for reconsideration of materials should be followed.

Issued 4/22/91; Revised 1/27/03, 11/27/06, 4/27/09, 3/27/2017, 3/28/22, 11/28/22

**Last Modified by Rosanne Morris on December 8, 2022**