*Pickens County Branch of the NAACP, et al v. School District of Pickens County.*
Civil Action No. 8:23-cv-01736-BHH

# Exhibit F

**To School District of Pickens County's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction**

**Declaration of Phillip Bowers**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| Pickens County Branch of the NAACP; <br><br> Rebecca Turner and Brandon Turner, on behalf of minor children J.T. and G.T.; <br><br> Susanna Ashton and Peter Laurence on behalf of minor children H.L. and C.L.; <br><br> Reba Kruse and Derrick Kruse on behalf of minor children S.K. and R.K., <br><br>      Plaintiffs, <br><br> v. <br><br> School District of Pickens County, <br><br>      Defendant. | Case No. 8:23-cv-01736-BHH |

## DECLARATION OF PHILLIP BOWERS

I, **PHILLIP BOWERS**, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Phillip Bowers. I am over the age of 18 and am competent to make this declaration. I am a citizen and resident of South Carolina. The facts stated herein are true of my own personal knowledge, and if called to testify, I would so testify.

2. I have a Bachelor's degree in business from Southern Wesleyan University and a Master's degree in Human Resources Development from Clemson University. My degrees included training in curriculum development.

3. I have served for 42 years as a Project Management Superintendent at Duke Energy.

4. In addition, during my career, I have served as a member of the South Carolina State Board of Education from 2008 to 2011, and as a member of the South Carolina Education Oversight Committee from 2012 to 2014. As a result of my service in those roles, I have substantial experience reviewing and evaluating school curricula for their educational suitability and overseeing statewide accountability testing.

5. I served on the Board of Trustees of the School District of Pickens County from November 2014 through November 2022.

6. In my role as a member of the Board, I voted on September 26, 2022 to remove the book *Stamped: Racism, Antiracism, and You* ("*Stamped*") from the curriculum, library, and media centers of School District of Pickens County high schools.

7. In deciding how to vote in that meeting on the motion to remove *Stamped*, I reviewed and considered the school-level and district-level committees' findings, conclusions, and recommendations regarding the use of *Stamped* in the curriculum, library, and media centers of the School District of Pickens County high schools.

8. In deciding how to vote in that meeting on the motion to remove *Stamped*, I carefully considered the rights, freedom, and responsibilities of students, parents/legal guardians, and teachers in the School District of Pickens County.

9. My recommendation and vote on the motion to remove *Stamped* were based on the school-level and district-level committees' reports, input from stakeholders, and my own independent evaluation of the book, its educational suitability, and the potential for disruption of the educational environment.

10. I do not object to including books, materials, ideas, or discussion in the curriculum and school libraries of the School District of Pickens County regarding race, racism, slavery, the civil rights movement, and historic or contemporary issues and tensions regarding race, racism, and justice, if those books, materials, ideas, or discussions are intellectually appropriate, age appropriate, and educationally suitable for the students of the School District of Pickens County.

11. My decision to vote on September 26, 2022 to remove *Stamped* from the curriculum, library, and media centers of School District of Pickens County high schools was the result of my analysis of the factual errors and omissions in *Stamped* and my conclusion that, as a result of these factual errors and omissions, the book is not intellectually appropriate or educationally suitable for students in the School District of Pickens County.

12. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7 day of July, 2023.

*signature*
Phillip Bowers