# Exhibit I

**To School District of Pickens County's Response in Opposition to Plaintiffs' Motion for
Preliminary Injunction**

**Board of Trustees – Report of Findings**

<span style="color:red">**BOARD OF TRUSTEES**</span> **- Report of Findings**

**Name of Book/Contested Material:**

## Stamped: Racism, Antiracism, and You by Jason Reynolds and Ibram X. Kendi

The Board of Trustees has reviewed the District-Level Board of Review, read the entire book or resource, and reviewed the school-level and district-level findings and responses. Based on their review and discussion, the BOARD OF TRUSTEES recommends the following:

**Classroom Level Instructional Resource** - Classroom level books available to students while in that instructor's class.

- Stamped: Racism, Antiracism, and You by Jason Reynolds and Ibram X. Kendi

  can be used as a **Classroom level instructional resource** as described below:

| at these levels... | Additional Considerations for Use: |
|---|---|
| ☐ Primary (Grades K-2)<br>☐ Elementary (Grades 3-5)<br>☐ Middle (Grades 6-8)<br>☐ High (Grades 9-12)<br>☑ Not Appropriate at Any Level | Not for instructional use, including classroom libraries and reading lists, at any grade level. |

**Library/Media Center Resource** - Any books or items that are purchased centrally or accepted as gifts for a school's Media Center circulation.

- Stamped: Racism, Antiracism, and You by Jason Reynolds and Ibram X. Kendi

  can be available as a **Library/Media Center resource** at the following levels:

| at these levels... | Additional Considerations for Use: |
|---|---|
| ☐ Primary (Grades K-2)<br>☐ Elementary (Grades 3-5)<br>☐ Middle (Grades 6-8)<br>☑ High (Grades 9-12)<br>☐ Not Appropriate at Any Level | This text is allowed for student check-out in High School libraries subject to parental consent. |

**District Related Instructional Resource** - Instructional resources selected to meet the requirements of SC State Standards and the needs of the district's adopted curriculum. These materials may be core or supplemental resources. Includes electronic resources not maintained by the media center.

- Stamped: Racism, Antiracism, and You by Jason Reynolds and Ibram X. Kendi

  can be available as a **District Related Instructional Resource** at the following levels:

| at these levels... | Additional Considerations for Use: |
|---|---|
| ☐ Primary (Grades K-2)<br>☐ Elementary (Grades 3-5)<br>☐ Middle (Grades 6-8)<br>☐ High (Grades 9-12)<br>☑ Not Appropriate at Any Level | Not for instructional use, including core or supplemental resources, at any grade level. |

**Other suggestions presented in the group:**

Date of Review: 7/6/23          Expires: 7/6/28

**Name of Book/Contested Material:** Stamped: Racism, Antiracism, and You by Jason Reynolds and Ibram X. Kendi

**Additional Notes:**

**Name of Person(s) Contesting:** Amanda Hollensbe

**Date of In-person Meeting:** unknown

**Date of Written Request(s) for Reconsideration:** 8/22/22

**School Level Committee Decision Date:** 9/10/22

**Appeal Date of Person Appealing School Level Decision:** 9/13/22

**District Level Committee Report of Findings Date:** 9/19/22

**Board of Trustees Final Recommendation Date:** 9/26/22

**Board of Trustees Amended Recommendation Date:** 7/6/23