IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| PICKENS COUNTY BRANCH OF NAACP, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL DISTRICT OF PICKENS COUNTY;<br><br>Defendant. | Case No. 8:23-cv-01736-BHH<br><br>NOTICE OF APPEAL |

Plaintiffs, by and through undersigned counsel, respectfully notify the Court of their intent appeal the Court's order denying Plaintiffs' Motion for Preliminary Injunction in the United States Court of Appeals for the Fourth Circuit. Plaintiffs' Motion for Preliminary Injunction is ECF No. 7, and the Court's text order denying the motion is found at ECF No. 17.

Dated:  August 16, 2023

Respectfully submitted,

| ACLU OF SOUTH CAROLINA | NAACP |
|---|---|
| */s Allen Chaney* | Janette Louard* |
| _____ | Anna Kathryn Barry** |
| Allen Chaney | Martina Tiku** |
| Fed. Id. 13181 | 4805 Mt. Hope Drive |
| P.O. Box 1668 | Baltimore, MD 21215 |
| Columbia, SC 29202 | Tel: (410) 580-5777 |
| Tel: (843) 282-7953 | abarnes@naacpnet.org |
| achaney@aclusc.org | mtiku@naacpnet.org |

*  *Pro hac vice applications to be filed*

** *Admitted pro hac vice*

1