AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Pickens County Branch of the NAACP, Rebecca Turner o/b/o minor children J.T. and G.T, Brandon Turner o/b/o minor children J.T. and G.T., Susanna Ashton o/b/o minor children H.L. and C.L., Peter Laurence o/b/o minor children H.L. and C.L., Reba Kruse o/b/o minor children S.K. and R.K., Derrick Kruse o/b/o minor children S.K. and R.K.
 *Plaintiff,*
v.                                       Civil Action No.    8:23-cv-01736-JDA

School District of Pickens County,
 *Defendants.*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*

■ this case is DISMISSED without prejudice.

This action was:

■ decided by the Honorable Jacquelyn D Austin, United States District Judge.

Date:  October 7, 2025                              *CLERK OF COURT*

                                                    s/Alyssa Marler

                                                    *Signature of Clerk or Deputy Clerk*